# FARNAN LLP

June 21, 2013

<u>Via E-Filing</u>
The Honorable Christopher J. Burke
J. Caleb Boggs Federal Building
844 N. King Street
Unit 28, Room 6100
Wilmington, DE 19801-3555

    Re:    <u>*Pragmatus AV, LLC v. Yahoo! Inc.* (C.A. No. 11-cv-902-LPS-CJB)</u>

Dear Judge Burke:

    Pursuant to Your Honor's instructions during today's discovery teleconference, enclosed is a copy of Pragmatus' infringement contentions.

    We are available at the Court's convenience should Your Honor have any questions.

    Respectfully submitted,

    /s/ Brian E. Farnan

    Brian E. Farnan

cc: Counsel of Record (via E-Filing)