## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRAGMATUS AV, LLC,<br><br>                     Plaintiff,<br><br>       v.<br><br>YAHOO! INC.,<br><br>                  Defendant. | Civil Action No. 11-cv-902-LPS-CJB<br><br>JURY TRIAL DEMANDED |

### PLAINTIFF'S DISCLOSURE OF INITIAL CLAIM CHARTS PURSUANT TO PARAGRAPH 4(C) OF DEFAULT STANDARD FOR DISCOVERY, INCLUDING DISCOVERY OF ELECTRONICALLY STORED INFORMATION

Pursuant to Paragraph 4(c) of the Default Standard for Discovery, Including Discovery of Electronically Stored Information (the "Default Standard"), plaintiff Pragmatus AV, LLC ("Pragmatus") hereby produces initial claim charts relating each accused product to the asserted claims the products infringe.

Pursuant to Paragraph 4(c) of the Default Standard, the claim charts are "initial claim charts" only, and Pragmatus "shall be permitted to supplement." *See* Default Standard, fn. 3. Supplementation will likely be necessary because the production of the "core technical documents" by Yahoo! Inc. ("Yahoo!") pursuant to Paragraph 4(b) of the Default Standard was incomplete in terms of the various versions of Yahoo! Messenger and the various platforms on which Yahoo! Messenger is offered, notwithstanding Pragmatus' identification of all versions of Yahoo! Messenger from October 4, 2005, to the present, in its Initial Disclosures Pursuant to the Default Standard for Discovery as accused. Paragraph 4(a) Disclosures at 3 (identifying "Yahoo! Messenger (all versions from October 4, 2005, to the present)" as accused of infringement). Moreover, discovery is ongoing, and Yahoo! will be producing additional

documents on a rolling basis.  Accordingly, the initial claim charts are based upon information presently known to Pragmatus.

Pragmatus reserves its right to add other asserted claims upon receipt of additional documents from Yahoo! as part of its production pursuant to Paragraph 4(b) of the Default Standard or during the course of discovery.

Attached hereto are the following initial claim charts:

- Claim Chart for U.S. Patent No. 6,237,025:  Exhibit 1;

- Claim Chart for U.S. Patent No. 6,351,762:  Exhibit 2;

- Claim Chart for U.S. Patent No. 5,854,893:  Exhibit 3;

- Claim Chart for U.S. Patent No. 7,185,054:  Exhibit 4; and

- Claim Chart for U.S. Patent No. 5,896,500:  Exhibit 5.

Each of the claim charts are exemplary of Yahoo! Messenger's infringement across versions and platforms from October 4, 2005, to the present, including but not limited to: Windows Version 8.00 – 11.5.0.228; Mac Version 3.00 – 3.0.2; Yahoo! Messenger for the Web; Yahoo! Messenger for Mobile (Android, Blackberry, iPhone, iPad and other phones).

In addition to the attached claims charts that provide evidence of direct infringement, both literally and under the doctrine of equivalents, Pragmatus also contends that Yahoo! infringes the asserted patents indirectly.  In particular, based on the initial evidence set forth in the attached charts, Yahoo! contributes to the infringement of the asserted patents by selling and/or offering to sell within the United States its infringing Yahoo! Messenger, the relevant features of which are not staple articles of commerce suitable for noninfringing use.  In addition, Yahoo! actively induces infringement of the asserted patents in the United States.  Yahoo! knew or should have known that its conduct would induce others to infringe the asserted patents. Pragmatus reserves its right to supplement its allegations regarding indirect infringement.

Attached hereto are Exhibits A-U which constitute evidence cited in several of the claim charts.

Dated:  July 16, 2012

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
919 North Market Street
12th Floor
Wilmington, DE 19801
(302) 777-0300
(302)777-0301
bfarnan@farnanlaw.com

Of Counsel

FEINBERG DA Y ALBERTI &
THOMPSON LLP

Margaret Elizabeth Day (admitted pro hac vice)
Ian N. Feinberg Day (admitted pro hac vice)
David L. Alberti (admitted pro hac vice)
Clayton Thompson (admitted pro hac vice)
Marc C. Belloli (admitted pro hac vice)
Sal Lim (admitted pro hac vice)
Yakov Zolotorev (admitted pro hac vice)
401 Florence Street, Suite 200
Palo Alto, CA 94301
Telephone: (650) 618.4360
Facsimile: (650) 618.4368
eday@feinday.com
ifeinberg@feinday.com
dalberti@feinday.com
cthompson@feinday.com
mbelloli@feinday.com
slim@feinday.com
yzolotorev@feinday.com

*Attorneys for Plaintiff*
PRAGMATUS AV, LLC

**Exhibit 1 – U.S. Patent No. 6,237,025 vs. Yahoo! Messenger**

| U.S. Patent No. 6,237,025 | Yahoo! Messenger |
|---|---|
| 11.  A method for conducting a teleconference among a plurality of participants, each having<br>    an associated video capture<br>        and display and<br>    audio capture and reproduction<br>        capabilities,<br>  the method comprising the steps<br>        of: | To the extent the preamble is deemed to be limiting, Yahoo! Messenger conducts teleconferences for its users:<br><br>With Yahoo! Messenger, you can:<br>• Instant message friends in real time, including your Windows Live™ Messenger friends.<br>• Add a Pingbox™ to your personal Web page so that you can instant message the people who visit your page.<br>• **Call and talk with your friends. You can call a friend's computer, mobile phone, and even the old-fashioned home phone**.<br>• Share your favorite photos.<br>• Send text (SMS) messages to a friend's mobile phone.<br>• Forward your instant messages to your mobile phone when you're away from your computer.<br>• Save friends' contact details in your Yahoo! Address Book and access the information in Messenger.<br>• **See and be seen with webcam.***<br>http://help.yahoo.com/tutorials/ms9/mess/im_setup1.html<br><br>Yahoo! Messenger conducts teleconference among computer systems including video capture and display (e.g., webcam) and audio capture and reproduction (e.g., speaker and microphone) capabilities:<br><br><span style="color:orange">**Installing Messenger and Signing In**</span><br><br>It's easy to download and install Yahoo! Messenger.<br><br>To use Yahoo! Messenger, make sure your PC meets these minimum requirements:<br><br>• Microsoft Windows 98, Windows 2000, Windows ME, or Windows XP operating system<br>• Microsoft Internet Explorer version 6 or later<br>• Pentium II 233 Mhz or better (500 MHz recommended)<br>• Minimum 64 MB RAM for Windows 98 and ME & 128 MB RAM for Windows 2000 and XP |

CONFIDENTIAL OUTSIDE COUNSEL ONLY – SUBJECT TO PROTECTIVE ORDER

**Exhibit 1 – U.S. Patent No. 6,237,025 vs. Yahoo! Messenger**

| | |
|---|---|
| | • Minimum 30 MB needed to install<br>• To use additional Messenger features, such as the calling features, Webcam, and Yahoo! Music, your PC needs:<br><br>• Windows Media Player version 7 or higher<br>• **Webcam—Messenger compatible**<br>• **A microphone, sound card, and speakers or a headset**<br><br>http://help.yahoo.com/tutorials/ms9/mess/im_setup2.html<br><br>*See also* YAH-PR-00000889:<br><br># Voice And Video<br><br>***Table of Contents***<br><br>• <u>Voice And Video</u><br>   ◦ <u>Overview</u><br><br># Overview<br><br>The Messenger Windows client provides real-time audio and streaming video between two client instances. The feature is designed to mimic what our users would generally recognize as a "phone call".<br><br>To the extent the preamble is deemed to be limiting and to the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to achieve the substantially same result. |
| (a) maintaining | Yahoo! Messenger maintains multiple directories, including a list of potential participants to a teleconference: |

CONFIDENTIAL OUTSIDE COUNSEL ONLY –
SUBJECT TO PROTECTIVE ORDER

**Exhibit 1 – U.S. Patent No. 6,237,025 vs. Yahoo! Messenger**

| | |
|---|---|
| (i) at least one directory, including<br>    (1) a list of potential participants; and<br>(ii) at least one database, including,<br>    (1) addresses of video display devices, and<br>    (2) audio and video capabilities of each video display device, and<br>(iii) an association<br>    (1) between the information in the directory and the database; | http://help.yahoo.com/tutorials/ms9/mess/im_setup1.html<br><br><br><br>Yahoo! Messenger also maintains at least one database, including, addresses of video display devices, and  audio and video capabilities of each video display device, and an association between the information in the directory and the database: |

**Exhibit 1 – U.S. Patent No. 6,237,025 vs. Yahoo! Messenger**



**Exhibit 1 – U.S. Patent No. 6,237,025 vs. Yahoo! Messenger**



U.S. Patent No. 7,509,377 assigned to Yahoo! Inc.

CONFIDENTIAL OUTSIDE COUNSEL ONLY –
SUBJECT TO PROTECTIVE ORDER

**Exhibit 1 – U.S. Patent No. 6,237,025 vs. Yahoo! Messenger**

| | |
|---|---|
| | To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to achieve the substantially same result. |
| (b) displaying<br>   (i) participant information from at least the directory | Yahoo! Messenger displays participant information from at least the directory.<br><br>http://help.yahoo.com/tutorials/ms9/mess/im_setup1.html<br><br><br><br>To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to achieve the substantially same result. |

**Exhibit 1 – U.S. Patent No. 6,237,025 vs. Yahoo! Messenger**

| (c) selecting<br>      (i) one or more participants<br>          (1) from among the displayed participant information; and | Yahoo! Messenger selects of one or more participants from the displayed participant information (e.g., a scrollable listing of video enabled participants from the Yahoo! Address Book and/or Contact List):<br><br>### Your Yahoo! Address Book At Your Fingertips<br><br>The Contact List, the most important part of Yahoo! Messenger, is a reflection of your **Yahoo! Address Book**. The list includes your Messenger List, which is where you place all of the contacts with whom you plan to instant message, and the Address Book group, which is where you'll find all of your Yahoo! Address Book contacts who aren't on your Messenger List. Combined, the Messenger List and Address Book group provide access to all of your Yahoo! Address Book contacts. When you add a new contact to your Messenger List, you're also adding the contact to your Yahoo! Address Book.<br><br>Even though Messenger is an application running on your computer, you have to sign in to use it. By signing in, you are connecting with your account on a Yahoo! server, and you have access to much of your account information, including your Yahoo! Address Book. So, the next time you're away from home working on a different computer, you'll still have access to all of your contacts, even those you added through Yahoo! Messenger. Does Yahoo! take care of you or what? |

**Exhibit 1 – U.S. Patent No. 6,237,025 vs. Yahoo! Messenger**



http://help.yahoo.com/tutorials/ms9/mess/im_contactlist1.html

CONFIDENTIAL OUTSIDE COUNSEL ONLY –
SUBJECT TO PROTECTIVE ORDER

**Exhibit 1 – U.S. Patent No. 6,237,025 vs. Yahoo! Messenger**



http://help.yahoo.com/tutorials/ms9/mess/im_addcont5.html.

To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to achieve the substantially same result.

**Exhibit 1 – U.S. Patent No. 6,237,025 vs. Yahoo! Messenger**

| | |
|---|---|
| (d) establishing communication<br>    (i) with each selected participant<br>    (ii) using information in the database. | Yahoo! Messenger establishes communication with each selected participant using the information in the database:<br><br>## Webcam video<br><br>### Smile — you're on camera!<br><br>A webcam (web camera) allows you to share live video images of yourself (or things near you) while you are instant messaging with a friend. Start your webcam during a conversation, or invite friends to tune in by broadcasting a link to your webcam as your status.<br><br>With the video call feature, you can make a high-quality video call to a friend with synched audio, right in the IM window. Features include the ability to swap video windows, position the video windows side-by-side, mute the call or place it on hold. You can even go full-screen with your video call. Video calling is only available in Yahoo! Messenger version 10 or later.<br><br>When you set your status to "View My Webcam", that means you are inviting friends to tune in to your broadcast. Friends can click on your status message to indicate that they want to see your webcam. Your will then receive your friend's request to view your webcam which you can accept or deny.<br><br>http://messenger.yahoo.com/features/webcam/.<br><br>*See also* YAH-PR-00000890 – 906.<br><br>To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to achieve the substantially same result. |
| 12. The method of claim 11, | Yahoo! Messenger displays participant information in two sets (e.g., Messenger List and Address Book group); |

CONFIDENTIAL OUTSIDE COUNSEL ONLY –<br>SUBJECT TO PROTECTIVE ORDER

**Exhibit 1 – U.S. Patent No. 6,237,025 vs. Yahoo! Messenger**

| wherein<br><br>(a) the participant information is displayed in two sets in which the second set includes at least one of the group consisting of<br><br>(i) displayed icons and text<br><br>(1) representing potential participants. | both sets consisting of displayed icons and text representing potential participants:<br><br>## Your Yahoo! Address Book At Your Fingertips<br><br>The Contact List, the most important part of Yahoo! Messenger, is a reflection of your **Yahoo! Address Book**. The list includes your Messenger List, which is where you place all of the contacts with whom you plan to instant message, and the Address Book group, which is where you'll find all of your Yahoo! Address Book contacts who aren't on your Messenger List. Combined, the Messenger List and Address Book group provide access to all of your Yahoo! Address Book contacts. When you add a new contact to your Messenger List, you're also adding the contact to your Yahoo! Address Book.<br><br>Even though Messenger is an application running on your computer, you have to sign in to use it. By signing in, you are connecting with your account on a Yahoo! server, and you have access to much of your account information, including your Yahoo! Address Book. So, the next time you're away from home working on a different computer, you'll still have access to all of your contacts, even those you added through Yahoo! Messenger. Does Yahoo! take care of you or what? |

**Exhibit 1 – U.S. Patent No. 6,237,025 vs. Yahoo! Messenger**



http://help.yahoo.com/tutorials/ms9/mess/im_contactlist1.html

To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to achieve the substantially same result.

CONFIDENTIAL OUTSIDE COUNSEL ONLY – SUBJECT TO PROTECTIVE ORDER

12

**Exhibit 1 – U.S. Patent No. 6,237,025 vs. Yahoo! Messenger**

| | |
|---|---|
| 13. The method of claim 11, further comprising the steps of:<br><br>(a) selecting a communication type,<br><br>(i) from a displayed set of communication types; and<br><br>(b) establishing communication<br><br>(i) of the selected type,<br><br>(ii) with each selected participant. | Yahoo! Messenger displays a set of communication types (e.g., Call and IM) that permits selection and establishment of communication of the selected type with each selected participant:<br><br>You can send instant messages to contacts in your Messenger List or to anyone else if you know their Yahoo! ID or their Windows Live™ ID. You can even instant message Pingbox™ visitors. To learn more, take a look at Chatting With Visitors to Your Personal Web Page. The conversation window (shown below) is where you type, send, and receive instant messages.<br><br><br><br>http://help.yahoo.com/tutorials/ms9/mess/im_im1.html<br><br>To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to achieve the substantially same result. |
| 14. The method of claim 13, | Yahoo! Messenger's set of communication types includes at least one of: data conferencing, videoconferencing, |

CONFIDENTIAL OUTSIDE COUNSEL ONLY – SUBJECT TO PROTECTIVE ORDER

**Exhibit 1 – U.S. Patent No. 6,237,025 vs. Yahoo! Messenger**

| | |
|---|---|
| wherein<br><br>(a) the set of communication types includes at least one of:<br><br>(i) data conferencing, videoconferencing, telephone conferencing, sending faxes, sending electronic mail and sending multimedia mail messages. | telephone conferencing, sending faxes, sending electronic mail and sending multimedia mail messages (e.g., videoconferencing, telephone conferencing and electronic mail):<br><br>You can send instant messages to contacts in your Messenger List or to anyone else if you know their Yahoo! ID or their Windows Live™ ID. You can even instant message Pingbox™ visitors. To learn more, take a look at Chatting With Visitors to Your Personal Web Page.<br>The conversation window (shown below) is where you type, send, and receive instant messages.<br><br><br><br>http://help.yahoo.com/tutorials/ms9/mess/im_im1.html<br><br>To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to achieve the substantially same result. |

CONFIDENTIAL OUTSIDE COUNSEL ONLY – SUBJECT TO PROTECTIVE ORDER

**Exhibit 1 – U.S. Patent No. 6,237,025 vs. Yahoo! Messenger**

| | |
|---|---|
| 16. The method of claim 11, further comprising the steps of:<br><br>(a) selecting<br><br>(i) a new participant<br><br>(ii) from among a plurality of potential participants; and<br><br>(b) adding<br><br>(i) the new participant<br><br>(ii) to an existing teleconference. | Yahoo! Messenger allows selects a new participant and adds the new participant to an existing teleconference:<br><br><br><br>http://education.ucf.edu/techfac/docs/VideoChatTutorial.pdf<br><br>To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to |

**Exhibit 1 – U.S. Patent No. 6,237,025 vs. Yahoo! Messenger**

| | achieve the substantially same result. |
|---|---|
| 19. The method of claim 11, further comprising the step of:<br><br>(a) allowing a participant<br><br>(i) in an existing teleconference with<br><br>(1) a plurality of other participants<br><br>(ii) to place on hold<br><br>(iii) at least one of the other participants. | Yahoo! Messenger allows users to place on hold at least one of the other participants to an existing teleconference by using the "Ignore User" feature:<br><br><br><br>http://education.ucf.edu/techfac/docs/VideoChatTutorial.pdf |

CONFIDENTIAL OUTSIDE COUNSEL ONLY – SUBJECT TO PROTECTIVE ORDER

**Exhibit 1 – U.S. Patent No. 6,237,025 vs. Yahoo! Messenger**

| | To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to achieve the substantially same result. |
|---|---|
| 20. The method of claim 11, further comprising the step of:<br><br>(a) allowing a participant<br><br>(i) in an existing teleconference with<br><br>(1) a plurality of other participants<br><br>(ii) to disconnect<br><br>(iii) at least one of the other participants. | Yahoo! Messenger allows users to disconnect at least one of the other participants to an existing teleconference by using the "Ignore User" feature:<br><br> |

**Exhibit 1 – U.S. Patent No. 6,237,025 vs. Yahoo! Messenger**

| | |
|---|---|
| | http://education.ucf.edu/techfac/docs/VideoChatTutorial.pdf<br><br>To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to achieve the substantially same result. |
| 33.  A method for conducting a teleconference among a plurality of participants, each having<br>    an associated video capture<br>      and display and<br>    audio capture and reproduction<br>      capabilities,<br>the method comprising the steps of: | To the extent the preamble is deemed to be limiting, Yahoo! Messenger conducts teleconferences for its users:<br><br>With Yahoo! Messenger, you can:<br>  • Instant message friends in real time, including your Windows Live™ Messenger friends.<br>  • Add a Pingbox™ to your personal Web page so that you can instant message the people who visit your page.<br>  • **Call and talk with your friends. You can call a friend's computer, mobile phone, and even the old-fashioned home phone**.<br>  • Share your favorite photos.<br>  • Send text (SMS) messages to a friend's mobile phone.<br>  • Forward your instant messages to your mobile phone when you're away from your computer.<br>  • Save friends' contact details in your Yahoo! Address Book and access the information in Messenger.<br>  • **See and be seen with webcam.\***<br>http://help.yahoo.com/tutorials/ms9/mess/im_setup1.html<br><br>Yahoo! Messenger conducts teleconference among computer systems including video capture and display (e.g., webcam) and audio capture and reproduction (e.g., speaker and microphone) capabilities:<br><br>## Installing Messenger and Signing In<br><br>It's easy to download and install Yahoo! Messenger.<br><br>To use Yahoo! Messenger, make sure your PC meets these minimum requirements:<br><br>  • Microsoft Windows 98, Windows 2000, Windows ME, or Windows XP operating system |

CONFIDENTIAL OUTSIDE COUNSEL ONLY – SUBJECT TO PROTECTIVE ORDER

**Exhibit 1 – U.S. Patent No. 6,237,025 vs. Yahoo! Messenger**

- Microsoft Internet Explorer version 6 or later
- Pentium II 233 Mhz or better (500 MHz recommended)
- Minimum 64 MB RAM for Windows 98 and ME & 128 MB RAM for Windows 2000 and XP
- Minimum 30 MB needed to install
- To use additional Messenger features, such as the calling features, Webcam, and Yahoo! Music, your PC needs:

- Windows Media Player version 7 or higher
- **Webcam—Messenger compatible**
- **A microphone, sound card, and speakers or a headset**

http://help.yahoo.com/tutorials/ms9/mess/im_setup2.html

*See also* YAH-PR-00000889:

# Voice And Video

***Table of Contents***

- Voice And Video
  - Overview

# Overview

The Messenger Windows client provides real-time audio and streaming video between two client instances. The feature is designed to mimic what our users would generally recognize as a "phone call".

CONFIDENTIAL OUTSIDE COUNSEL ONLY –
SUBJECT TO PROTECTIVE ORDER

**Exhibit 1 – U.S. Patent No. 6,237,025 vs. Yahoo! Messenger**

| | |
|---|---|
| | To the extent the preamble is deemed to be limiting and to the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to achieve the substantially same result. |
| (a) maintaining   (i) at least one directory, including   (1) a list of potential participants; and   (ii) at least one database, including,   (1) addresses of video display devices, and   (iii) an association   (1) between the information in the directory and the database;   (2) in which the association is dynamically changeable; | Yahoo! Messenger maintains multiple directories, including a list of potential participants to a teleconference:<br><br>http://help.yahoo.com/tutorials/ms9/mess/im_setup1.html<br><br> |

**Exhibit 1 – U.S. Patent No. 6,237,025 vs. Yahoo! Messenger**

Yahoo! Messenger also maintains at least one database, including, addresses of video display devices, and  audio and video capabilities of each video display device, and an association between the information in the directory and the database that is dynamically changeable:



FIG.1

CONFIDENTIAL OUTSIDE COUNSEL ONLY –
SUBJECT TO PROTECTIVE ORDER

**Exhibit 1 – U.S. Patent No. 6,237,025 vs. Yahoo! Messenger**



FIG.13A

U.S. Patent No. 7,509,377 assigned to Yahoo! Inc.

CONFIDENTIAL OUTSIDE COUNSEL ONLY –
SUBJECT TO PROTECTIVE ORDER

**Exhibit 1 – U.S. Patent No. 6,237,025 vs. Yahoo! Messenger**

| | |
|---|---|
| | To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to achieve the substantially same result. |
| (b) displaying (i) participant information from at least the directory | Yahoo! Messenger displays participant information from at least the directory. http://help.yahoo.com/tutorials/ms9/mess/im_setup1.html  To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents |

**Exhibit 1 – U.S. Patent No. 6,237,025 vs. Yahoo! Messenger**

| | |
|---|---|
| | because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to achieve the substantially same result. |
| (c) selecting<br>     (i) one or more participants<br>       (1) from among the<br>displayed participant information;<br>and | Yahoo! Messenger selects of one or more participants from the displayed participant information (e.g., a scrollable listing of video enabled participants from the Yahoo! Address Book and/or Contact List):<br><br>**Your Yahoo! Address Book At Your Fingertips**<br><br>The Contact List, the most important part of Yahoo! Messenger, is a reflection of your **Yahoo! Address Book**. The list includes your Messenger List, which is where you place all of the contacts with whom you plan to instant message, and the Address Book group, which is where you'll find all of your Yahoo! Address Book contacts who aren't on your Messenger List. Combined, the Messenger List and Address Book group provide access to all of your Yahoo! Address Book contacts. When you add a new contact to your Messenger List, you're also adding the contact to your Yahoo! Address Book.<br><br>Even though Messenger is an application running on your computer, you have to sign in to use it. By signing in, you are connecting with your account on a Yahoo! server, and you have access to much of your account information, including your Yahoo! Address Book. So, the next time you're away from home working on a different computer, you'll still have access to all of your contacts, even those you added through Yahoo! Messenger. Does Yahoo! take care of you or what? |

**Exhibit 1 – U.S. Patent No. 6,237,025 vs. Yahoo! Messenger**



http://help.yahoo.com/tutorials/ms9/mess/im_contactlist1.html

CONFIDENTIAL OUTSIDE COUNSEL ONLY –
SUBJECT TO PROTECTIVE ORDER

**Exhibit 1 – U.S. Patent No. 6,237,025 vs. Yahoo! Messenger**



http://help.yahoo.com/tutorials/ms9/mess/im_addcont5.html.

To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to

**Exhibit 1 – U.S. Patent No. 6,237,025 vs. Yahoo! Messenger**

| | achieve the substantially same result. |
|---|---|
| (d) establishing communication<br>    (i) with each selected participant<br>    (ii) using information in the database. | Yahoo! Messenger establishes communication with each selected participant using the information in the database:<br><br>## Webcam video<br><br>### Smile — you're on camera!<br><br>A webcam (web camera) allows you to share live video images of yourself (or things near you) while you are instant messaging with a friend. Start your webcam during a conversation, or invite friends to tune in by broadcasting a link to your webcam as your status.<br><br>With the video call feature, you can make a high-quality video call to a friend with synched audio, right in the IM window. Features include the ability to swap video windows, position the video windows side-by-side, mute the call or place it on hold. You can even go full-screen with your video call. Video calling is only available in Yahoo! Messenger version 10 or later.<br><br>When you set your status to "View My Webcam", that means you are inviting friends to tune in to your broadcast. Friends can click on your status message to indicate that they want to see your webcam. Your will then receive your friend's request to view your webcam which you can accept or deny.<br><br>http://messenger.yahoo.com/features/webcam/.<br><br>*See also* YAH-PR-00000890 – 906.<br><br>To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to achieve the substantially same result. |
| 34. The method of claim 33, | Yahoo! Messenger displays participant information in two sets (e.g., Messenger List and Address Book group); |

**Exhibit 1 – U.S. Patent No. 6,237,025 vs. Yahoo! Messenger**

| wherein<br><br>(a) the participant information is displayed in two sets in which the second set includes anyone or more of the group consisting of<br><br>(i) displayed icons and text<br><br>(1) representing potential participants. | both sets consisting of displayed icons and text representing potential participants:<br><br>### Your Yahoo! Address Book At Your Fingertips<br><br>The Contact List, the most important part of Yahoo! Messenger, is a reflection of your **Yahoo! Address Book**. The list includes your Messenger List, which is where you place all of the contacts with whom you plan to instant message, and the Address Book group, which is where you'll find all of your Yahoo! Address Book contacts who aren't on your Messenger List. Combined, the Messenger List and Address Book group provide access to all of your Yahoo! Address Book contacts. When you add a new contact to your Messenger List, you're also adding the contact to your Yahoo! Address Book.<br><br>Even though Messenger is an application running on your computer, you have to sign in to use it. By signing in, you are connecting with your account on a Yahoo! server, and you have access to much of your account information, including your Yahoo! Address Book. So, the next time you're away from home working on a different computer, you'll still have access to all of your contacts, even those you added through Yahoo! Messenger. Does Yahoo! take care of you or what? |

**Exhibit 1 – U.S. Patent No. 6,237,025 vs. Yahoo! Messenger**



http://help.yahoo.com/tutorials/ms9/mess/im_contactlist1.html

To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to achieve the substantially same result.

CONFIDENTIAL OUTSIDE COUNSEL ONLY –
SUBJECT TO PROTECTIVE ORDER

http://help.yahoo.com/tutorials/ms9/mess/im_setup3.html

**Exhibit 1 – U.S. Patent No. 6,237,025 vs. Yahoo! Messenger**

| | |
|---|---|
| 35. The method of claim 33, further comprising the steps of:<br><br>(a) selecting a communication type,<br><br>(i) from a displayed set of communication types; and<br><br>(b) establishing communication<br><br>(i) of the selected type,<br><br>(ii) with each selected participant. | Yahoo! Messenger displays a set of communication types (e.g., Call and IM) that permits selection and establishment of communication of the selected type with each selected participant:<br><br>You can send instant messages to contacts in your Messenger List or to anyone else if you know their Yahoo! ID or their Windows Live™ ID. You can even instant message Pingbox™ visitors. To learn more, take a look at Chatting With Visitors to Your Personal Web Page.<br>The conversation window (shown below) is where you type, send, and receive instant messages.<br><br><br><br>http://help.yahoo.com/tutorials/ms9/mess/im_im1.html<br><br>To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to achieve the substantially same result. |
| 36. The method of claim 35, | Yahoo! Messenger's set of communication types includes at least one of: data conferencing, videoconferencing, |

**Exhibit 1 – U.S. Patent No. 6,237,025 vs. Yahoo! Messenger**

| wherein<br><br>(a) the set of communication types includes at least one of:<br><br>(i) data conferencing, videoconferencing, telephone conferencing, sending faxes, sending electronic mail and sending multimedia mail messages. | telephone conferencing, sending faxes, sending electronic mail and sending multimedia mail messages (e.g., videoconferencing, telephone conferencing and electronic mail):<br><br>You can send instant messages to contacts in your Messenger List or to anyone else if you know their Yahoo! ID or their Windows Live™ ID. You can even instant message Pingbox™ visitors. To learn more, take a look at Chatting With Visitors to Your Personal Web Page.<br>The conversation window (shown below) is where you type, send, and receive instant messages.<br><br><br><br>http://help.yahoo.com/tutorials/ms9/mess/im_im1.html<br><br>To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to achieve the substantially same result. |

CONFIDENTIAL OUTSIDE COUNSEL ONLY –
SUBJECT TO PROTECTIVE ORDER

31

**Exhibit 1 – U.S. Patent No. 6,237,025 vs. Yahoo! Messenger**

| | |
|---|---|
| 38. The method of claim 33, further comprising the steps of:<br><br>(a) selecting<br><br>(i) a new participant<br><br>(ii) from among a plurality of potential participants; and<br><br>(b) adding<br><br>(i) the new participant<br><br>(ii) to an existing teleconference. | Yahoo! Messenger allows selects a new participant and adds the new participant to an existing teleconference:<br><br><br><br>http://education.ucf.edu/techfac/docs/VideoChatTutorial.pdf<br><br>To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to achieve the substantially same result. |
| 41. The method of claim 33, | Yahoo! Messenger allows users to place on hold at least one of the other participants to an existing teleconference |

**Exhibit 1 – U.S. Patent No. 6,237,025 vs. Yahoo! Messenger**

| | |
|---|---|
| further comprising the step of:<br><br>(a) allowing a participant<br><br>(i) in an existing teleconference with<br><br>(1) a plurality of other participants<br><br>(ii) to place on hold<br><br>(iii) at least one of the other participants. | by using the "Ignore User" feature:<br><br><br><br>http://education.ucf.edu/techfac/docs/VideoChatTutorial.pdf<br><br>To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to |

**Exhibit 1 – U.S. Patent No. 6,237,025 vs. Yahoo! Messenger**

| | achieve the substantially same result. |
|---|---|
| 42. The method of claim 33, further comprising the step of:<br><br>(a) allowing a participant<br><br>(i) in an existing teleconference with<br><br>(1) a plurality of other participants<br><br>(ii) to disconnect<br><br>(iii) at least one of the other participants. | Yahoo! Messenger allows users to disconnect at least one of the other participants to an existing teleconference by using the "Ignore User" feature:<br><br><br><br>http://education.ucf.edu/techfac/docs/VideoChatTutorial.pdf |

**Exhibit 1 – U.S. Patent No. 6,237,025 vs. Yahoo! Messenger**

|  | To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to achieve the substantially same result. |
|---|---|

CONFIDENTIAL OUTSIDE COUNSEL ONLY –
SUBJECT TO PROTECTIVE ORDER

**Exhibit 2 – U.S. Patent No. 6,351,762 vs. Yahoo! Messenger**

| U.S. Patent No. 6,351,762 | Yahoo! Messenger |
|---|---|
| 11.  A method of conducting a teleconference among a plurality of participants using workstations with associated monitors for displaying visual images, and with associated AV capture and reproduction capabilities for capturing and reproducing video images and spoken audio of the participants, the method comprising the steps of: | To the extent the preamble is deemed to be limiting, Yahoo! Messenger conducts teleconferences for its users using workstations with associated monitors for displaying visual images, and with associated AV capture and reproduction capabilities for capturing and reproducing video images and spoken audio of the participants:<br><br>With Yahoo! Messenger, you can:<br>• Instant message friends in real time, including your Windows Live™ Messenger friends.<br>• Add a Pingbox™ to your personal Web page so that you can instant message the people who visit your page.<br>• **Call and talk with your friends. You can call a friend's computer, mobile phone, and even the old-fashioned home phone**.<br>• Share your favorite photos.<br>• Send text (SMS) messages to a friend's mobile phone.<br>• Forward your instant messages to your mobile phone when you're away from your computer.<br>• Save friends' contact details in your Yahoo! Address Book and access the information in Messenger.<br>• **See and be seen with webcam.\***<br>http://help.yahoo.com/tutorials/ms9/mess/im_setup1.html<br><br>Yahoo! Messenger software is configured for use with computer systems including an associated video capture and display (e.g., webcam) and audio capture and reproduction (e.g., speaker and microphone) capabilities:<br><br># Installing Messenger and Signing In<br><br>It's easy to download and install Yahoo! Messenger.<br><br>To use Yahoo! Messenger, make sure your PC meets these minimum requirements:<br><br>• Microsoft Windows 98, Windows 2000, Windows ME, or Windows XP operating system<br>• Microsoft Internet Explorer version 6 or later |

**Exhibit 2 – U.S. Patent No. 6,351,762 vs. Yahoo! Messenger**

- Pentium II 233 Mhz or better (500 MHz recommended)
- Minimum 64 MB RAM for Windows 98 and ME & 128 MB RAM for Windows 2000 and XP
- Minimum 30 MB needed to install
- To use additional Messenger features, such as the calling features, Webcam, and Yahoo! Music, your PC needs:

- Windows Media Player version 7 or higher
- **Webcam—Messenger compatible**
- **A microphone, sound card, and speakers or a headset**

http://help.yahoo.com/tutorials/ms9/mess/im_setup2.html

*See also* YAH-PR-00000889:

# Voice And Video

*Table of Contents*

- Voice And Video
  - Overview

# Overview

The Messenger Windows client provides real-time audio and streaming video between two client instances. The feature is designed to mimic what our users would generally recognize as a "phone call".

To the extent the preamble is deemed to be limiting and to the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! Messenger performs substantially the same

CONFIDENTIAL OUTSIDE COUNSEL ONLY – SUBJECT TO PROTECTIVE ORDER

**Exhibit 2 – U.S. Patent No. 6,351,762 vs. Yahoo! Messenger**

| | function, in substantially the same way in order to achieve the substantially same result. |
|---|---|
| (a) associating first and second participants only with each workstation logged into by a first and a second participant; | Yahoo! Messenger allows first and second participants to a videoconference logged into Yahoo! Messenger via their PCs to conduct a videoconference.  To do this Yahoo! Messenger software associates each of the participants to a videoconference to each other: <br><br> *See*, *e.g.*, http://help.yahoo.com/tutorials/ms10/im_video1.html <br><br> ## Placing a Video Call <br><br> With Yahoo! Messenger's free video calling, all you need is a webcam and headset to place an Internet video call from your PC to another Messenger user's PC anywhere in the world (you must both be using Messenger 10). To optimize your audio and video equipment, use the setup wizard as described in the Introducing Messenger's Voice and Video Features tutorial. <br><br> ## Here's How <br><br> Begin a video call in one of the following ways: <br><br> **From your Messenger List:** Click the person's display image to open the contact card, then click the video call icon or select **Start Video Call** from the contact's right-click menu. |

**Exhibit 2 – U.S. Patent No. 6,351,762 vs. Yahoo! Messenger**



**From your conversation window:** If you're already conversing with a friend, click the Video Call icon at the top of the conversation window.



Messenger places the video call. When your contact accepts, the video opens in the conversation window. Your contact's side of the call displays in the full screen and your side of the call displays in the thumbnail at the bottom.

CONFIDENTIAL OUTSIDE COUNSEL ONLY – SUBJECT TO PROTECTIVE ORDER

**Exhibit 2 – U.S. Patent No. 6,351,762 vs. Yahoo! Messenger**



You can adjust the view through a variety of controls as shown in the task Managing Your View.

To mute your microphone or speaker, click the appropriate icon.

CONFIDENTIAL OUTSIDE COUNSEL ONLY – SUBJECT TO PROTECTIVE ORDER

**Exhibit 2 – U.S. Patent No. 6,351,762 vs. Yahoo! Messenger**

 



Either of you can end the call by clicking the **End Call** button.

*See also* YAH-PR-00000889:

# Voice And Video

*Table of Contents*

- Voice And Video
  - Overview

## Overview

The Messenger Windows client provides real-time audio and streaming video between two client instances. The feature is designed to mimic what our users would generally recognize as a "phone call".

*See also* http://help.yahoo.com/tutorials/ms9/mess/im_call3.html:

**Exhibit 2 – U.S. Patent No. 6,351,762 vs. Yahoo! Messenger**

| | |
|---|---|
| | # Placing and Receiving Calls |
| | Placing a Call    Guidance for Domestic and International Calls    Receiving a Call    Using Sounds and Background Music    Placing a Call on Hold    Forwarding Incoming Calls |
| | Display in new window |
| | • What's Next |
| | • Learn More |
| | • Help Topics |
| | ## Receiving a Call |
| | Yahoo! Messenger offers two ways to receive calls: |
| | • PC-to-PC calling—any of your friends who know your Yahoo! ID and use Messenger 7 or higher can call your computer and the two of you can talk just like you're both on the phone. You just need to be signed in to receive the call. And the best part? It's free. |
| | • ▦ Yahoo! Phone In—a premium Yahoo! Messenger feature that allows your friends to call your computer from a traditional telephone or a mobile phone. All you need to do is sign up for the Yahoo! Phone In service. To learn more, take a look at the Signing Up for Yahoo! Voice tutorial. |
| | You'll need a headset or a microphone and speakers to use these features. To ensure that they are set up properly, read through the setup task in the Introducing Yahoo! Messenger's Call Features tutorial. |
| | ## Here's How |
| | 1. When someone calls your computer, a notification of the call opens in the lower portion of your computer screen. |
| |  |
| | To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to achieve the substantially same result. |
| (b) initiating a call from the first to the second participant; | Yahoo! Messenger provides two ways to initiate a call from the first participant to the teleconference to the second participant to the teleconference: |
| | *See*, *e.g.*, http://help.yahoo.com/tutorials/ms10/im_video1.html |

**Exhibit 2 – U.S. Patent No. 6,351,762 vs. Yahoo! Messenger**

Begin a video call in one of the following ways:

**From your Messenger List:** Click the person's display image to open the contact card, then click the video call icon or select **Start Video Call** from the contact's right-click menu.



**From your conversation window:** If you're already conversing with a friend, click the Video Call icon at the top of the conversation window.

CONFIDENTIAL OUTSIDE COUNSEL ONLY –
SUBJECT TO PROTECTIVE ORDER

**Exhibit 2 – U.S. Patent No. 6,351,762 vs. Yahoo! Messenger**



|  | Messenger places the video call. When your contact accepts, the video opens in the conversation window. Your contact's side of the call displays in the full screen and your side of the call displays in the thumbnail at the bottom.<br><br>To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to achieve the substantially same result. |
|---|---|
| (c) routing the initiated call to each and only each workstations at which the second participant is logged in; | Yahoo! Messenger routes the initiated call to those participants who are selected as participants to the call only at the workstations where they are logged in:<br><br>*See, e.g.*, http://help.yahoo.com/tutorials/ms10/im_video1.html<br><br>Messenger places the video call. When your contact accepts, the video opens in the conversation window. Your contact's side of the call displays in the full screen and your side of the call displays in the thumbnail at the bottom. |

CONFIDENTIAL OUTSIDE COUNSEL ONLY –
SUBJECT TO PROTECTIVE ORDER

**Exhibit 2 – U.S. Patent No. 6,351,762 vs. Yahoo! Messenger**



You can adjust the view through a variety of controls as shown in the task Managing Your View.

To mute your microphone or speaker, click the appropriate icon.

**Exhibit 2 – U.S. Patent No. 6,351,762 vs. Yahoo! Messenger**





Either of you can end the call by clicking the **End Call** button.

To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to achieve the substantially same result.

| | |
|---|---|
| (d) capturing participant video images and audio of the first and second participants; | Yahoo! Messenger captures video images and audio from each of the participants to the conference:<br><br>*See*, *e.g.*, http://help.yahoo.com/tutorials/ms10/im_video1.html<br><br>Messenger places the video call. When your contact accepts, the video opens in the conversation window. Your contact's side of the call displays in the full screen and your side of the call displays in the thumbnail at the bottom. |

**Exhibit 2 – U.S. Patent No. 6,351,762 vs. Yahoo! Messenger**



You can adjust the view through a variety of controls as shown in the task Managing Your View.

To mute your microphone or speaker, click the appropriate icon.

CONFIDENTIAL OUTSIDE COUNSEL ONLY –
SUBJECT TO PROTECTIVE ORDER

**Exhibit 2 – U.S. Patent No. 6,351,762 vs. Yahoo! Messenger**



Either of you can end the call by clicking the **End Call** button.

To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to achieve the substantially same result.

| | |
|---|---|
| (e) carrying AV signals representing the captured video images and spoken audio of the participants along an AV path among workstations associated with the first and second participants; and | Yahoo! Messenger carries the AV signals that represent the captured video images and spoken audio of the participants to the videoconference along an AV path between the participants' respective workstations:<br><br>*See*, *e.g.*, http://help.yahoo.com/tutorials/ms10/im_video1.html<br><br>Messenger places the video call. When your contact accepts, the video opens in the conversation window. Your contact's side of the call displays in the full screen and your side of the call displays in the thumbnail at the bottom. |

**Exhibit 2 – U.S. Patent No. 6,351,762 vs. Yahoo! Messenger**



You can adjust the view through a variety of controls as shown in the task Managing Your View.

To mute your microphone or speaker, click the appropriate icon.

**Exhibit 2 – U.S. Patent No. 6,351,762 vs. Yahoo! Messenger**



Either of you can end the call by clicking the **End Call** button.

To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to achieve the substantially same result.

| (f) managing a videoconference during which the video image and spoken audio of the first participant is reproduced at the workstation of the second participant. | Yahoo! Messenger permits the participants to the videoconference to manage the videoconference while the video images and spoken audio are being reproduced at the respective participants' workstations:<br><br>*See*, *e.g.*, http://help.yahoo.com/tutorials/ms10/im_video1.html<br><br>Messenger places the video call. When your contact accepts, the video opens in the conversation window. Your contact's side of the call displays in the full screen and your side of the call displays in the thumbnail at the bottom. |

**Exhibit 2 – U.S. Patent No. 6,351,762 vs. Yahoo! Messenger**



You can adjust the view through a variety of controls as shown in the task Managing Your View.

To mute your microphone or speaker, click the appropriate icon.

CONFIDENTIAL OUTSIDE COUNSEL ONLY –
SUBJECT TO PROTECTIVE ORDER

**Exhibit 2 – U.S. Patent No. 6,351,762 vs. Yahoo! Messenger**

| | |
|---|---|
| |  Either of you can end the call by clicking the **End Call** button.<br><br>To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to achieve the substantially same result. |
| 12. The method of claim 11, further comprising the steps of:<br><br>(a) tracking the audio and video capabilities associated with each workstation; and<br><br>(b) processing a call, from a second to the first participant, based on which audio and video capabilities are associated with the first participant. | Yahoo! Messenger tracks the audio and video capabilities (e.g., Voice and Webcam) associated with each user's workstation: |

**Exhibit 2 – U.S. Patent No. 6,351,762 vs. Yahoo! Messenger**

http://education.ucf.edu/techfac/docs/VideoChatTutorial.pdf

Yahoo! Messenger processing a call, from a second to the first participant, based on which audio and video capabilities are associated with the first participant (e.g., if the first participant has Webcam, Yahoo! Messenger processes a video call):



**Exhibit 2 – U.S. Patent No. 6,351,762 vs. Yahoo! Messenger**

|  | http://education.ucf.edu/techfac/docs/VideoChatTutorial.pdf<br><br>To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to achieve the substantially same result. |
|---|---|

CONFIDENTIAL OUTSIDE COUNSEL ONLY –
SUBJECT TO PROTECTIVE ORDER

**Exhibit 3 - U.S. Patent No. 5,854,893 vs. Yahoo! Messenger**

| U.S. Patent No. 5,854,893 | Yahoo! Messenger |
|---|---|
| 13. A method for conducting a teleconference among a plurality of participants, each having an associated video capture and display and audio capture and reproduction capabilities, the method comprising the steps of: | To the extent the preamble is deemed to be limiting, Yahoo! Messenger conducts teleconferences among a plurality of participants with computers having an associated video capture and display and audio capture and reproduction capabilities:<br><br>With Yahoo! Messenger, you can:<br>• Instant message friends in real time, including your Windows Live™ Messenger friends.<br>• Add a Pingbox™ to your personal Web page so that you can instant message the people who visit your page.<br>• **Call and talk with your friends. You can call a friend's computer, mobile phone, and even the old-fashioned home phone**.<br>• Share your favorite photos.<br>• Send text (SMS) messages to a friend's mobile phone.<br>• Forward your instant messages to your mobile phone when you're away from your computer.<br>• Save friends' contact details in your Yahoo! Address Book and access the information in Messenger.<br>• **See and be seen with webcam.***<br>http://help.yahoo.com/tutorials/ms9/mess/im_setup1.html<br><br>Yahoo! Messenger software is configured for use with computer systems including an associated video capture and display (e.g., webcam) and audio capture and reproduction (e.g., speaker and microphone) capabilities:<br><br><span style="color:#c0392b">**Installing Messenger and Signing In**</span><br><br>It's easy to download and install Yahoo! Messenger.<br><br>To use Yahoo! Messenger, make sure your PC meets these minimum requirements:<br><br>• Microsoft Windows 98, Windows 2000, Windows ME, or Windows XP operating system<br>• Microsoft Internet Explorer version 6 or later |

**Exhibit 3 - U.S. Patent No. 5,854,893 vs. Yahoo! Messenger**

---

- Pentium II 233 Mhz or better (500 MHz recommended)
- Minimum 64 MB RAM for Windows 98 and ME & 128 MB RAM for Windows 2000 and XP
- Minimum 30 MB needed to install
- To use additional Messenger features, such as the calling features, Webcam, and Yahoo! Music, your PC needs:

- Windows Media Player version 7 or higher
- **Webcam—Messenger compatible**
- **A microphone, sound card, and speakers or a headset**

http://help.yahoo.com/tutorials/ms9/mess/im_setup2.html

*See also* YAH-PR-00000889:

# Voice And Video

***Table of Contents***

- Voice And Video
    - Overview

# Overview

The Messenger Windows client provides real-time audio and streaming video between two client instances. The feature is designed to mimic what our users would generally recognize as a "phone call".

To the extent the preamble is deemed to be limiting and to the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to achieve the substantially same result.

---

CONFIDENTIAL OUTSIDE COUNSEL ONLY – SUBJECT TO PROTECTIVE ORDER

**Exhibit 3 - U.S. Patent No. 5,854,893 vs. Yahoo! Messenger**

| (a) displaying<br><br>    (i) a first and a second set of potential participants in which<br><br>    (1) the first set includes names of potential participants and<br><br>    (2) the second set includes icons representing potential participants, and<br><br>    (ii) a set of collaboration types; | Yahoo! Messenger displays participant information in two sets (e.g., Messenger List and Address Book group); both sets consisting of displayed icons and text representing potential participants:<br><br>### Your Yahoo! Address Book At Your Fingertips<br><br>The Contact List, the most important part of Yahoo! Messenger, is a reflection of your **Yahoo! Address Book**. The list includes your Messenger List, which is where you place all of the contacts with whom you plan to instant message, and the Address Book group, which is where you'll find all of your Yahoo! Address Book contacts who aren't on your Messenger List. Combined, the Messenger List and Address Book group provide access to all of your Yahoo! Address Book contacts. When you add a new contact to your Messenger List, you're also adding the contact to your Yahoo! Address Book.<br><br>Even though Messenger is an application running on your computer, you have to sign in to use it. By signing in, you are connecting with your account on a Yahoo! server, and you have access to much of your account information, including your Yahoo! Address Book. So, the next time you're away from home working on a different computer, you'll still have access to all of your contacts, even those added through Yahoo! Messenger. Does Yahoo! take care of you or what? |

CONFIDENTIAL OUTSIDE COUNSEL ONLY – SUBJECT TO PROTECTIVE ORDER    3

**Exhibit 3 - U.S. Patent No. 5,854,893 vs. Yahoo! Messenger**



http://help.yahoo.com/tutorials/ms9/mess/im_contactlist1.html

Yahoo! Messenger also displays a set of collaboration types:

CONFIDENTIAL OUTSIDE COUNSEL ONLY –
SUBJECT TO PROTECTIVE ORDER

http://help.yahoo.com/tutorials/ms9/mess/im_setup3.html

**Exhibit 3 - U.S. Patent No. 5,854,893 vs. Yahoo! Messenger**

| | |
|---|---|
| | Option 2: If you are already engaged in an active chat session, click the Contact menu in the IM window, select Contact Options and View Webcam.<br><br><br><br>http://education.ucf.edu/techfac/docs/VideoChatTutorial.pdf<br><br>To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to achieve the substantially same result. |
| (b) selecting<br><br>(i) one or more participants | Yahoo! Messenger selects of one or more participants from the displayed participant information (e.g., a scrollable listing of video enabled participants from the Yahoo! Address Book and/or Contact List): |

**Exhibit 3 - U.S. Patent No. 5,854,893 vs. Yahoo! Messenger**

| (ii) from among a plurality of the displayed sets of potential participants; | **Your Yahoo! Address Book At Your Fingertips**<br><br>The Contact List, the most important part of Yahoo! Messenger, is a reflection of your **Yahoo! Address Book**. The list includes your Messenger List, which is where you place all of the contacts with whom you plan to instant message, and the Address Book group, which is where you'll find all of your Yahoo! Address Book contacts who aren't on your Messenger List. Combined, the Messenger List and Address Book group provide access to all of your Yahoo! Address Book contacts. When you add a new contact to your Messenger List, you're also adding the contact to your Yahoo! Address Book.<br><br>Even though Messenger is an application running on your computer, you have to sign in to use it. By signing in, you are connecting with your account on a Yahoo! server, and you have access to much of your account information, including your Yahoo! Address Book. So, the next time you're away from home working on a different computer, you'll still have access to all of your contacts, even those you added through Yahoo! Messenger. Does Yahoo! take care of you or what? |

**Exhibit 3 - U.S. Patent No. 5,854,893 vs. Yahoo! Messenger**



http://help.yahoo.com/tutorials/ms9/mess/im_contactlist1.html

**Exhibit 3 - U.S. Patent No. 5,854,893 vs. Yahoo! Messenger**



[http://help.yahoo.com/tutorials/ms9/mess/im_addcont5.html](http://help.yahoo.com/tutorials/ms9/mess/im_addcont5.html).

To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to achieve the substantially same result.

CONFIDENTIAL OUTSIDE COUNSEL ONLY – SUBJECT TO PROTECTIVE ORDER

http://help.yahoo.com/tutorials/ms9/mess/im_addcont5.html

**Exhibit 3 - U.S. Patent No. 5,854,893 vs. Yahoo! Messenger**

| | |
|---|---|
| (c) selecting<br><br>   (i) a desired collaboration type<br><br>   (ii) from among a plurality of the displayed collaboration types; and | Yahoo! Messenger selects a desired collaboration type from among a plurality of the displayed collaboration types (e.g., Send an Instant Message, Call Computer, View Webcam, etc.):<br><br>Option 2: If you are already engaged in an active chat session, click the Contact menu in the IM window, select Contact Options and View Webcam.<br><br><br><br>http://education.ucf.edu/techfac/docs/VideoChatTutorial.pdf<br><br>To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to achieve the substantially same result. |

**Exhibit 3 - U.S. Patent No. 5,854,893 vs. Yahoo! Messenger**

| | |
|---|---|
| (d) establishing communication<br><br>   (i) of the selected type,<br><br>   (ii) with the selected participant to define a teleconference call. | Yahoo! Messenger establishes communication of the selected type with each selected participant to define a teleconference call:<br><br># Webcam video<br><br>### Smile — you're on camera!<br><br>A webcam (web camera) allows you to share live video images of yourself (or things near you) while you are instant messaging with a friend. Start your webcam during a conversation, or invite friends to tune in by broadcasting a link to your webcam as your status.<br><br>With the video call feature, you can make a high-quality video call to a friend with synched audio, right in the IM window. Features include the ability to swap video windows, position the video windows side-by-side, mute the call or place it on hold. You can even go full-screen with your video call. Video calling is only available in Yahoo! Messenger version 10 or later.<br><br>When you set your status to "View My Webcam", that means you are inviting friends to tune in to your broadcast. Friends can click on your status message to indicate that they want to see your webcam. Your will then receive your friend's request to view your webcam which you can accept or deny.<br><br>http://messenger.yahoo.com/features/webcam/.<br><br>*See also* YAH-PR-00000890 – 906.<br><br>To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to achieve the substantially same result. |
| 14. The method of claim 13, | Yahoo! Messenger displays participant information in two sets (e.g., Messenger List and Yahoo! Address Book); |

**Exhibit 3 - U.S. Patent No. 5,854,893 vs. Yahoo! Messenger**

| | |
|---|---|
| wherein the second set is a subset of the first set, the method further comprising the steps of:<br><br>(a) selecting<br><br>(i) one or more desired participants<br><br>(ii) from the first set of potential participants; and<br><br>(b) selecting<br><br>(i) one or more desired participants<br><br>(ii) from the second set of potential participants; and thereby<br><br>(d) establishing communications<br><br>(i) with all selected participants. | Messenger List is a subset of Yahoo! Address Book:<br><br><span style="color:#c0504d">**Your Yahoo! Address Book At Your Fingertips**</span><br><br>The Contact List, the most important part of Yahoo! Messenger, is a reflection of your **Yahoo! Address Book**. The list includes your Messenger List, which is where you place all of the contacts with whom you plan to instant message, and the Address Book group, which is where you'll find all of your Yahoo! Address Book contacts who aren't on your Messenger List. Combined, the Messenger List and Address Book group provide access to all of your Yahoo! Address Book contacts. <span style="color:red">**When you add a new contact to your Messenger List, you're also adding the contact to your Yahoo! Address Book.**</span><br><br>Even though Messenger is an application running on your computer, you have to sign in to use it. By signing in, you are connecting with your account on a Yahoo! server, and you have access to much of your account information, including your Yahoo! Address Book. So, the next time you're away from home working on a different computer, you'll still have access to all of your contacts, even those you added through Yahoo! Messenger. Does Yahoo! take care of you or what?<br><br>Yahoo! Messenger permits establishing communication by selecting one or more desired participants from each set: |

CONFIDENTIAL OUTSIDE COUNSEL ONLY –
SUBJECT TO PROTECTIVE ORDER

**Exhibit 3 - U.S. Patent No. 5,854,893 vs. Yahoo! Messenger**



http://help.yahoo.com/tutorials/ms9/mess/im_contactlist1.html

To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to achieve the substantially same result.

CONFIDENTIAL OUTSIDE COUNSEL ONLY –
SUBJECT TO PROTECTIVE ORDER

12

Search

**Exhibit 3 - U.S. Patent No. 5,854,893 vs. Yahoo! Messenger**

| | |
|---|---|
| 15. The method of claim 13, wherein<br><br>(a) the plurality of collaboration types includes at least one of:<br><br>(i) data conferencing, videoconferencing, telephone conferencing, sending faxes, sending electronic mail and sending multimedia mail messages. | Yahoo! Messenger's set of communication types includes at least one of: data conferencing, videoconferencing, telephone conferencing, sending faxes, sending electronic mail and sending multimedia mail messages (e.g., videoconferencing, telephone conferencing and electronic mail):<br><br>You can send instant messages to contacts in your Messenger List or to anyone else if you know their Yahoo! ID or their Windows Live™ ID. You can even instant message Pingbox™ visitors. To learn more, take a look at Chatting With Visitors to Your Personal Web Page.<br>The conversation window (shown below) is where you type, send, and receive instant messages.<br><br><br><br>http://help.yahoo.com/tutorials/ms9/mess/im_im1.html<br><br>To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to achieve the substantially same result. |

http://help.yahoo.com/tutorials/ms9/mess/im_im1.html                    Page 1 of 3

CONFIDENTIAL OUTSIDE COUNSEL ONLY –
SUBJECT TO PROTECTIVE ORDER

13

**Exhibit 3 - U.S. Patent No. 5,854,893 vs. Yahoo! Messenger**

| 17. The method of claim 13, further comprising the steps of:<br><br>(a) selecting<br><br>(i) a new participant<br><br>(ii) from among a plurality of potential participants; and<br><br>(b) adding<br><br>(i) the new participant<br><br>(ii) to an active teleconference call. | Yahoo! Messenger allows users to select a new participant and add the new participant to an existing teleconference:<br><br><br><br>http://education.ucf.edu/techfac/docs/VideoChatTutorial.pdf<br><br>To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents |

**Exhibit 3 - U.S. Patent No. 5,854,893 vs. Yahoo! Messenger**

| | because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to achieve the substantially same result. |
|---|---|
| 21. The method of claim 13, further comprising the step of<br><br>(a) allowing a participant<br><br>(i) in a teleconference call with<br><br>(1) a plurality of other participants<br><br>(ii) to place on hold<br><br>(iii) at least one of the other participants. | Yahoo! Messenger allows users to place on hold at least one of the other participants to an existing teleconference by using the "Ignore User" feature:<br><br> |

**Exhibit 3 - U.S. Patent No. 5,854,893 vs. Yahoo! Messenger**

| | |
|---|---|
| | http://education.ucf.edu/techfac/docs/VideoChatTutorial.pdf<br><br>To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to achieve the substantially same result. |
| 22. The method of claim 13, further comprising the step of<br><br>(a) allowing a participant<br><br>(i) in a teleconference call with<br><br>(1) a plurality of other participants<br><br>(ii) to disconnect<br><br>(iii) at least one of the other participants. | Yahoo! Messenger allows users to disconnect at least one of the other participants to an existing teleconference by using the "Ignore User" feature: |

**Exhibit 3 - U.S. Patent No. 5,854,893 vs. Yahoo! Messenger**



http://education.ucf.edu/techfac/docs/VideoChatTutorial.pdf

To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to achieve the substantially same result.

**Exhibit 4 - U.S. Patent No. 7,185,054 vs. Yahoo! Messenger**

| U.S. Patent No. 7,185,054 | Yahoo! Messenger[1] |
|---|---|
| 10. A method for conducting a teleconference among a plurality of participants, each having | To the extent the preamble is determined to be limiting, Yahoo! Messenger software allows multiple participants to conduct teleconferences:<br><br>With Yahoo! Messenger, you can:<br>• Instant message friends in real time, including your Windows Live™ Messenger friends.<br>• Add a Pingbox™ to your personal Web page so that you can instant message the people who visit your page.<br>• **Call and talk with your friends. You can call a friend's computer, mobile phone, and even the old-fashioned home phone.**<br>• Share your favorite photos.<br>• Send text (SMS) messages to a friend's mobile phone.<br>• Forward your instant messages to your mobile phone when you're away from your computer.<br>• Save friends' contact details in your Yahoo! Address Book and access the information in Messenger. |

[1] Ex. A, Video and Voice Feature Design Document; Ex. B, "How to start a Yahoo! Messenger conference on your PC," Messenger Help ID: SLN286; Ex. C, "The difference between Video Calling and Webcam Sharing," Messenger Help ID: SLN1643; Ex. D, Video Chat Tutorial; Ex. E, "Inviting More People to a Conference," Messenger Help ID: SLN130; Ex. F, "How to Accept or Decline VoIP Calls," Messenger Help ID: SLN1271; Ex. G, "Placing and Receiving Calls"), and will add the third caller to the first teleconference; Ex. H, "Placing and Receiving Calls, Placing a Call on Hold," Yahoo! Messenger>Help>Tutorials; Ex. I, "Placing and Receiving Calls, Placing a Call," Yahoo! Messenger>Help>Tutorials; Ex. J, Introducing Yahoo! Messenger, http://help.yahoo.com/tutorials/ms9/mess/im_setup1.html; Ex. K, Introducing Yahoo! Messenger: Installing Messenger and Signing In, http://help.yahoo.com/tutorials/ms9/mess/im_setup2.html; Ex. L, How to configure a firewall or proxy server, Messenger Help ID: SLN1227; Ex. M, Introducing Yahoo! Messenger: Your Yahoo! Address Book At Your Fingertips, http://help.yahoo.com/tutorials/ms9/mess/im_contactlist1.html; Ex. N, Yahoo! Messenger > Help > Tutorials > Adding Contacts to Your Messenger List http://help.yahoo.com/tutorials/ms9/mess/im_addcont5.html; Ex. O, Yahoo! Messenger > Help > Tutorials > Using Instant Messaging, Messaging Multiple Contacts; Ex. P, Yahoo! Messenger > Help > Tutorials > Using Instant Messaging, Messaging a Contact; Ex. Q, http://messenger.yahoo.com/features/webcam/; Ex. R, How to Use Hold and Resume During a Video Call, Messenger Help ID: SLN1018; Ex. S, How a Moderator Can Remove a User From a Yahoo! Messenger Chat Room, Messenger Help ID SLN3046; Ex. T, Sending an Instant Message, Messenger Help ID: SLN1516; Ex. U, Keyboard Shortcuts for Making Phone Calls with Yahoo! Messenger 9, Messenger Help ID SLN1050; Ex. V, How to add groups to your Contact List, Messenger Help ID: SLN1338.

CONFIDENTIAL OUTSIDE COUNSEL ONLY – SUBJECT TO PROTECTIVE ORDER

**Exhibit 4 - U.S. Patent No. 7,185,054 vs. Yahoo! Messenger**

| | |
|---|---|
| | • **See and be seen with webcam.*** <br> Ex. J, Introducing Yahoo! Messenger, http://help.yahoo.com/tutorials/ms9/mess/im_setup1.html <br><br> To the extent the preamble is deemed to be limiting and to the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to achieve the substantially same result. |
| an associated video capture and display and <br> audio capture and reproduction capabilities, <br>　　the method comprising the <br>　　　　steps of: | To the extent the preamble is determined to be limiting, Yahoo! Messenger software is configured for use with computer systems including an associated video capture and display (e.g., webcam) and audio capture and reproduction (e.g., speaker and microphone) capabilities: <br><br> **Installing Messenger and Signing In** <br><br> It's easy to download and install Yahoo! Messenger. <br><br> To use Yahoo! Messenger, make sure your PC meets these minimum requirements: <br><br> • Microsoft Windows 98, Windows 2000, Windows ME, or Windows XP operating system <br> • Microsoft Internet Explorer version 6 or later <br> • Pentium II 233 Mhz or better (500 MHz recommended) <br> • Minimum 64 MB RAM for Windows 98 and ME & 128 MB RAM for Windows 2000 and XP <br> • Minimum 30 MB needed to install <br> • To use additional Messenger features, such as the calling features, Webcam, and Yahoo! Music, your PC needs: <br><br> • Windows Media Player version 7 or higher <br> • **Webcam—Messenger compatible** <br> • **A microphone, sound card, and speakers or a headset** <br><br> Ex. K, Introducing Yahoo! Messenger, Installing Messenger and Signing In, http://help.yahoo.com/tutorials/ms9/mess/im_setup2.html |

CONFIDENTIAL OUTSIDE COUNSEL ONLY –<br>SUBJECT TO PROTECTIVE ORDER

**Exhibit 4 - U.S. Patent No. 7,185,054 vs. Yahoo! Messenger**

| | |
|---|---|
| | To the extent the preamble is deemed to be limiting and to the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to achieve the substantially same result. |
| (a) displaying a graphical rolodex on a participant's video display device, including a scrollable listing of entries of video-enabled potential participants; | Yahoo! Messenger displays a graphical rolodex on a participant's video display device, including a scrollable listing of video enabled participants (e.g., the Yahoo! Address Book, Contact List and/or Messenger List): <br><br> **Your Yahoo! Address Book At Your Fingertips** <br><br> The Contact List, the most important part of Yahoo! Messenger, is a reflection of your **Yahoo! Address Book**. The list includes your Messenger List, which is where you place all of the contacts with whom you plan to instant message, and the Address Book group, which is where you'll find all of your Yahoo! Address Book contacts who aren't on your Messenger List. Combined, the Messenger List and Address Book group provide access to all of your Yahoo! Address Book contacts. When you add a new contact to your Messenger List, you're also adding the contact to your Yahoo! Address Book. <br><br> Even though Messenger is an application running on your computer, you have to sign in to use it. By signing in, you are connecting with your account on a Yahoo! server, and you have access to much of your account information, including your Yahoo! Address Book. So, the next time you're away from home working on a different computer, you'll still have access to all of your contacts, even those you added through Yahoo! Messenger. Does Yahoo! take care of you or what? |

**Exhibit 4 - U.S. Patent No. 7,185,054 vs. Yahoo! Messenger**



Ex. M, Introducing Yahoo! Messenger: Your Yahoo! Address Book At Your Fingertips, http://help.yahoo.com/tutorials/ms9/mess/im_contactlist1.html

CONFIDENTIAL OUTSIDE COUNSEL ONLY –
SUBJECT TO PROTECTIVE ORDER

4

**Exhibit 4 - U.S. Patent No. 7,185,054 vs. Yahoo! Messenger**



Ex. N,  Yahoo! Messenger > Help > Tutorials > Adding Contacts to Your Messenger List
http://help.yahoo.com/tutorials/ms9/mess/im_addcont5.html.

To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to achieve the substantially same result.

| | |
|---|---|
| (b) displaying a quick dial list on the participant's video display device and listing icons representing video-enabled potential | Yahoo! Messenger displays a quick dial list (e.g. the Messenger List and/or a group thereof, such as the "Friends" group below) on the participant's video display device, including icons representing video enabled participants copied from the graphical rolodex: |

**Exhibit 4 - U.S. Patent No. 7,185,054 vs. Yahoo! Messenger**

| | |
|---|---|
| participants copied from the graphical rolodex | <br><br>Ex. M, Introducing Yahoo! Messenger: Your Yahoo! Address Book At Your Fingertips, http://help.yahoo.com/tutorials/ms9/mess/im_contactlist1.html<br><br>To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to achieve the substantially same result. |
| (c) allowing an initiating participant to initiate collaboration by selecting at least one participants listed in at least one of the graphical rolodex and quick | Yahoo! Messenger allows an initiating participate to initiate collaboration by selecting at least one participant listed in either the graphical rolodex (e.g., a participant list in Yahoo! Address Book, Contact List, or Messenger List) or the quick dial list (e.g., the Messenger List or a group thereof).  Initiation can be performed, for example, by initiating a voice call or text chat:<br>http://help.yahoo.com/tutorials/ms9/mess/im_setup3.html |

CONFIDENTIAL OUTSIDE COUNSEL ONLY – SUBJECT TO PROTECTIVE ORDER

6

**Exhibit 4 - U.S. Patent No. 7,185,054 vs. Yahoo! Messenger**

| dial list; and |  |
|---|---|

Ex. M, Introducing Yahoo! Messenger: Your Yahoo! Address Book At Your Fingertips, http://help.yahoo.com/tutorials/ms9/mess/im_contactlist1.html

---

**Voice Call Example:**

**Placing a Call**

http://help.yahoo.com/tutorials/ms9/mess/im_setup3.html

With Yahoo! Messenger's calling features, you can place an Internet call from your PC to another PC, to a traditional phone, or to a mobile phone anywhere in the world. The PC-to-PC feature is packaged with Messenger and is free for both you and the person you call. The Phone Out feature, which allows you to call another phone, is

CONFIDENTIAL OUTSIDE COUNSEL ONLY – SUBJECT TO PROTECTIVE ORDER

7

**Exhibit 4 - U.S. Patent No. 7,185,054 vs. Yahoo! Messenger**

a premium service that requires a prepaid Yahoo! Voice account (see the Signing Up for Yahoo! Voice tutorial). You'll need a headset or a microphone and speakers to use these features. To ensure that they are set up properly, read through the setup task in the Introducing Yahoo! Messenger's Call Features tutorial.

….

### Here's How

1. Begin a call in one of the following ways:

With the cursor over the person's name in your Messenger List, click the Call button for a PC-to-PC call or open the contact card and click a phone number if you have a Phone Out account and want to call a traditional phone or mobile phone.



Ex. I, "Placing and Receiving Calls, Placing a Call," Yahoo! Messenger>Help>Tutorials.

---

**Text Messaging Example:**

**Messaging a Contact**
Instant messaging is the ability to exchange messages in real time with other people over the Internet. Similar to email, instant messages consist of text that you and your contacts send back and forth. But, unlike email, you don't have to wait hours or days for an answer. As the name suggests, messages  usually arrive instantly.
…
You can send instant messages to contacts in your Messenger List or your Messenger address book or to anyone else if you know their Yahoo! ID and if they are Messenger users. You can even IM with Windows LiveTM

**Exhibit 4 - U.S. Patent No. 7,185,054 vs. Yahoo! Messenger**

| | |
|---|---|
| | Messenger friends! (More Details)<br><br>**Here's How**<br><br>To message a contact in your Messenger List:<br><br>1. Begin sending an instant message in one of the following ways: In the Contact Search Bar above your Messenger List, begin typing the contact's name, nickname, or ID, then select the row containing the contact's name and Instant Message from the pull-down list. (You can also double-click the contact's name in the Messenger List.<br><br>    In the Messenger List, move the cursor over the contact's name, then click the instant message icon in the contact card.<br><br>Ex. P, Yahoo! Messenger > Help > Tutorials > Using Instant Messaging, Messaging a Contact<br><br>To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to achieve the substantially same result. |
| (d) automatically establishing one of a plurality of communication types with a selected participant upon a communication type being selected or by default when the participant is selected. | Yahoo! Messenger will automatically establish one of a plurality of communications types (e.g. text or voice chat) with a selected participant upon a communication type being selected or by default.<br><br>_____<br><br>**Voice Call Example:**<br><br><span style="color:#c0622b">Placing a Call</span><br><br>With Yahoo! Messenger's calling features, you can place an Internet call from your PC to another PC, to a traditional phone, or to a mobile phone anywhere in the world. The PC-to-PC feature is packaged with Messenger and is free for both you and the person you call. The Phone Out feature, which allows you to call another phone, is a premium service that requires a prepaid Yahoo! Voice account (see the Signing Up for Yahoo! Voice tutorial). |

**Exhibit 4 - U.S. Patent No. 7,185,054 vs. Yahoo! Messenger**

You'll need a headset or a microphone and speakers to use these features. To ensure that they are set up properly, read through the setup task in the Introducing Yahoo! Messenger's Call Features tutorial.

….

**Here's How**

2. Begin a call in one of the following ways:

> With the cursor over the person's name in your Messenger List, click the Call button for a PC-to-PC call or open the contact card and click a phone number if you have a Phone Out account and want to call a traditional phone or mobile phone.



Ex. I, "Placing and Receiving Calls, Placing a Call," Yahoo! Messenger>Help>Tutorials.

**Text Messaging Example:**

**Messaging a Contact**
Instant messaging is the ability to exchange messages in real time with other people over the Internet. Similar to email, instant messages consist of text that you and your contacts send back and forth. But, unlike email, you don't have to wait hours or days for an answer. As the name suggests, messages  usually arrive instantly.
…
You can send instant messages to contacts in your Messenger List or your Messenger address book or to anyone else if you know their Yahoo! ID and if they are Messenger users. You can even IM with Windows LiveTM Messenger friends! (More Details)
**Here's How**

**Exhibit 4 - U.S. Patent No. 7,185,054 vs. Yahoo! Messenger**

| | |
|---|---|
| | To message a contact in your Messenger List: |
| | 1. Begin sending an instant message in one of the following ways: In the Contact Search Bar above your Messenger List, begin typing the contact's name, nickname, or ID, then select the row containing the contact's name and Instant Message from the pull-down list. (You can also double-click the contact's name in the Messenger List.) |
| | In the Messenger List, move the cursor over the contact's name, then click the instant message icon in the contact card. |
| | Ex. P, Yahoo! Messenger > Help > Tutorials > Using Instant Messaging, Messaging a Contact |
| | To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to achieve the substantially same result. |
| 11. The method of claim 10, wherein the quick dial list includes displayed icons and texts representing potential participants. | Yahoo! Messenger provides a quick dial list including displayed icons and texts representing potential participants. |

CONFIDENTIAL OUTSIDE COUNSEL ONLY –
SUBJECT TO PROTECTIVE ORDER

**Exhibit 4 - U.S. Patent No. 7,185,054 vs. Yahoo! Messenger**



Ex. M, Introducing Yahoo! Messenger: Your Yahoo! Address Book At Your Fingertips, http://help.yahoo.com/tutorials/ms9/mess/im_contactlist1.html

To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to achieve the substantially same result.

| | |
|---|---|
| 12. The method of claim 10, further comprising the steps of:<br><br>(a) selecting<br>(i) one or more desired participants | Yahoo! Messenger provides for communicating with multiple contacts simultaneously, including by selecting one or more participants from the graphical rolodex. Ex. O, Yahoo! Messenger > Help > Tutorials > Using Instant Messaging, Messaging Multiple Contacts.  Yahoo! Messenger also allows for voice conferencing between three or more individuals via voice conferencing including by selecting one or more participants from the graphical rolodex.  Ex. B, "How to start a Yahoo! Messenger conference on your PC," Messenger Help ID: SLN286; *see also* Ex. D, Video Chat Tutorial, Part Six: Group Conferencing with Text, Audio and Video. |

http://help.yahoo.com/tutorials/ms9/mess/im_setup3.html

CONFIDENTIAL OUTSIDE COUNSEL ONLY – SUBJECT TO PROTECTIVE ORDER

**Exhibit 4 - U.S. Patent No. 7,185,054 vs. Yahoo! Messenger**

| | |
|---|---|
| (ii) from the graphical rolodex; and | To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to achieve the substantially same result. |
| (b) selecting (i) one or more desired participants; (ii) from the quick-dial list; and | Yahoo! Messenger provides for messaging with multiple contacts simultaneously, including by selecting one or more participants from the quick dial list.  Ex. O, Yahoo! Messenger > Help > Tutorials > Using Instant Messaging, Messaging Multiple Contacts.  Yahoo! Messenger also allows for group conferencing with text, audio and video by selecting one or more participants from the quick-dial list. "How to start a Yahoo! Messenger conference on your PC," Messenger Help ID: SLN286; *see also* Ex. D, Video Chat Tutorial, Part Six: Group Conferencing with Text, Audio and Video.<br><br>To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to achieve the substantially same result. |
| (c) establishing communication (i) with all selected participants. | Yahoo! Messenger establishes text or voice communication with the selected participants.  Ex. O, Yahoo! Messenger > Help > Tutorials > Using Instant Messaging, Messaging Multiple Contacts; Ex. B, "How to start a Yahoo! Messenger conference on your PC," Messenger Help ID: SLN286; Ex. D, Video Chat Tutorial, Part Six: Group Conferencing with Text, Audio and Video.<br><br>To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to achieve the substantially same result. |
| 13. The method of claim 10, further comprising the steps of:<br><br>(a) selecting a communication type, | Yahoo! Messenger selects a desired collaboration type from among a plurality of the displayed collaboration types (e.g., Send an Instant Message, Call Computer, View Webcam, etc.): |

**Exhibit 4 - U.S. Patent No. 7,185,054 vs. Yahoo! Messenger**

| | |
|---|---|
| (i) from a displayed set of additional communication types; and | Option 2: If you are already engaged in an active chat session, click the Contact menu in the IM window, select Contact Options and View Webcam.<br><br><br><br>Ex. D, Video Chat Tutorial<br><br>To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to achieve the substantially same result. |
| (b) establishing communication (i) of the selected type, (ii) with each selected | Yahoo! Messenger establishes communication of the selected type with each selected participant to define a teleconference call. |

**Exhibit 4 - U.S. Patent No. 7,185,054 vs. Yahoo! Messenger**

| | |
|---|---|
| participant(s). | *See* claim 10 (above).<br><br># Webcam video<br><br>### Smile — you're on camera!<br><br>A webcam (web camera) allows you to share live video images of yourself (or things near you) while you are instant messaging with a friend. Start your webcam during a conversation, or invite friends to tune in by broadcasting a link to your webcam as your status.<br><br>With the video call feature, you can make a high-quality video call to a friend with synched audio, right in the IM window. Features include the ability to swap video windows, position the video windows side-by-side, mute the call or place it on hold. You can even go full-screen with your video call. Video calling is only available in Yahoo! Messenger version 10 or later.<br><br>When you set your status to "View My Webcam", that means you are inviting friends to tune in to your broadcast. Friends can click on your status message to indicate that they want to see your webcam. Your will then receive your friend's request to view your webcam which you can accept or deny.<br><br>Ex. Q, http://messenger.yahoo.com/features/webcam/.<br><br>*See also* YAH-PR-00000890 – 906.<br><br>To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to achieve the substantially same result. |
| 14. The method of claim 13, wherein | Yahoo! Messenger's set of communication types includes at least one of: data conferencing, videoconferencing, telephone conferencing, sending faxes, sending electronic mail and sending multimedia mail messages (e.g., videoconferencing, telephone conferencing and electronic mail).  *See* Ex. D, Video Chat Tutorial, Part Five: One- |

**Exhibit 4 - U.S. Patent No. 7,185,054 vs. Yahoo! Messenger**

| | |
|---|---|
| (a) the communication types includes at least one of data conferencing, videoconferencing, telephone conferencing, real-time text sending faxes, sending electronic mail and sending multimedia mail messages. | to-One Messaging with Simple Text, Audio, and Video; Part Six: Group Conferencing with Text, Audio and Video.<br><br>To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to achieve the substantially same result. |
| 15. The method of claim 13, wherein<br><br>(a) the step of selecting<br>(i) one or more participants<br>(ii) invokes a default communication type<br>(iii) upon double clicking on another participant's listing. | Yahoo! Messenger will automatically invoke a default communication type (e.g. text or voice chat) upon double clicking on another participant's listing.  See e.g., Ex. T, Sending an Instant Message, Messenger Help ID: SLN1516 ("To send an instant message (IM) to someone on your Messenger List:  Double-click the **contact's name** on your Messenger List. This will automatically open an IM window.")<br><br>To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to achieve the substantially same result. |
| 16. The method of claim 10, further comprising the steps of:<br><br>(a) selecting<br>(i) a new participant<br>(ii) from among a plurality of video enabled potential participants; and<br>(b) adding<br>(i) the new participant | Yahoo! Messenger also provides for selecting a new user from a plurality of potential users and adding the new user to an active teleconference communication.  *See* Ex. E, "Inviting More People to a Conference," Messenger Help ID: SLN1301.<br><br>To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to achieve the substantially same result. |

CONFIDENTIAL OUTSIDE COUNSEL ONLY – SUBJECT TO PROTECTIVE ORDER

**Exhibit 4 - U.S. Patent No. 7,185,054 vs. Yahoo! Messenger**

| | |
|---|---|
| (ii) to the teleconference. | |
| 17. The method of claim 10, further comprising the steps of:<br><br>(a) detecting,<br>(i) during a first teleconference<br>(1) between a first and a second participant,<br>(ii) an attempt<br>(1) by a third caller<br>(2) to initiate a second teleconference<br>(3) with the second participant;<br>(b) notifying<br>(i) the second participant<br>(ii) of the attempt; and<br>(c) allowing the second participant<br>(i) to add<br>(ii) the third caller<br>(iii) to the first teleconference. | Yahoo! Messenger will detect an attempt by a third user to initiate a second teleconference communication with the second user via an on-screen notification (Ex. F, SLN1271, Ex. G, "Placing and Receiving Calls, Receiving a Call"), and will add the third caller to the first teleconference.  *See e.g.* Ex. E, "Inviting More People to a Conference," Messenger Help ID: SLN1301.<br><br>To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to achieve the substantially same result. |
| 18. The method of claim 10, further comprising the steps of:<br><br>(a) allowing at least one participant<br>(i) access to at least one audio and/or video signal source, and | Yahoo! Messenger allows at least one participant access to at least on audio and/or video signal source (e.g., a microphone and/or webcam).   Ex. D, Video Chat Tutorial, Part Five: One-to-One Messaging with Simple Text, Audio, and Video; Part Six: Group Conferencing with Text, Audio and Video. |

**Exhibit 4 - U.S. Patent No. 7,185,054 vs. Yahoo! Messenger**

| | |
|---|---|
| (b) reproducing video and/or audio<br>(i) based on signals,<br>(ii) from the accessed signal source;<br>(iii) for another participant. | Yahoo! Messenger reproduces audio and/or video based on signals from the accessed signal source (e.g., the the microphone and/or webcam) for another participant.  Ex. D, Video Chat Tutorial, Part Five: One-to-One Messaging with Simple Text, Audio, and Video; Part Six: Group Conferencing with Text, Audio and Video.<br><br>To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to achieve the substantially same result. |
| 19. The method of claim 10, further comprising the step of:<br><br>(a) allowing a participant<br>(i) in an existing teleconference with<br>(1) a plurality of other participants<br>(ii) to place on hold<br>(iii) at least one of the other participants. | Yahoo! Messenger allows a participant on an audio and/or video call with multiple participants to place on hold at least one of the other participants.  See e.g., Ex. R, How to Use Hold and Resume During a Video Call, Messenger Help ID: SLN1018; *see also*, Ex. S, How a Moderator Can Remove a User From a Yahoo! Messenger Chat Room, Messenger Help ID SLN3046 ("**Suspending a user from a chat room:** This action will lock a user out of the chat room for two hours.  - To suspend a user: Move your cursor over the user's name in the chat window. - In the menu that appears, select **Suspend user from chat**. - **Note:** The suspension is temporary and the user's access to chat will be automatically restored after two hours.")<br><br>To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to achieve the substantially same result. |
| 20. The method of claim 10, further comprising the step of:<br><br>(a) allowing a participant<br>(i) in an existing teleconference with<br>(1) a plurality of other participants<br>(ii) to disconnect<br>(iii) at least one of the other participants. | Yahoo! Messenger allows a participant on an audio and/or video call with multiple participants to disconnect at least one of the other participants.  See e.g., Ex. R, How to Use Hold and Resume During a Video Call, Messenger Help ID: SLN1018; *see also*, Ex. S, How a Moderator Can Remove a User From a Yahoo! Messenger Chat Room, Messenger Help ID SLN3046 ("As a moderator, there are three ways that you can address inappropriate messages: suspending, removing, or banning the offending user. … **Removing a user from a group:** This will remove the user from the chat room permanently, as long as they don't rejoin the group."); Ex. D, Video Chat Tutorial ("to immediately cease transmitting your image to the participants of the group chat, de-select Broadcast from the Webcam menu of your own Webcam window")<br><br>To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to achieve the substantially same result. |

CONFIDENTIAL OUTSIDE COUNSEL ONLY –
SUBJECT TO PROTECTIVE ORDER

**Exhibit 4 - U.S. Patent No. 7,185,054 vs. Yahoo! Messenger**

| | |
|---|---|
| 21. The method of claim 10, further comprising the steps of:<br><br>(a) selecting a video-enabled potential participant<br>(i) by using a hot key. | Yahoo! Messenger provides for selecting a video-enabled potential participant by using hot keys.  Ex. U, Keyboard Shortcuts for Making Phone Calls with Yahoo! Messenger 9, Messenger Help ID SLN1050.<br><br>To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to achieve the substantially same result. |
| 22. The method of claim 10, wherein entries are copied to the quick dial list by dragging entries from the graphical rolodex into the quick dial list. | Yahoo! Messenger copies entries to a quick dial list when the entries are dragged from the graphical rolodex into the quick dial list.  See e.g., Ex. V, How to add groups to your Contact List, Messenger Help ID: SLN1338 ("**How to move contacts to a group:** To move contacts into a group, drag and drop their names into the group.").<br><br>To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to achieve the substantially same result. |

CONFIDENTIAL OUTSIDE COUNSEL ONLY –
SUBJECT TO PROTECTIVE ORDER

**Exhibit 5 - U.S. Patent No. 5,896,500 vs. Yahoo! Messenger**

| U.S. Patent No. 5,896,500 | Yahoo! Messenger[1] |
|---|---|
| 11.  A method of conducting a teleconference using a system including: | To the extent the preamble is deemed to be limiting, Yahoo! Messenger software allows multiple participants to conduct teleconferences:<br><br>With Yahoo! Messenger, you can:<br>• Instant message friends in real time, including your Windows Live™ Messenger friends.<br>• Add a Pingbox™ to your personal Web page so that you can instant message the people who visit your page.<br>• **Call and talk with your friends. You can call a friend's computer, mobile phone, and even the old-fashioned home phone**.<br>• Share your favorite photos.<br>• Send text (SMS) messages to a friend's mobile phone.<br>• Forward your instant messages to your mobile phone when you're away from your computer.<br>• Save friends' contact details in your Yahoo! Address Book and access the information in Messenger.<br>• **See and be seen with webcam.***<br>Ex. J, Introducing Yahoo! Messenger, http://help.yahoo.com/tutorials/ms9/mess/im_setup1.html. |

---

[1] Ex. A, Video and Voice Feature Design Document; Ex. B, "How to start a Yahoo! Messenger conference on your PC," Messenger Help ID: SLN286.; Ex. C, "The difference between Video Calling and Webcam Sharing," Messenger Help ID: SLN1643.; Ex. D, Video Chat Tutorial, Part Six: Group Conferencing with Text, Audio and Video.; Ex. E, "Inviting More People to a Conference," Messenger Help ID: SLN1301.; Ex. F, "How to Accept or Decline VoIP Calls," Messenger Help ID: SLN1271; Ex. G, "Placing and Receiving Calls, Receiving a Call"); Ex. H, "Placing and Receiving Calls, Placing a Call on Hold," Yahoo! Messenger>Help>Tutorials.; Ex. I, "Placing and Receiving Calls, Placing a Call," Yahoo! Messenger>Help>Tutorials.; Ex. J, Introducing Yahoo! Messenger, http://help.yahoo.com/tutorials/ms9/mess/im_setup1.html; Ex. K, Introducing Yahoo! Messenger, Installing Messenger and Signing In, http://help.yahoo.com/tutorials/ms9/mess/im_setup2.htmlEx. L, How to configure a firewall or proxy server, Messenger Help ID: SLN1227.

CONFIDENTIAL OUTSIDE COUNSEL ONLY – SUBJECT TO PROTECTIVE ORDER

**Exhibit 5 - U.S. Patent No. 5,896,500 vs. Yahoo! Messenger**

| | |
|---|---|
| | To the extent the preamble is deemed to be limiting and to the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to achieve the substantially same result. |
| a plurality of AV devices, each capable of originating and reproducing audio and video signals, | To the extent the preamble is deemed to be limiting, Yahoo! Messenger software is configured for use with computer systems each capable of originating and reproducing video (e.g., via webcam and display) and audio capture and reproduction (e.g., speaker and microphone) capabilities:<br><br>## Installing Messenger and Signing In<br><br>It's easy to download and install Yahoo! Messenger.<br><br>To use Yahoo! Messenger, make sure your PC meets these minimum requirements:<br><br>&bull; Microsoft Windows 98, Windows 2000, Windows ME, or Windows XP operating system<br>&bull; Microsoft Internet Explorer version 6 or later<br>&bull; Pentium II 233 Mhz or better (500 MHz recommended)<br>&bull; Minimum 64 MB RAM for Windows 98 and ME & 128 MB RAM for Windows 2000 and XP<br>&bull; Minimum 30 MB needed to install<br>&bull; To use additional Messenger features, such as the calling features, Webcam, and Yahoo! Music, your PC needs:<br><br>&bull; Windows Media Player version 7 or higher<br>&bull; **Webcam—Messenger compatible**<br>&bull; **A microphone, sound card, and speakers or a headset**<br><br>Ex. K, Introducing Yahoo! Messenger, Installing Messenger and Signing In, http://help.yahoo.com/tutorials/ms9/mess/im_setup2.html.<br><br>To the extent the preamble is deemed to be limiting and to the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to achieve the substantially same result. |

**Exhibit 5 - U.S. Patent No. 5,896,500 vs. Yahoo! Messenger**

| | |
|---|---|
| a plurality of communications ports each supporting at least one of the group of switch connections consisting of video in, video out, audio in and audio out; and | To the extent the preamble is deemed to be limiting, Yahoo! Messenger is configured for use with computers including a plurality of ports for supporting at least one of the group of video in, video out, audio in and audio out.<br><br># How to configure a firewall or proxy server<br><br>ID: SLN1227<br>Last updated: August 02, 2011<br><br>**Description**<br>This article provides steps for configuring firewalls and proxy servers, which may help to resolve Yahoo! Messenger connection issues.<br><br>**Resolution**<br>If you're experiencing a problem because you are connecting through a firewall or proxy server, you may need to configure your firewall or proxy server.<br><br>Most Internet service providers (ISPs) don't have firewalls or proxies, but you should contact your network administrator or ISP for accurate information *and for additional help with the configuration.*<br>Some basic configuration procedures which may be helpful are listed below:<br><br>**Basic Connection:**<br>• Protocol: TCP or HTTP<br>• Servers: scs.msg.yahoo.com, scsa.msg.yahoo.com, scsc.msg.yahoo.com<br>• Port: 20, 23, 25, 80, 119, 5050, 8001, 8002<br>**Webcam Connection:** |

CONFIDENTIAL OUTSIDE COUNSEL ONLY –
SUBJECT TO PROTECTIVE ORDER

**Exhibit 5 - U.S. Patent No. 5,896,500 vs. Yahoo! Messenger**

<table>
<tr>
<td></td>
<td>
1. Protocol: TCP<br>
2. Server: webcam.yahoo.com<br>
3. Port: 5100<br>
<strong>File Transfer Connection:</strong><br>
• Protocol: HTTP<br>
• Server: filetransfer.msg.yahoo.com<br>
• Port: 80<br>
<strong>File Sharing Connection:</strong><br>
• Protocol: HTTP<br>
• Port: 80<br>
<strong>Voice Chat Connection:</strong><br>
• Protocol: UDP or TCP<br>
• Server: vc.yahoo.com<br>
Ports: 5000-5010<br>
<br>
Ex. L, How to configure a firewall or proxy server, Messenger Help ID: SLN1227<br>
<br>
To the extent the preamble is deemed to be limiting and to the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to achieve the substantially same result.
</td>
</tr>
<tr>
<td>at least one communication path arranged for transport of audio and video signals,</td>
<td>
To the extent the preamble is deemed to be limiting, at least one communication path is arranged and maintained between the computers for transporting audio and video signals.<br>
<br>
To the extent the preamble is deemed to be limiting and to the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to achieve the substantially same result.
</td>
</tr>
<tr>
<td>the method comprising the</td>
<td>Yahoo Messenger controls communication connections between the two computer systems over the communication path.</td>
</tr>
</table>

CONFIDENTIAL OUTSIDE COUNSEL ONLY –
SUBJECT TO PROTECTIVE ORDER

**Exhibit 5 - U.S. Patent No. 5,896,500 vs. Yahoo! Messenger**

| | |
|---|---|
| steps of<br>(a) controlling communication connections<br>    (i) between two of the AV devices,<br>    (ii) over the communication path, | ## What Are Messenger's Call Features?<br><br>With Yahoo! Messenger, you can hear voices... those of your friends. Messenger has several nifty call features that let you save money on calls to anywhere in the world. Now, while browsing the web or writing that long-awaited novel, you don't need to cradle the phone under your chin. All you need is a headset or a microphone and speakers to talk to your friends, hands free. It's that easy.<br><br>Here's what Messenger has to offer in answer to all of your calling needs:<br><br>   PC-to-PC calls—use your PC to call the PC of any friend who's online using Messenger. This feature is completely free for both you and the friend you call.<br><br>http://help.yahoo.com/tutorials/ms9/mess/im_callintro1.html<br><br>## How to start a Messenger webcam conversation on your PC<br><br>ID: SLN1563<br>Last updated: March 25, 2011<br><br>**Description**<br>This document explains the steps for starting a conversation with your webcam in Yahoo! Messenger versions 9 and 10.<br><br>**Resolution**<br>To start a webcam conversation:<br>• Select **Messenger \| My Webcam**. The "My Webcam" window opens. |

**Exhibit 5 - U.S. Patent No. 5,896,500 vs. Yahoo! Messenger**



**Exhibit 5 - U.S. Patent No. 5,896,500 vs. Yahoo! Messenger**



• Select **Actions | More Actions**.
• Click **Invite to View My Webcam**. The "Invite to View My Webcam" window appears.

**Exhibit 5 - U.S. Patent No. 5,896,500 vs. Yahoo! Messenger**



• Select a friend from "My Contacts" or click **Other Contact** and type the Yahoo! ID of someone not in your
   Contact List.

4. Your friend will receive an invitation message on their computer to accept or decline your invitation.

5. When your friend accepts, a conversation window appears on your screen.

• Type your message in the text area at the bottom of the Conversation window.

• Select **Conversation | Close** when you are finished.

To improve your experience, please use video calling, a new webcam technology available with Yahoo! Messenger
Messenger 10. Video calling offers more features and better quality for your webcam experience.

http://help.yahoo.com/kb/index?locale=en_US&y=PROD_MSNG&page=content&pmv=print&impressions=false&
id=SLN1563

See also, Ex. A, Video and Voice Feature Design Document at p. 2 ("The Yahoo! Messenger client for Windows © supports
real-time audio and streaming video between two client instances").

To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo!

CONFIDENTIAL OUTSIDE COUNSEL ONLY –
SUBJECT TO PROTECTIVE ORDER

**Exhibit 5 - U.S. Patent No. 5,896,500 vs. Yahoo! Messenger**

| | |
|---|---|
| | Messenger performs substantially the same function, in substantially the same way in order to achieve the substantially same result. |
| (b) by creating, (i) as a result of a call request, (ii) at least a first call handle, (1) associated with one of the two AV devices and, thereafter, (iii) at least a second call handle (1) associated with the other AV device, (iv) each call handle defining, (1) for its respective AV device, (2) a call state being at least one of the group consisting of active and hold states, and (3) the port | In order to establish A/V communication between two computers Yahoo! Messenger will create call handles for the computers in order to associate the computers.  The call handles will include the port switches described above as necessary for Yahoo! Messenger to send and receive audio/video data, and at least one call states as described below (e.g., active or hold): <br><br> ## How to Accept or Decline VoIP Calls <br><br> ID: SLN1271 <br> Last updated: June 07, 2011 <br><br> **Description** <br> This article explains how to receive Voice Calls or Video Calls. <br><br> **Resolution** <br> In Yahoo! Messenger you have a choice to accept or decline a call. Accepting and declining calls is a little different in Yahoo! Messenger 10 than it is in Yahoo! Messenger 8 and 9. Follow the steps for the version of Yahoo! Messenger you have on your computer. <br><br> **How to receive calls in Yahoo! Messenger 8 or 9:** <br> 1. Look for **Incoming Call** at the top of the Conversation window. <br> 2. Click **Accept** to take the call or click **Decline** if you don't want to take the call. <br> 3. When you are done with the call, click **End Call**. <br> **Note:** To put the call on hold, click **Hold**. To resume the call, click **Resume**. <br> **How to receive calls in Yahoo! Messenger 10 or 11:** <br> 1. Look for an incoming call notification in either of these ways: <br>     An alert box at the bottom right of your computer screen. |

CONFIDENTIAL OUTSIDE COUNSEL ONLY – SUBJECT TO PROTECTIVE ORDER

**Exhibit 5 - U.S. Patent No. 5,896,500 vs. Yahoo! Messenger**

| | |
|---|---|
| switch connections involved in the communications connection. | In the Conversation window.<br><br>2. Click **Accept** to take the call or click **Decline** if you don't want to take the call.<br><br>3. When you are done with the call, click **End Call**.<br><br>**Note:** To put the call on hold, click **Hold**. To resume the call, click **Resume**.<br><br>Ex. F, "How to Accept or Decline VoIP Calls," Messenger Help ID: SLN1271.<br><br>"The network of SIP servers (a.k.a. the media network) that is used to provide Call-control and routing of voice/video data between endpoints is encapsulated into a "service" of the client. This Media Service handles login/logout of the media network and exposes network functions and events to the UI. It also creates Media Sessions that model an underlying SIP Call state machine."  Ex. A, Video and Voice Feature Design Document at p. 3.<br><br>"IMediaSession / CMediaSession : encapsulates all functionality related to media features that are associated with a unique media Call session, including control over Call states (e.g. connecting, established, hold, etc.) and control of specific features of the devices that are used in delivering the Call (e.g. microphone volume, video frame delivery)."  Ex. A, Video and Voice Feature Design Document at p. 5.<br><br>To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to achieve the substantially same result. |
| 12. The method according to claim 11, wherein the system further includes<br><br>at least one signal processor and wherein in controlling communication connections between three or more AV | Yahoo! Messenger is implemented using at least one signal processor (e.g., one or more servers and associated hardware and/or software).  Yahoo! Messenger can control communication connections between three or more AV devices.<br><br>Yahoo! Messenger controls audio communication connections between three or more individuals via voice conferencing.  Ex. B, "How to start a Yahoo! Messenger conference on your PC," Messenger Help ID: SLN286.<br><br>Yahoo! Messenger also controls video communication connections between three or more individuals via webcam sharing.  Ex. C, "The difference between Video Calling and Webcam Sharing," Messenger Help ID: SLN1643.<br><br>See also Ex. D, Video Chat Tutorial, Part Six: Group Conferencing with Text, Audio and Video. |

**Exhibit 5 - U.S. Patent No. 5,896,500 vs. Yahoo! Messenger**

| | |
|---|---|
| devices, | To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to achieve the substantially same result. |
| the method further comprises the steps of (a) generating a plurality of call handles, (i) one associated with each of the three or more AV devices and (ii) one associated with each of the three or more ports on the signal processor. | Yahoo! Messenger generates a plurality of call handles, (i) one associated with each of the three or more AV devices (i.e., at least one call handle assigned to each end user computers) and (ii) one associated with each of the three or more ports on the signal processor (i.e., at least one call handle associated with a port on the Yahoo! server to which an end user computer is connected to).  See claim 11 above; *see also* Ex. D, Video Chat Tutorial, Part Six: Group Conferencing with Text, Audio, and Video.<br><br>To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to achieve the substantially same result. |
| 13. The method of claim 12, further comprising the steps of:<br><br>(a) detecting and adding (i) a fourth user (ii) to an existing teleconference communication (b) by creating a call handle (i) associated with each of the fourth | Yahoo! Messenger can detect and add a fourth user to an existing teleconference by creating at least one call handle associated with the fourth device (e.g., fourth end user computer) and a port on the signal processor (i.e., a port on the Yahoo! server to which an end user computer is connected to).  For example, Yahoo! Messenger allows a fourth individual to webcam share and voice chat as described in claim 12 above.  See Ex. B-C, Messenger Help SLN286, SLN1643; Ex. E, "Inviting More People to a Conference," Messenger Help ID: SLN1301.<br><br>To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to achieve the substantially same result. |

**Exhibit 5 - U.S. Patent No. 5,896,500 vs. Yahoo! Messenger**

| | |
|---|---|
| device with a fourth-device associated port at the signal processor. | |
| 14. The method of claim 11, wherein the method further comprises the steps of:<br><br>(a) detecting,<br>(i) during a first teleconference communication<br>(1) between first and second AV device users,<br>(ii) an attempt<br>(1) by a third user<br>(2) to initiate a second teleconference communication<br>(3) with the second user,<br>(b) notifying<br>(i) the second user<br>(ii) of the attempt; and<br>(c) allowing<br>(i) the second user<br>(ii) to add | Yahoo! Messenger will detect an attempt by a third user to initiate a second teleconference communication with the second user via an on-screen notification (Ex. F, SLN1271, Ex. G, "Placing and Receiving Calls, Receiving a Call"), and will add the third caller to the first teleconference.  *See e.g.* Ex. E, "Inviting More People to a Conference," Messenger Help ID: SLN1301.<br><br>To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to achieve the substantially same result. |

**Exhibit 5 - U.S. Patent No. 5,896,500 vs. Yahoo! Messenger**

| | |
|---|---|
| (1) the third caller<br>(2) to the first teleconference communication. | |
| 15. The method of claim 11, further comprising the steps of<br><br>(a) allowing any device user<br>(i) active in a teleconference communication<br>(1) with at least one other user,<br>(ii) to do at least one of the group consisting of:<br>(1) place on hold,<br>i. at least one of the other device users;<br>ii. by causing the system to change the state, of at least one call handle associated with that other user(s), from active to hold;<br>(2) disconnect | Yahoo! Messenger allows a user to place on hold a first video and voice call by causing the system to change the state of at least one call handle associated with the other user from active to hold..<br><br>## Placing a Call on Hold<br><br>Putting a call on hold allows you to place another call or to answer a call from someone else. You can leave a call on hold indefinitely or until the other person hangs up.<br><br>**Tip:** Messenger automatically places your current caller on hold when you accept another call. You can have an unlimited number of calls on hold at the same time.<br><br>## Here's How<br><br>1.  In the call area, click the **Hold** button.<br><br><br><br>A message informs you that the call is on hold, and the **Hold** button changes to a **Resume** button.<br>2.  When you're ready to resume the call, click the **Resume** button. |

**Exhibit 5 - U.S. Patent No. 5,896,500 vs. Yahoo! Messenger**

| | |
|---|---|
| i. at least one of the other users; and<br>(3) select<br>i. a new user<br>i. from among a plurality of potential users and<br>ii. add the new user<br>i. to an active teleconference communication,<br>iii. by causing the system to generate at least one call handle associated with that new user. | <br><br>Ex. H, "Placing and Receiving Calls, Placing a Call on Hold," Yahoo! Messenger>Help>Tutorials.<br><br>Yahoo! Messenger also allows a user to disconnect at least one of the other users.<br><br>3. Your can end the call by clicking the **End Call** button.<br><br><br>Ex. I, "Placing and Receiving Calls, Placing a Call," Yahoo! Messenger>Help>Tutorials.<br><br>Yahoo! Messenger also provides for selecting a new user from a plurality of potential users, adds the new user to an active teleconference communication by causing the system to generate at least one call handle associated with that new user. *See* Ex. E, "Inviting More People to a Conference," Messenger Help ID: SLN1301.<br><br>To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to achieve the substantially same result. |
| 16. The method of claim 11, wherein the system can support a maximum number of N communications for an AV device; the method further comprising the steps of: | For certain operations (e.g., a one-on-one video and voice conversation), Yahoo! Messenger can support maximum number of N communications  (e.g., 1 AV conversation) for an AV device (e.g., computer system).  Yahoo! Messenger further enables a user operating an AV device to select N (e.g., 1) of M (e.g., 2) possible communications when faced with M (e.g., 2) communications where M (e.g., 2) is greater than N (e.g., 1).  Yahoo! Messenger allows the user in a one-on-one video and voice conversation to select between a first one-on-one conversation (e.g., with a second user) and a second one-on-one conversation (e.g., with a third user) by placing the first call on hold and answering the second call.  Ex. C, SLN1643 (describing a video call as "a one-on-one video and voice conversation with a single person at a time"). |

**Exhibit 5 - U.S. Patent No. 5,896,500 vs. Yahoo! Messenger**

| | |
|---|---|
| (a) enabling a user,<br>(i) operating that device,<br>(b) to select N of M possible communications,<br>(i) when faced with M possible communications<br>(1) where M is greater than N. | ## Placing a Call on Hold<br><br>Putting a call on hold allows you to place another call or to answer a call from someone else. You can leave a call on hold indefinitely or until the other person hangs up.<br><br>**Tip:** Messenger automatically places your current caller on hold when you accept another call. You can have an unlimited number of calls on hold at the same time.<br><br>## Here's How<br><br>2.  In the call area, click the **Hold** button.<br><br><br><br>A message informs you that the call is on hold, and the **Hold** button changes to a **Resume** button.<br>2.  When you're ready to resume the call, click the **Resume** button.<br><br><br><br>Ex. H, "Placing and Receiving Calls, Placing a Call on Hold," Yahoo! Messenger>Help>Tutorials.<br><br>To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! |

CONFIDENTIAL OUTSIDE COUNSEL ONLY –
SUBJECT TO PROTECTIVE ORDER

**Exhibit 5 - U.S. Patent No. 5,896,500 vs. Yahoo! Messenger**

| | |
|---|---|
| | Messenger performs substantially the same function, in substantially the same way in order to achieve the substantially same result. |
| 17. The method according to claim 11, wherein<br><br>(a) the call handle is created immediately prior to the communication connection being established. | Yahoo! Messenger creates a call handle immediately prior to the connection being established.<br><br>**Here's How**<br>1. When someone calls your computer, a notification of the call opens in the lower portion of your computer screen.<br><br><br><br>You'll also hear a ringtone unless you've disabled ringing. 2. Respond by clicking one of the buttons:<br>**Accept:** If you accept the call, the connection is made, and you can begin talking just like you do on the telephone.<br><br>Ex. G, "Placing and Receiving Calls, Receiving a Call" Yahoo! Messenger>Help>Tutorials; *see also* Ex. A, Video and Voice Feature Design Document at pp. 6-8.<br><br>To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to achieve the substantially same result. |
| 18. The teleconferencing system according to claim 11, wherein<br><br>(a) the communication connection | Yahoo! Messenger provides that the communication connection will only become active if both call handles associated with the two AV devices (e.g., computer systems) have active states, and goes on hold if the call handle associated with either of the two AV devices has a hold state.<br><br># Placing a Call on Hold<br><br>Putting a call on hold allows you to place another call or to answer a call from someone else. You can leave a call |

**Exhibit 5 - U.S. Patent No. 5,896,500 vs. Yahoo! Messenger**

| | |
|---|---|
| (i) becomes active if, and only if, both call handles associated with the two AV devices have active states; and (ii) goes on hold if the call handle associated with either of the two AV devices has a hold state. | on hold indefinitely or until the other person hangs up.<br><br>**Tip:** Messenger automatically places your current caller on hold when you accept another call. You can have an unlimited number of calls on hold at the same time.<br><br>### Here's How<br><br>1.  In the call area, click the **Hold** button.<br><br><br><br>A message informs you that the call is on hold, and the **Hold** button changes to a **Resume** button.<br>2.  When you're ready to resume the call, click the **Resume** button.<br><br><br><br>Ex. H, "Placing and Receiving Calls, Placing a Call on Hold," Yahoo! Messenger>Help>Tutorials.<br><br>To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to achieve the substantially same result. |
| 19. The method according to claim | In Yahoo! Messenger call handles include address information associated with the communication connection. |

CONFIDENTIAL OUTSIDE COUNSEL ONLY –
SUBJECT TO PROTECTIVE ORDER

**Exhibit 5 - U.S. Patent No. 5,896,500 vs. Yahoo! Messenger**

| 11, wherein<br><br>(a) any call handle includes<br>(i) address information associated with the communication connection. | "The network of SIP servers (a.k.a. the media network) that is used to provide Call-control and routing of voice/video data between endpoints is encapsulated into a "service" of the client. This Media Service handles login/logout of the media network and exposes network functions and events to the UI. It also creates Media Sessions that model an underlying SIP Call state machine."  Ex. A, Video and Voice Feature Design Document at p. 3.<br><br>"IMediaSession / CMediaSession : encapsulates all functionality related to media features that are associated with a unique media Call session, including control over Call states (e.g. connecting, established, hold, etc.) and control of specific features of the devices that are used in delivering the Call (e.g. microphone volume, video frame delivery)."  Ex. A, Video and Voice Feature Design Document at p. 5.<br><br>To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to achieve the substantially same result. |
|---|---|
| 20. The method of claim 11, wherein<br><br>(a) each call handle can also define a state of one of the group consisting of<br>(i) idle and ringing states. | In Yahoo! Messenger call handles can also define a call state, including idle and ringing states.<br><br>"The network of SIP servers (a.k.a. the media network) that is used to provide Call-control and routing of voice/video data between endpoints is encapsulated into a "service" of the client. This Media Service handles login/logout of the media network and exposes network functions and events to the UI. It also creates Media Sessions that model an underlying SIP Call state machine."  Ex. A, Video and Voice Feature Design Document at p. 3.<br><br>"IMediaSession / CMediaSession : encapsulates all functionality related to media features that are associated with a unique media Call session, including control over Call states (e.g. connecting, established, hold, etc.) and control of specific features of the devices that are used in delivering the Call (e.g. microphone volume, video frame delivery)."  Ex. A, Video and Voice Feature Design Document at p. 5.<br><br>To the extent this limitation is found to not literally be present, it is present under the doctrine of equivalents because Yahoo! Messenger performs substantially the same function, in substantially the same way in order to achieve the substantially same result. |

CONFIDENTIAL OUTSIDE COUNSEL ONLY –<br>SUBJECT TO PROTECTIVE ORDER

# EXHIBIT A

# Voice and Video Feature Design Document

Revision History

| Version | Date | Author | Comments |
|---------|------|--------|----------|
| 1.0 | June 8, 2009 | coe | Edits of existing MediaPlatform doc by hnguyen & coe |

## Table of Contents

Introduction ..................................................................................................................2
Scope ...........................................................................................................................2
Requirements ...............................................................................................................2
Architectural Overview ...............................................................................................3
Design Overview ..........................................................................................................3
   Design Assumptions .................................................................................................3
   Limitations .................................................................................................................3
   Functional Components ............................................................................................3
   New Modules .............................................................................................................4
   Affected (Preexisting) Modules ................................................................................4
   New Tools ..................................................................................................................4
Code Details / Documentation ....................................................................................5
   Media Platform Design .............................................................................................5
   UI Media Design .......................................................................................................13
      List of New Tools: ...............................................................................................15
      List of Modifications to existing classes: .............................................................15
   List of Modifications to existing tools ......................................................................15
   Library/API changes .................................................................................................15
Migration / Legacy Issues ...........................................................................................16
Security ........................................................................................................................16
Stats .............................................................................................................................16
Partner Dependencies .................................................................................................16
Internationalization ......................................................................................................16
Misc Notes ...............................................................................**Error! Bookmark not defined.**
Open issues .................................................................................................................17
Debug and Development tips .......................................................................................17
Test Cases ...................................................................................................................17
Installation Notes .........................................................................................................17
Tools ............................................................................................................................17
Other ............................................................................................................................17

CONFIDENTIAL OUTSIDE COUNSEL ONLY

## Introduction

The Yahoo! Messenger client for Windows© supports real-time audio and streaming video between two client instances. This "Voice and Video" feature is designed to mimic what our users would generally recognize as a "phone call".

The Neptune client release was the first to incorporate the 1:1 video feature using an updated Yahoo! Media SDK (YMSDK). As part of the development support for this new video feature a partial redesign of the preexisting Voice feature logic was done. The previous Voice feature design placed both the feature logic and UI in a separately loadable DLL, but it also coupled the UI classes with the feature logic and call state management. A goal of the redesign was to decouple the UI from the feature logic to improve maintainability. The approach taken makes use of the existing InviteSession model used by other features (File Sharing, Games, etc). As a result, the UI objects listen to asynchronous events (IInviteSessionEvents) and perform generic actions using the existing IInviteSession interface (e.g. begin, accept, decline, hold, end, onError, etc.).

## Scope

This document covers the design and implementation of the client's audio and video features related to real-time "Calls", including
- the integration between the Messenger client and the cross-platform Yahoo Media SDK (YMSDK) supplied by the Client Platform group
- how the UI for voice and video is integrated into the preexisting conversation window
- voice and video related preferences, configuration and settings

This document does not discuss how to use the YMSDK. For details see the (Yahoo! Media SDK) reference.

## Requirements

A PRD was not written for the Video feature of the Neptune Release. A PRD was created during the Lucy release but not revisited/revised for Neptune. A UED document (Neptune Video UED document) was created that detailed certain feature interactions. As expected it changed numerous times over the course of the feature's development. Here are some general requirements extracted from the UED document, email threads and bug reports leading up to the Neptune Beta release:

- 1:1 video does not require a buddy relationship. A user can make and receive video calls to/from any Yahoo! ID that isn't in her ignore list as long as the other party is running a video-capable client (e.g. Neptune or later).
- Video calls can be made/received regardless of the presence of webcam hardware (on either callee or caller side). The presumption is that by allowing "one way" video we encourage adoption and use of the feature and uptake of the new client release.
- The video feature is independent of and incompatible with the previous WebCam feature. When one of the features is active the other is unavailable. In these cases, UI messages are shown to the user. The WebCam feature is intentionally downplayed in the UI but remains since we do not yet support 1:N video calls (i.e. broadcasting a video stream).

CONFIDENTIAL OUTSIDE COUNSEL ONLY

- The Voice and Video features can be disabled by the Content Feed server.  <u>If Voice is disabled, Video will also be disabled</u>.  When the features are disabled,  all voice/video related UI elements are hidden from the user (as opposed to disabled or "grayed out").  This includes buttons, menus, preferences and tooltips.
- The video feature is unavailable to users logged in with a Yahoo! ID having a user age below a minimum threshold  (defaults to 13 years).  The minimum age can be configured via the Content Server's System feed.
- When possible, the client UI should show visual indicators if the other party does not have a client that supports 1:1 Video.  It will not allow a user to make a Video Call to another user running a non-supported client (e.g. Maxwell).
- Unanswered Video Calls do *not* go to voicemail.  This may change once we have server facilities to store recorded video messages.

## Architectural Overview

The underlying support for real-time voice and video is provided by the YMSDK's cross-platform C-language API.  The client wraps this API in a C++ object model. This *Media Object Model* is asynchronous and reacts to both user inputs and unsolicited events.  The network of SIP servers (a.k.a. the *media network*) that is used to provide Call-control and routing of voice/video data between endpoints is encapsulated into a "service" of the client. This *Media Service* handles login/logout of the media network and exposes network functions and events to the UI.  It also creates *Media Sessions* that model an underlying SIP Call state machine.

## Design Overview

### Design Assumptions

- Only one Yahoo! user can be logged into the client at any time.
- A Yahoo! user account has no relationship with any particular Windows user account on the system the client is installed on.

### Limitations

- Only one-to-one calls are supported, both for voice and video. Multi-party calling is a future feature.
- MPOP considerations are not part of this design
- YMSDK does not currently support asynchronous detection/notification of webcam hardware insertion/removal; the client therefore does not detect this condition.  E.g. if a camera is inserted after a Call is established the device will not be used for that Call.
- A product decision was made to replace the older WebCam feature with 1:N streaming video sometime in the future.  Therefore, this software design does not address any integration with or modifications to the older WebCam feature.

### Functional Components

The Voice and Video feature is provided by the following functional components of the client:

- Media Object Model

CONFIDENTIAL OUTSIDE COUNSEL ONLY

A media Service and per-Call media Session objects provide access to media network login, Call control and media hardware (e.g. speakers, microphone and camera).

- Media Panel UI
  This includes User interface controls for microphone and speaker volume levels, toolbars and buttons for driving Call state (e.g. Hold, End), and panels for showing video image frames from the local and remote cameras.

- Media Preferences
  This provides device configuration and ringtone assignment.

- Media setup wizard
  Device configuration assistance is provided by a stand-alone UI for selecting and testing audio/video devices (microphone, speaker and camera) used by the client.  This component was initially developed for the Voice feature in a previous client release and was updated with a new Camera panel for the Neptune release.

- Device server
  This exposes call-control features to external applications via a COM API.  It was originally designed to accommodate external USB phones that control the Messenger client.  It was initially developed in a previous client release and modified to work with the Neptune Media Object model.

## UI Screenshots

For convenience, a few selected screenshots of the Neptune UI are included here.
<TODO  add screenshot IM window showing media controls, fullscreen video and setup wizard >

## New Modules

N/A

## Affected (Preexisting) Modules

- The YMSDK is distributed as a stand-alone Dynamic Link Library (ymsdk.dll). As with prior releases of the client it is explicitly loaded and unloaded.
- The setup wizard is implemented as a stand-alone library (stpwd.dll). This is a carry-over from an earlier client release.
- The Call control COM API was designed for a previous client release.  The API is unchanged but the implementation has been updated to use the Media Object model.

## New Tools

N/A

CONFIDENTIAL OUTSIDE COUNSEL ONLY

## Code Details / Documentation

### Media Platform Design

### Class structure / Object Model

The media-related features of the client are exposed to user-interface (UI) objects through two main interfaces/classes:

`IYahooMediaService`/`CYahooMediaService` : encapsulates all functionality related to media features that are *not* associated with a unique media Call session.  This includes the functionality of media server login/authentication, incoming call handling, PSTN account information retrieval, media device management, user media preferences (e.g. ringtone, preferred speakers) and local camera access.

`IMediaSession`/`CMediaSession`: encapsulates all functionality related to media features that *are* associated with a unique media Call session, including control over Call states (e.g. connecting, established, hold, etc.) and control of specific features of the devices that are used in delivering the Call (e.g. microphone volume, video frame delivery).

The `YahooMediaService` internally makes use of some specialized helper classes.  The `YahooMediaService` instantiates a single `CMediaSDK` class which wraps the C API of the YMSDK. `CMediaSDK` is responsible for explicitly loading and unloading the ymsdk.dll at runtime. This requires it to use function pointers for each C API function it invokes.  The `CMediaSDK` maintains no state.
The `YahooMediaService` also instantiates a single `CMediaSessionManager` which is used to create and destroy `CMediaSession` instances.  Session destruction is an asynchronous process. This session manager ensures media sessions are cleaned up correctly and release their YMSDK resources at the appropriate time.

The Media Object model is exposed to users of the COM `YCallControl` interface via the `CDeviceSrv` object.  It models the attached USB Call-control device (such as a Linksys USB VoIP phone).   It uses the Media Object Model classes to provide incoming and outgoing call control.

### Login and Logout

The connection to the Yahoo! media network (a.k.a. "SIP servers") is managed by a `CYahooMediaService` object instance contained within the single `YahooService` object.  Login

to the media network is initiated *after* the Connection Server login completes and runs in the background so as not to block user access to another client feature.  When the `YahooService` goes online the media service uses the global `CBackgroundTaskMgr` to start a background task to initialize itself, which includes logging in using the `CMediaSDK::Login()` function using the credentials obtained by the `YahooService`.

If the Yahoo! media network unexpectedly logs out, `CYahooMediaService` fires an event:
```
IMediaServiceEvents::onLoginStateChange(bool loggedin)
```

If a media session is created when the connection to the media network is offline,  or if the media network goes offline subsequent to creation of a session,  the session's `MSP_READY` property will be set to false.  The UI uses this property to determine if the session is usable for a Call and disable itself when the session is not "ready".   The current product decision is to keep the UI enabled,  since the YMSDK will retry the login under the hood on a call attempt.  Once the YMSDK dll is loaded and initialization is complete, the UI can begin to make a Voice or Video Call, even if the client is logged-out of the media network when a call is initiated.

The MediaService is unavailable while it is initializing.  The UI can query
```
IYahooMediaService::getIsServiceLoaded()
```
to determine if voice and/or video UI elements should be shown.

Logout is also an asynchronous process.  It is begun immediately upon the `CYahooMediaService` receiving the notification that the `YahooService` is offline. Prior to shutdown, the YMDSK requires all Call state machines must be in the `ymsdk_finished` state and that the local camera has been asynchronously stopped.  The `CMediaSessionManager` informs the media service (via `CYahooMediaService:: AllSessionsCleared()`) whenever all active sessions are complete.  The media service also initiates shutdown of an open Setup wizard dialog, which may also be registered with the YMSDK instance and possibly using the local camera.  The media service uses a flag to track whether it is in a shutting-down state waiting on these conditions.  If so, it logs out via `CMediaSDK::Logout()`, which uses its own flag to wait on the local camera "stopped"  confirmation before  proceeding to shutdown the YMSDK (stop, unregister for callbacks, ignore new incoming or queued messages, destroy the handle).  When the stop process completes the media service destroys the `CMediaSDK` instance which will unload the ymsdk.dll.


## Placing an outgoing Voice Call

An `IMediaSession` models a "media Call" (voice and/or video).  In order to more easily integrate with the preexisting UI code, `CMediaSession` inherits from `IInviteSession` via inheriting its implementation from `CInviteSessionBase`).  The UI will create a media session using `CYahooService::CreateInviteSession(APPID_VOICE_VIDEO)`.  The UI object registers itself as an event listener with this InviteSession.  Fig. 1 thru 3 illustrate the steps the UI's MediaPanel object takes to make an outgoing call.

                                                    YAH-PR-00000895



Fig. 1  Creation of the media UI and associated IMediaSession



Fig. 2  Making an outgoing Voice Call



Fig. 3  Details of MediaSession creation

The UI initiates a Call using `CMediaSession::Invite()`.  The media session sets up parameters for the call type (PC-PC or PC-PSTN) and display/DID info, then invokes

CONFIDENTIAL OUTSIDE COUNSEL ONLY                    YAH-PR-00000896

`CMediaSDK::MakeAudioCall()`[1].   As the Call progresses, the `CMediaSDK` dispatches YMSDK info and state events to the `CMediaSession` which in turn fires `OnSessionStateChanged` and other events to the `IInviteSessionEvents` listeners (UI classes).

### Receiving an incoming Voice Call

When an incoming Call notification arrives the `CMediaSDK` dispatches the `ymsdk_cb_incoming_alert` event and associated data to `CMediaService::OnIncomingCall()` (see Fig.4).  The `CMediaSessionManager` is used to check if an `IMediaSession` for this user is already created and available; if not, a new session is created.  Next, the session's `CMediaSession::OnIncomingCall()` sets session properties and if applicable applies a custom ringtone.  Then the session state is moved to the proceeding state so the caller hears ringback. As the Call progresses, the `CMediaSDK` dispatches YMSDK info and state events to the `CMediaSession` which in turn fires `OnSessionStateChanged` and other events to the `IInviteSessionEvents` listeners (UI classes).  The UI generally will show a "toast" message allowing the user to accept or decline the Call.

Note that a new Invite session is always created for an incoming PSTN call.  There is no attempt to associate the incoming call with an existing on-screen PSTNDialer window.



Fig. 4  receiving an incoming Voice Call

### Silently declining an Incoming Call

When the client is configured by the user to ignore incoming calls, or when the Content Feed specifies the Voice and/or Video feature is disabled, the client must silently decline an incoming

---

[1] The CMediaSDK creates and initializes a `ymsdk_call_create_info` structure, setting the source and destination YID, display name and call type.  It allocates a new call handle using `ymsdk_create_call` and begins the call using `ymsdk_make_call`.  Refer to (Yahoo! Media SDK) for more details on the ymsdk function call sequence

CONFIDENTIAL OUTSIDE COUNSEL ONLY

call.  Instead of informing the Media session, the Media service sets an "empty" ringtone so the user doesn't hear the ringer, then moves the Call to the proceeding state to ensure the calling party hears ringback.  Then the Call is explicitly declined (Fig. 5).



Fig. 5  Silently declining an incoming Voice Call

---

**Placing an outgoing Video call**

1a. Configuring for Video send/receive using native GPU acceleration[2]

In this mode, the YMSDK is responsible for drawing the raw video frames into a supplied window.  The underlying implementation utilizes DirectShow so this mode uses less CPU resources than using GDI to draw sequential bitmaps.

Prior to initiating an outgoing video call, the UI needs to allocate a window in which the YMSDK can render the *local* video stream's bitmaps.  Access to the local camera is exposed from the media service.  The media service keeps track of the application's use of the single local camera resource and returns false if the camera is already in use.  As a convenience, the `IMediaSession` also exposes access to the local camera – it wraps the calls to the media service and relays the events from it.  This was done to allow the UI object to listen to only one source of events (those of the MediaSession).  The UI passes its window handle to the media session via `IMediaSession::set_LocalVideoWindowHandle()`. When the UI is ready it requests playback of local camera images into this window via `IMediaSession::StartLocalVideo()`. The session forwards this request to the media service to start the local camera.

Prior to initiating an outgoing video call, the UI needs to allocate a window in which the YMSDK can render the *remote* video stream's bitmaps.  This window is specific to a given media session.  The UI passes its window handle to the media session via

---

[2] This is the current mode used in Neptune

   YAH-PR-00000898

`IMediaSession::set_RemoteVideoWindowHandle()`.   The UI can then enable/disable video or change the mode (send, recv, sendrecv) using:
        `IMediaSession::setVideo(true, video_mode);`
The mode defaults to duplex (sendrecv). This sets the inherited MSP_HAS_VIDEO property of the session.


1b. Configuring for Video send/receive using frame-by-frame rendering

In this mode, the UI is responsible for drawing the raw video frames delivered to it by the YMSDK.  This mode allows the UI to manage all image compositing, e.g. blending the video on top of a custom background.  GDI functions are used to render the video images so it requires more CPU resources than the YMSDK-managed window rendering mechanism.


The UI configures the session as described above, but doesn't pass in a window handle and instead configures an "external" renderer. Once in a call,  the `CMediaSdk` will begin dispatching video frame events to the session's `on_remote_video_frame_event` method. The session will then fire
        `IMediaSessionEvents::onRemoteVideoFrameDataChange`
whenever a new video frame (bitmap) arrives, and
        `IMediaSessionEvents::onRemoteVideoFrameSizeChange`
when the size of the frames changes (generally due to bandwidth adjustments by the YMSDK).  The UI is responsible for handling these events and doing all drawing and image manipulation.
The YMSDK delivers frame events on an internal thread.  In order to not block further media network event processing, the `CMediaSDK` makes a local copy of the pixel data for the newly received video frame then posts a window message to itself, where it then invokes the session's frame handler.  The session invokes the UI's on_remote_video_frame_event callback and frees the local copy when that returns.


A similar process occurs for the local camera's video frames.  The `CMediaSDK` dispatches local video frame events to `CMediaService::on_local_video_frame_event` which then fires
        `IMediaServiceEvents::onLocalVideoFrameDataChange`
and
        `IMediaServiceEvents::onLocalVideoFrameSizeChange`.

2.  Placing the outgoing video call

After specifying the above video-related configuration, the sequence to initiate a Video Call is similar to those for a Voice Call.  The UI invokes the session's `Invite()` method, which in turn invokes
        `CMediaSDK::MakeVideoCall()`
and the `CMediaSDK` starts dispatching YMSDK info and state events to the `CMediaSession`.

**Receiving an incoming Video call**

As with an incoming audio call, the `CMediaSDK` dispatches the event and data to the media service via `CMediaService::onIncomingCall()`. The service uses the `MediaSessionManager` helper to either find an existing session matching the YID or to create a new session. The UI listens to the session creation event and gives the user the opportunity to accept or decline the call[3]. If the user accepts the Video Call, the UI configures the session appropriately. It first sets the session's MSP_HAS_VIDEO property and then accepts the Call via `IMediaSession::Accept()`. The session will then configure the remote video stream and invoke the YMSDK to accept the Call.

### In-call Events

During a Call, the `CMediaSDK` relays events asynchronously to the media session. Specific media session handlers exist to process Call-state changes (e.g. hold/resume), information events (e.g. mic mute), error events (e.g. camera not found), audio events, PSTN billing information and others. Most of these events are forwarded to the UI as corresponding InviteSession events (state, status, error, property change) that are used by the UI classes.

### Adding Video to an existing voice call

N/A: although the YMSDK can support this, the current user-experience (UX) design does not utilize it. From a user point of view, an existing audio call can be escalated to a video call only by ending the audio call and re-initiating a new video call, requiring the other party to re-accept.

### Removing Video from an existing Video/Voice call

N/A: the current UX design doesn't utilize this option. Users must first end the video call and make a new audio call.

### Disabling incoming video

Incoming video can be disabled from a Content feed (e.g. per INTL) or based on the logged-in user's age falling below a configurable threshold (as set by the Settings feed). When a Content feed is downloaded or a login occurs, the media service checks for these constraints using `IYahooMediaService::ApplyRestrictions()` and disables incoming video handling as required.

### Media Preferences
*<TODO>*

### Device Management

The media service also exposes device management functions. The UI can iterate the available devices using:

        getMicrophoneDevices, getSpeakerDevices, getVideoDevices

---

[3] In Neptune, there is currently no implementation to support downgrading the incoming invitation to an audio-only call

The media service provides methods to set the logged-in user's "preferred" device for each category.  It utilizes the RTCPlatform's (YMDM) library,  as the YMSDK does not expose device management APIs.  Media preferences are saved per-user and are persisted to disk in an encrypted UTF8 format to a path that contains an obfuscated folder name (the standard "user cache folder" used throughout the client).  Saved media preferences are reloaded and applied each time a user successfully logs in to the client.

If a preferred device is removed when not in a call, the YMSDK handles reverting calls to using the "system default" device.  If the device is removed during a call or is not present at all when a call attempt is made (e.g. the webcam is removed and then the user tries to video call someone), the media session fires error events.  If the device is later reinserted (e.g. webcam) the media service does *not* detect it until a new call is made.

Some devices are not recognized by the YMSDK and do not expose a device name (e.g. Google Adapter).   Since they cannot be used, they are hidden from the model and not inserted into the device list returned by `getVideoDevices()`.

CONFIDENTIAL OUTSIDE COUNSEL ONLY

## Voice and Video User Interface Class Design

### Class structure / Object Model

The following are the UI classes that interface to the Media Object model to control Video and Voice features:

`CVideoPanelControl` : This is the parent control that hosts all voice/video call UI elements for the IM window.  It encapsulates all Voice/Video UI components into a single UI element for the IM window to host.  In addition it acts as a proxy for all the requests to and from the child UI elements such as resizing, show/hide an element, start/stop a call, etc.  It manages a contained `MediaPanel` control and a `CVideoRenderer` control.  It will show or hide the video area when a video call becomes active or inactive.

`CMediaPanel` : the main control panel for the user to manage Call state.   It is a child Merlin control so the layout is customizable via Merlin XML.  The panel provides all the necessary child controls to place, hold, resume and end a Call.  It also provides audio controls such as volume indicator and mute toggle for microphone and speakers.  It listens to changes to media session state and properties.  The panel invokes the media session to control the Call state and volume level.  It relies on its parent to render some of the extra UI component that's not core to the media call functionality.  For example, the panel doesn't show the number pad for PSTN call or the video area directly.  It asks the PSTN dialer to render the dialpad for PSTN calls and the conversation window to provide the handle to the rendering window for the incoming video stream.

`CPSTNDialer`  : the primary UI for incoming and outgoing calls from/to the PSTN network. `CPSTNDialer` serves as the hosting window for a `CMediaPanel`.  The primary role of the PSTN dialer window is to show PSTN-related information, such as account balance, call billing info, call status updates and error messages.  In addition, it also provides the dialpad interface for injecting DTMF tones.  The dialpad visibility is controlled entirely by the `CMediaPanel`.

`CVideoFrameWnd` : This control renders the video stream images.  It relies on the underlying YMSDK implementation to draw video frames using DirectDraw/DirectShow.  The window handle is passed to the YMSDK.  This class notifies the YMSDK when the window changes in size or needs to be repainted.  YMSDK will use DirectDraw to update the window with video content as new video frame data becomes available.  There are 2 instances of this control, one for local video streaming and one for remote video streaming.

`CVideoFrameLayoutMgr`: This control manages the advertisement panel & 2 `CVideoFrameWnd` instances (for local and remote video streams).  It handles the all of the layout out logic (PiP, Side-by-Side, or Swap mode).  It is also able to do transition animation between the different layout modes.  For example, PiP transition to Side-by-Side and vice versa, local video preview at the beginning of a call transition into advertisement phase, etc.  This control

YAH-PR-00000902

also owns the video layout control panel which is a toolbar that appears when the mouse is hovering over the video area.  It allows the user to change different layout settings for the 2 video rendering windows.

`CMediaCallUIManager` : this object is responsible for managing the "toast" popup window shown on receipt of an incoming call.  It also manages active PSTNDialer objects.

<TODO does this class still exist?>
`CDeviceManager` : If the user answers a Call using an attached USB VOIP Call-control device, the device will become the dominant user interface for the call.  If the user opens an IM window to that other party then closes it the call will not end.  The call will only end when the user explicitly presses the "End Call" button or when the user closes an IM window when no USB call-control device is active.  The device manager doesn't have an onscreen UI.

**Voice and Video UI Window Creation**
When the UI creates a conversation window, it initializes the `VideoPanelControl` child control.  This includes creating `CVideoFrameLayoutMgr`, its `MediaSession` and its child `CVideoFrameWnd` windows and passing the frame windows to the session object for rendering video content during a Call.  Window mode, positions and settings (e.g. for the inset `CVideoFrameWnd` used to show local video) are retrieved from the registry.  Changes to the mode, positions and settings are saved back to the registry when the conversation window is closed (and these media UI objects are destroyed).

*<TODO:  insert  event sequence diagram >*

**Outgoing Voice or Video Call**
The UI provides buttons and menus to initiate an outgoing call.  These ultimately invoke `CMediaPanel::ToggleCall()`, which checks if the setup wizard needs to run, sets call parameters and invokes the `MediaSession::Invite()`.

*<TODO:  insert  event sequence diagram >*

**Incoming Voice or Video Call and Toast window**
The `CMediaCallUIManager` listens to `IInviteSession` creation and state change events.  When an incoming call arrives, a `CMediaSession` is created by the `CYahooMediaService` instance as described earlier.  The `CMediaCallUIManager` responds to this event, determines if the session is for a PSTN or PC-PC call and displays the associated "toast" dialog to the user.  If the user accepts the call, the `CMediaCallUIManager::OnVoiceToastClicked()` handler gets the session's MSP_CALLTYPE property and creates (or finds) the appropriate UI window (`IIMWindow` or `PSTNDialer`) and invokes `CMediaSession::Accept()`.
*<TODO:  insert  event sequence diagram >*

**Full-screen mode**
When the user selects full-screen mode, the `CVideoPanelControl` will create and show a popup window sized to cover the entire desktop (`CVideoFullscreenWindow`) and set this popup window as its new parent window.  When the user clicks on the toolbar button to exit the full-screen mode, `CVideoFullscreenWindow` will post a window message to the `CMediaPanel` which will restore the initial parent window and hide the full-screen popup window.

**Call on Hold with "freezeframe"**
When a Call is put in the HOLD state by either party, the resulting Media session state change event triggers the UI to retrieve the last video frame bitmap from the YMSDK.  This image is ghosted on the CVideoFrameWnd <TBD>.

**Overview of how VideoRenderer handles layout and resize, PiP drag, advert display <TODO>**

**List of New Tools:**

N/A

**List of Modifications to existing classes:**

`MediaSession` is a specialization of the existing `IInviteSession`. As such, many of the enumerated types defined for `IInviteSession` properties, events and errors have been extended to support media features.

**List of Modifications to existing tools**

N/A

**Library/API changes**

N/A

## Content Server Feed-controlled features

The Voice and Video feature may be disabled for specific i18n versions of the Messenger client. Like other i18n-specific features, this is controlled by values sent in the `system.xml` file. The feature names are:

    Video: "`video`"
    Voice: "`voice`"

Video can be disabled independently.  A product decision was made so that if the feed disables voice, video is also disabled.

The UI can query the availability of the Voice feature using
    `IYahooMediaService:: IsServiceEnabled()`
and for the Video feature using
    `IYahooMediaService::getIsVideoEnabled()`

CONFIDENTIAL OUTSIDE COUNSEL ONLY                                                    YAH-PR-00000904

A Content Server feed supplies a minimum age required for activating the client's Video features.  If the logged-in user is below this minimum age, the Video UI is hidden and incoming calls are silently declined.   The value in the `settings.xml` file is named "`minAgeVideo`".

## Migration / Legacy Issues

Per-user Ringtone assignments (TBD )

## Security

The client sits on top of the YMSDK so it isn't vulnerable to typical browser attacks.  However, we do display the caller's phone number and name in some of our UI controls.   When such strings are passed to a browser control it is first sanitized using `YML::HTMLize()`.

### Media Preferences storage

The user can make persistent per-contact ringtone assignments. This requires saving Yahoo!! IDs to the local disk. These IDs are stored on disk in the `MediaPrefs.xml` file, so the file is encrypted using the standard Paranoid-approved technique used in other parts of the client.

### PSTN Account data

All of the logged-in user's PSTN Account data is stored on the servers. Account balance is sent to the client to be shown in the UI, but it is not persisted locally. All other data remains on the servers. Access to this data is through external web pages protected by the usual Yahoo!! token-based authentication schemes.

## Stats

Stats are implemented using the existing `DbStats` object. In addition, stats are collected by the underlying YMSDK per-login-session and per-Call.

## Partner Dependencies

YMSDK currently is implemented using a 3rd party library.  At the time of the Neptune release this was supplied by GIPS, Inc. For details, refer to the YMSDK documentation.

## Internationalization

The Voice and Video feature makes use of the standard functions used by other functional elements of the Windows client, including the Language Pack and strings from the `resmgr` resource DLL.

Note that the strings used by the YMSDK API are UTF-8 format (single-byte) so there are conversions necessary when using these strings to display information at the Windows UI layer and when writing these values to the client log file.  In general the Media Object Model exposes all necessary strings as wide-char ATL::CString objects and properties.   Note that conversion must be done prior to outputting UTF-8 formatted strings from YMSDK to the logging functions used throughout the client.

CONFIDENTIAL OUTSIDE COUNSEL ONLY

## Open issues

## Debug and Development tips

## Test Cases

## Installation Notes

## Tools

## Other

## Definitions

Call:  a voice or video session
MPOP: Multiple Point of Presence
SIP:  Session Initiation Protocol used to provide VoIP "Calls"
VoIP:  Voice over Internet Protocol

## References

Yahoo!! Inc. (n.d.). *Neptune Video UED document.* Retrieved from
http://216.145.54.122/gui/prod/messenger/neptune/specs/video-UIspec-1_4.pdf

Yahoo!! Inc. (n.d.). *Yahoo! Media SDK.* Retrieved from
http://pf1.dt.corp.Yahoo!.com:8014/@md=d&cd=//depot/Yahoo!/properties/rtc/projects/RTCPlat
form/trunk/Projects/YMSDK/docs/&c=OCe@//depot/Yahoo!/properties/rtc/projects/RTCPlatfor
m/trunk/Projects/YMSDK/docs/YahooMediaSDK.doc?ac=22

CONFIDENTIAL OUTSIDE COUNSEL ONLY                    YAH-PR-00000906

# EXHIBIT B

Messenger 11.5 - Voice Conference Change Settings - Yahoo! Help                                                                                      10/18/12 5:48 PM

New User? Register  |  Sign In  |  Help                          Introducing New Yahoo! Axis                                            |      Mail  |  My Y!  |  Yahoo!

Search                                              Search Web

Search Help

Yahoo! Messenger  »  Messenger Help  »  Article

## How to start a Yahoo! Messenger conference on your PC

ID: SLN286        Refers to:  **Messenger 11.5** , **Messenger 11** , **Messenger 10 and earlier**

**Description**

This article explains how to make a three-way or group conference chat or call from your Windows PC.

**Resolution**

**To set up a conference in Yahoo! Messenger:**

1. Select **Actions** | **Invite to Conference**.
2. Select friends or groups from the list and click **Add**.
3. Include an optional message.
4. Check **Enable Voice for this conference** to enable the voice feature.
5. Click **Invite** to start the conference.

Last updated: April 27, 2012

**Rate this article:**                          (Based on 0 ratings)

## Related Voice features articles

- How to configure and check Yahoo! Messenger Voicemail on your PC
- How to Dial International Calls with Yahoo! Messenger
- Messenger Troubleshooting Procedures
- How to optimize video and sound quality for calls using the Yahoo! Video and Voice setup assistant
- Why is Yahoo! partnering with Jajah for its premium voice service?
- More...

### Get the Latest Version Now!

For enhanced video calling, Facebook and Twitter updates, and much more, get the latest Yahoo! Messenger.

Download Now

### How can we help?

Yahoo! Customer Care is here to help you with your question or issue.

**Contact Yahoo!**

Copyright © 2012 Yahoo! All rights reserved.   Privacy Policy | Terms of Service

# EXHIBIT C

New User? Register | Sign In | Help

**Introducing New Yahoo! Axis**

Mail | My Y! | Yahoo!

| Search | | Search Web |

Search Help

Yahoo! Messenger » Messenger Help » Article

## The difference between Video Calling and Webcam Sharing

ID: SLN1643        Refers to: Messenger 11.5 , Messenger 11 , Messenger 10 and earlier

**Resolution**

Here are the differences between video calls and webcam sharing:

**Video calls:**

- Are a one-on-one video and voice conversation with a single person at a time.
- Requires a connected webcam, microphone, and speakers.
- Requires that you and your friend use Yahoo! Messenger 10 or higher.

**Webcam sharing:**

- Is a live video feed that can be broadcast to one or more people at the same time (who are able to access it only with your permission)
- Requires that you launch a separate PC-to-PC voice call if you want to have a voice conversation at the same time.
- Only requires a connected webcam.
- Allows you and your friend to be on different versions of Yahoo! Messenger.

Last updated: December 01, 2011

**Rate this article:**            (Based on 969 ratings)

## Related Video articles

- Getting Started with Yahoo! Messenger webcam on your PC
- Webcam Errors in Yahoo! Messenger 9
- Installing webcam
- Webcam not found or not connected errors.
- Starting a Webcam Conversation on Yahoo! Messenger for Mac
- More...

### Get the Latest Version Now!

For enhanced video calling, Facebook and Twitter updates, and much more, get the latest Yahoo! Messenger.

Download Now

### How can we help?

Yahoo! Customer Care is here to help you with your question or issue.

Contact Yahoo!

Copyright © 2012 Yahoo! All rights reserved.   Privacy Policy | Terms of Service

# EXHIBIT D

# Use Yahoo Messenger for a Video or Audio Conference

About These Instructions:  These instructions are intended primarily for those who are new to instant messaging. If you already use Yahoo Messenger and want to add voice and/or video to your instant messages and group conferences (chats), please skip to Part Five: One-to-One Messaging with Text, Audio, and Video (page 17)  or Part Six: Group Conferencing with Text, Audio, and Video on page 27.

Contents of this tutorial

Part One: Download and install Yahoo Messenger                    page 1
Part Two: Create a Yahoo Messenger Account                        page 4
Part Three: Login and Configure Yahoo Messenger                   page 7
Part Four:  Create Your Contact List                              page 12
Part Five:  One-to-One Messaging with Simple Text, Audio, and Video   page 17
Part Six: Group Conferencing with Text, Audio, and Video          page 27

## Part One: Download and install Yahoo Messenger

1- Go to http://messenger.yahoo.com
2- Click the Download button.  The download/install process should begin automatically.





3- When the installation screen appears (as shown below), follow the instructions provided during each step of the installation.

The installation screen says "Step 1 of 6". There are actually only 5 steps. There does not appear to be a "Step 4" (see screen shots below).











## Part Two: Create a Yahoo Messenger Account

If you previously downloaded Yahoo but: 1) did not create an account, 2) cannot remember your account name, or 3) want to create a second account, follow the instructions below.

1. When you have completed the installation process, you should see a confirmation message in your browser window.  Click "Sign up now" under "Get a Yahoo ID.



If you closed the browser window that displayed the "Congratulations! You have successfully installed Yahoo Messenger", then you can go to http://messenger.yahoo.com and click the "Sign Up" link next to "New User" at the top of the page.



2.   Complete the Yahoo Account form.  A sample form is shown below.

While it's not required  include an an alternate email address on the Sign Up form, it is best to include one because if you lose/forget your Yahoo login name/password, Yahoo will send you an email with the login name/password to the Yahoo email address that was created when you set up your messenger account. However, since the login and password for your Yahoo email account is the same as the login for your Yahoo Messenger account, you will not be able to retrieve the email.  In this case you will be forced to create a new Yahoo account.



4-  Write down the User ID and any other pertinent information from the confirmation screen. Keep this in a safe place as you will need the login name and password each time you use Yahoo messenger/Yahoo email.

## Part Three: Login and Configure Yahoo Messenger

1-  Locate the Yahoo Messenger icon on your desktop and double-click to start.

**2-**  In the sign-in box, enter your Yahoo ID and password. IMPORTANT: Do not select "Remember my ID & Password", or  "Automatically sign-in" unless you are using your own personal computer. If you select "Sign-in as invisible", you will be able to see who's online (those people who are on your contact list who are currently logged into the service) but they will not be able to see that you are online.  You can easily switch between "invisible" and "available"  once you are logged into the service.



3-  The very first time you log into Yahoo Messenger you will need to a few preferences. Select  Messenger-->Preferences.

4-



Unless you are a proficient user of instant messaging programs, we recommend that you set the preferences according to the images below (you will not have to change preferences for all categories).

Once you are more familiar with Instant Messaging and your IM program, you may later wish to add any functionality or features that are "de-selected" in the screen images shown below. You can change your personal preferences (settings) at any time, simply by selecting "Preferences" from the Messenger Menu.  For more information on Yahoo Messenger Features (activated via "Preferences") see:















## Part Four:  Create Your Contact List

Before you can use Yahoo Messenger to communicate with others, you will need to create a contact list.  In order to do this, you must know their Yahoo username. For example, the person you want to communicate with has a Yahoo user name umucdemo.



To add this user to your contact list, you need to select the add icon located on the Messenger tab.



2- Enter the Yahoo ID (username) of the person you wish to add to your contact list. If you think you will have a hard time remembering who the username belongs to, enter the person's first and/or last name.  This is the name that will be displayed on your contact list.  Click on Next.



3- You can categorize usernames on your contact list. Simply type the name of the group into which you want to categorize the username (i.e., work, school, family, friends, etc.). Yahoo messenger will send an instant message to that person, who can then accept or deny your request to include his/her name on your contact list. If that person is off-line, the "accept/deny" message will be presented to him/her the next time he/she logs in to Yahoo Messenger.



The person whose username you are attempting to add to your contact list will receive a Yahoo Message that resembles the one shown below.  Likewise, when someone attempts

to add your Yahoo username to his/her contact list, you will receive the same type of message.



5-  The "add to messenger list" status window appears.  Yahoo Messenger includes an address book feature, in which you can add contact details for each name on your list.  To add more details about a particular contact, click the "Add More Details" button.



Because of potential privacy concerns associated with the online storage of your Yahoo Messenger Address Book, we recommend that you RESTRICT the information you include on the contact details form to only  that which is absolutely necessary for instant messaging this person from contact list.  Once you have filled in any info you want to include, select the Save & Close button to exit the contact details form.



6- Repeat this process for any Yahoo usernames you wish to add to your contact list. If you chose to enter in additional information as outlined in step 4, you will need to repeat Steps 1-4 to enter additional contacts. Other wise you can select Next to add additional contacts or select Finish when you are done adding contacts. Remember, you can only use Yahoo Messenger to communicate with those people whose usernames appear on your contact list.



7-   Check your contact list in Yahoo Messenger.  As shown in the screen image below, Yahoo Trainer has been added to the contact list.  In this case, Yahoo Trainer's username is actually umucdemo.  Note the following:

- A yellow smiley face next to the display name indicates that the person is online.
- A gray face means that the person is either off-line or "invisible".



8-   To change your own status (how others see you), use the drop down status selector at the top of Yahoo Messenger (see image below). You may select from seven existing status messages or click "New Status Message" to create your own.  In the second screen image shown below, we see that Yahoo Trainer has changed her status to "Be Right Back".

 

## Part Five:  One-to-One Messaging with Simple Text, Audio, and Video

At the top of the Yahoo Messenger screen, there are three communication icons (IM,Text, and Chat).

Use the IM button to open a blank Instant Message window. You can select the contact name from the drop down box at the top of the instant message window. Shortcut: Double-click the display name of the person on your contact list to whom you wish to send a message.  This will open an IM message window.

Do not use the text icon unless you want to send an instant message to someone's cell phone (not advised unless the recipient has given you explicit permission to send text messages to his/her cell phone).

Do not use the chat icon unless you want to enter a public chat room (not advised).

### Text

By selecting the IM icon, a blank Instant Message window will open.  You will then need to select from the "To" drop-down menu, the person you would like to IM.



There are two text boxes on the instant message screen.  The top box contains the transcript of all text sent by you and your IM contact.

Use the lower box to enter the text you want to send.  If the person with whom you are communicating is typing a response, it will say so in the lower left corner of the message window.  If the person is typing a message, you should wait until you see his/her response before sending additional text



## Voice

Before using Voice as part of a one-to-one instant message (chat session with one other person), consider the following:

- Although you can listen via your computer's speakers, use a  headset mic if you are going to talk.
- If the other person does not have a headset mic, he/she can still hear you via his/her speakers and respond with text.
- The speed of each participant's Internet connection and the quality of his/her headset mic will affect the overall audio quality.  Quality ranges from crackling ham radio to high-end speaker phone.  Generally, the fewer people participating, the greater the overall quality will be (simply because you are reducing the potential  number of quality detractors, such as slow or spotty Internet connections, bad microphones, etc.).
- The audio portion of your chat does not appear in the text window (you cannot see it, you can only hear it).  Keep this in mind if there are any ADA compliance concerns (those concerns will be based on who is participating in the chat and whether the chat it is mandatory or optional).
- Currently, there is no way to save a transcript of the audio portion of your chat. Only the text portion can be saved.

To speak with the person with whom you are text messaging, click the Voice icon. The person will receive an "accept/deny" message in his/her instant message window. If the person does not have a headset mic connected to the computer, he/she will probably deny the request and then explain why via the text window.  If the person accepts your request, you will receive this information in the transcript portion of your instant message window, as shown below.



When you begin using audio as part of your instant message, a "Talk" indicator will appear on your instant message window, as shown below.

- If you do not select "Hands Free", then you will have to push the green Talk button every time you want to say something. "Hands Free" mode works best, unless there are other people in the room with you or there is significant background noise, which you do not wish to "play/transmit" into the message.
- If you have selected "Hands Free" mode and you need to speak privately to someone standing next to you, select mute.  Otherwise, the person with whom you are instant messaging will hear everything you say.
- If your telephone rings while you are engaged in a Hands-Free voice chat on Yahoo Messenger, you should also select Mute.  Be sure to de-select Mute when you are ready to begin talking again via Yahoo Messenger.



## Video

If you and the person with whom you are chatting both have high speed Internet connections, one or both of you you can add video to your chat.
Starting your own Webcam:

Assuming that you have already connected a Webcam to your computer, there are three ways to start your own Webcam:

Option 1: Before you open an instant message with someone on your contact list, click the Messenger menu on your  contact list and select "Start My Webcam".



A "View My Webcam" link (see image below) will appear next to your name in the IM contact list of anyone who has added your username to his/her list of contacts.



Option 2: If you have an open IM window (with someone on your contact list), select the Webcam icon located on the IM window toolbar.



Option 3: In the IM window, select the Contact menu located on the IM window and select the "Invite to View My Webcam".



If you select either Option  2 or  3 above, the person with whom you are chatting will see an invitation to view your Webcam in the transcript window of the IM window. He/she may accept or decline the invitation.



If he/she accepts the invitation, a small window containing your Webcam video (see sample  image below) will appear on his/her screen.



Regardless of the method you use to activate your Webcam, a warning window will appear containing the terms and conditions of Yahoo Messenger Webcam service. Click OK to continue.



You may be prompted to select your connection speed.



Viewing someone else's Webcam:  Assuming that someone on your contact list or the person with whom you are chatting has started his/her Webcam, there are two ways to view his/her Webcam image:

Option 1: If you are not engaged in an active chat session yet, click the "View My Webcam"  link located to the right of the contact's ID/name on your Messenger contact list.



Option 2: If you are already engaged in an active chat session, click the Contact menu in the IM window, select Contact Options and View Webcam.



Depending on the other person's IM preferences (settings), he/she may have to grant permission for you to view his/her Webcam before the Webcam image appears, as shown below.



If the person does not have a Webcam installed, or the Webcam is not turned on, you may see the following error message:



You can adjust the display properties of the video image from the Webcam menu located inside the Webcam window (see screen shot below):

- Select "always on top" to force the Webcam window to remain on top of your open IM (chat) window.  Otherwise, you will not be able to watch the video while you are instant messaging the person in the video.
- Select Small if the Webcam image is too large, relative to the size of the IM (chat) window.



IMPORTANT REMINDER: Only the text portion of your instant message/chat session can be saved. To save the text transcript, select "Save As..." from the Conversation menu located in the upper left corner of the IM box. You must click "Save As...." before you close the chat window.  Once the chat window is closed, you will not be able to save or retrieve the text of your chat.



## Part Six: Group Conferencing with Text, Audio, and Video

or maximum participation, schedule your Group Conference/Chat times well in advance via email. Prior to the scheduled time, planned participants should exchange their Yahoo usernames as they will need to the usernames of the other participants to their own contact lists in Yahoo Messenger.

It is also helpful to determine in advance who will be the one to initiate the conference at the scheduled time.  The person who initiates the conference invites the other participants to join. This will ensure that everyone is "invited into" the same group conference (chat) window.

### Text

1.  On the Yahoo Messenger window, click on the group name (i.e., work) containing the usernames of those with whom you wish to have a group chat.  Click the IM icon to open a blank message form.



2.  On the blank instant message form, click the conference icon.



3.  On the Invite Contacts to Conference window you will see a "messenger list" to the left and an "invitation list" to the right.  Although you may have many names on your contact list, the "messenger list" in the chat window only displays those people who are currently online and available for a conference. If a desired participant has his/her individual IM status set to anything other than "available", his/her username may not be displayed on the "messenger list" (for more information on "availability" status, see Part Four, Step 7).

Select the usernames from the messenger list that you want to invite to your conference and then click the add button in the center of the screen. The names you have added will appear on the invitation list to the right.

If you wish to include audio in your conference,  check "Enable Voice Chat for this conference" as shown in the screen image below.

Note:  All participants must have speakers connected to their computers for a group conference with audio.  Those who plan to speak must use headset mics.  Those who do not have headset mics, can still listen via their computer speakers, but they will have to type their responses.



After you click the Invite button button on the Invite Contacts to Conference window, the recipients of your invitation will receive an instant messenger pop-up notice.  If someone (besides yourself)  initiates the conference, you will receive the same type of pop-up message.



4.  When the group conference (chat) windows appears:

   • The username of the person who initiated the conference appears in the title bar of the conference window.

- Usernames will begin appearing in the right column as the invitations are accepted.
- The upper text window displays the transcript of all text that has been entered by participants.
- Under the transcript box, you will see font tools (bold, italic, color, font type and font size). Those tools only affect the text that you enter.
- Under the font tools, you may click the smiley face icon at anytime to select a particular "emoticon" to accompany the text you are currently typing.
- The format tool next to the smiley face icon toggles the font tools on or off.
- You may send a private side-bar message to anyone whose name appears in the right column. Click the username and then click the IM button beneath the username column to open a private message window to that user.
- Enter your text in the lower text window and click send to communicate with the group.



## Voice

Before using Voice as part of your group conference/chat, consider the following:

- Although you can listen via your computer's speakers, use a  headset mic if you are going to talk.

- If the other participants do not have headset mics, they can still hear you via their speakers.
- The speed of the participants' Internet connections and the quality of their headset mics will affect the audio quality of your conference.  Quality can range from crackling ham radio to high-end speaker phone.  Generally, the fewer people participating, the greater the overall quality will be (simply because you are reducing the potential  number of quality detractors, such as slow or spotty Internet connections, bad microphones, etc.).
- The audio portion of your chat does not appear in the text window (you cannot see it, you can only hear it).  Keep this in mind if there are any ADA compliance concerns (those concerns will be based on who is participating in the chat and whether it is mandatory or optional).
- Currently, there is no way to save a transcript of the audio portion of your chat. Only the text portion can be saved.

To activate Voice chat, you must first click the voice icon at the top of the existing conference window. If you are a participant in a conference that someone else initiated, the initiator of that conference may have already enabled voice chat. If so, the title bar of the conference will say "Voice Chat" followed by the username of the person who initiated the conference.  The voice enabled conference/chat window is identical to the text conference/chat window with the following exceptions:

- The icons located to the left of the users who are able to participate in voice chat will be wearing headsets. In the screen image below, umucdemo is able to participate in voice chat, but mikeevanchik is not, as noted by the absence of headphones on the icon next to his username.
- Under the transcript box, you will see Talk and Mute controls/indicators.
- As a reminder, if you do not select "Hands Free",  you will have to push the green Talk button every time you want to say something.  "Hands Free" mode works best, unless there are other people in the room with you or there is significant background noise, which you do not wish to "play/transmit"  into the message.  Also, if you have selected "Hands Free" mode and you need to speak privately to someone standing next to you, select mute.  Otherwise, the person with whom you are instant messaging will hear everything you say.  If your telephone rings while you are engaged in a Hands-Free voice chat on Yahoo Messenger, you should also select Mute.  Be sure to de-select Mute when you are ready to begin talking again via Yahoo Messenger.



## Video

Participants in a group conference (chat) who have high speed Internet connections and Webcams installed on their computers can use video as part of the conference .
Starting Your Own Webcam:

Option 1: Before starting a group conference, click the Messenger menu on your  contact list and select Start My Webcam.



A "View My Webcam" link (see image below) will appear next to your name in the IM contact list of anyone who has added your username to his/her list of contacts.



Option 2: If you are already active in a group chat window, click the Webcam icon located in the upper left corner of the group conference window.  An announcement should appear in the transcript window indicating that you have activated your Webcam.

Option 3: Select the name of the person on the group conference participant list (right side of conference window). Select Contact from the tool bar, then select the "Invite to View My Webcam" from the drop-down box. The person whose name you clicked will see an invitation to view your Webcam.  He or she may accept or decline the invitation.



Regardless of the method you use to activate your Webcam, a warning window will appear containing the terms and conditions of Yahoo Messenger Webcam service.  Click OK to continue.  You may be prompted to select your connection speed.





Viewing Other Participants Webcams:

You do not need to have a Webcam to view another participant's Webcam.  There are two ways to view another participant's Webcam.

Option 1: In your Yahoo Messenger contact list, click the  "View My Webcam"  link to the right of the contact's ID/name in your Messenger List.  If there is no "View My Webcam" link, the person either does not have a Webcam or he/she hasn't activated it.



Option 2: If you are already active in a group conference window, place your cursor over a name in  group conference participant list, right click, and then select View Webcam.



Depending on the participant's IM  preferences (settings), he/she may have to grant permission for you to view his/her Webcam before the Webcam image appears, as shown below.



If the person does not have a Webcam installed, or the Webcam is not turned on, you may see the following error message:



You may repeat this process as many times as you want, based on how many participants are active in the group chat session. However, the more Webcam windows you open, the more difficult it will be to make room for all of them on your computer screen. Also, with more than one or two Webcam windows open at once, you will notice a considerable delay in the frame rate of each video.



Note

To view your own Webcam image, place your cursor over your own name in the group chat participant list, right click, and select View Webcam.

You  can adjust the display properties of the Webcam windows by using the Webcam menu located inside the Webcam window (see screen shot below):

- Select "always on top" to force a Webcam window to remain on top of your open instant message window.  Note:  If you do this to everyone Webcam window you have opened during a group chat, you will most likely obscure your view of the group chat window.
- Select Small if a Webcam image is too large, relative to the instant message window.
- If you have opened your own Webcam image (see tip above) and you which to immediately cease transmitting your image to the participants of the group chat, de-select Broadcast from the Webcam menu of your own Webcam window.



IMPORTANT REMINDER: Only the text portion of your instant message/chat session can be saved. To save the transcript,  select "Save As..." from the Conversation menu located in the upper left corner of the message box. You must click "Save As...." before you close the message window.  Once the message window is closed, you will not be able to save or retrieve the text of your chat.



# EXHIBIT E

Hi, **David** | Sign Out | Help

**Make Y! My Homepage**

| Mail 1 | My Y! | Yahoo!

| Search | **Search Web** |

| | **Search Help** |

Yahoo! Messenger » Messenger Help » Article

# Inviting More People to a Conference

ID: SLN1301     Refers to: **Messenger 11.5** , **Messenger 11** , **Messenger 10 and earlier**

**Description**

This article explains how to invite more people to chat.

**Resolution**

To invite more people to your conference:

1. Click the **Conference** button in the Conference window (indicated by a multiple smiley face icon)

2. Select friends or groups from the list and click **Add**.

3. Include a message if desired.

4. Click **Invite** to bring them into the conversation.

**Note**: Check **Enable Voice for this Conference** to enable the voice feature.

Last updated: April 10, 2012

**Rate this article:**          (Based on 0 ratings)

## Related Instant messaging articles

- How to add a Windows Live user to a list
- List of supported wireless carriers and countries for text (SMS) messaging
- How many chats can I have going at the same time?
- Messenger Troubleshooting Procedures
- How to chat with your Facebook friends from Yahoo! Messenger 11
- More...

### Get the Latest Version Now!

For enhanced video calling, Facebook and Twitter updates, and much more, get the latest Yahoo! Messenger.

**Download Now**

### How can we help?

Yahoo! Customer Care is here to help you with your question or issue.

**Contact Yahoo!**

Copyright © 2012 Yahoo! All rights reserved.   Privacy Policy | Terms of Service

# EXHIBIT F

Messenger : How to Accept or Decline VoIP Calls 1/3/12 4:03 PM

Hi, **David** | Sign Out | Help        Make Y! My Homepage                    | Mail **1** | My Y! | Yahoo!

Search Web

---

**Search Help**

Yahoo! Messenger » Messenger Help » Article

## How to Accept or Decline VoIP Calls

ID: SLN1271        Refers to: Messenger 11.5 , Messenger 11 , Messenger 10 and earlier

### Description

This article explains how to receive Voice Calls or Video Calls.

### Resolution

In Yahoo! Messenger you have a choice to accept or decline a call. Accepting and declining calls is a little different in Yahoo! Messenger 10 than it is in Yahoo! Messenger 8 and 9. Follow the steps for the version of Yahoo! Messenger you have on your computer.

**How to receive calls in Yahoo! Messenger 8 or 9:**

1. Look for **Incoming Call** at the top of the Conversation window.

2. Click **Accept** to take the call or click **Decline** if you don't want to take the call.

3. When you are done with the call, click **End Call**.

**Note:** To put the call on hold, click **Hold**. To resume the call, click **Resume**.

**How to receive calls in Yahoo! Messenger 10 or 11:**

1. Look for an incoming call notification in either of these ways:

   - An alert box at the bottom right of your computer screen.

   - In the Conversation window.

2. Click **Accept** to take the call or click **Decline** if you don't want to take the call.

3. When you are done with the call, click **End Call**.

**Note:** To put the call on hold, click **Hold**. To resume the call, click **Resume**.

Last updated: April 10, 2012

**Rate this article:**        (Based on 0 ratings)

## Related Voice features articles

- How to configure and check Yahoo! Messenger Voicemail on your PC

- How to Dial International Calls with Yahoo! Messenger

- Messenger Troubleshooting Procedures

- How to optimize video and sound quality for calls using the Yahoo! Video and Voice setup assistant

- Why is Yahoo! partnering with Jajah for its premium voice service?

- More...

### Get the Latest Version Now!

For enhanced video calling, Facebook and Twitter updates, and much more, get the latest Yahoo! Messenger.

Download Now

### How can we help?

Yahoo! Customer Care is here to help you with your question or issue.

**Contact Yahoo!**

Copyright © 2012 Yahoo! All rights reserved.   Privacy Policy | Terms of Service

# EXHIBIT G

Case 1:11-cv-00902-LPS-CJB   Document 163-1   Filed 06/21/13   Page 179 of 224 PageID #: 3613

Placing and Receiving Calls - Yahoo! Messenger Help                                                                                    11/1/12 5:32 PM

New User? Register   |   Sign In   |   Help                      Introducing New Yahoo! Axis                              |      Mail   |   My Y!   |   Yahoo!

Search                                    **Search Web**

Search Help: [                    ]   **Search**

Yahoo! Messenger > Help > Tutorials > Placing and Receiving Calls

# Placing and Receiving Calls

Placing a Call   Guidance for Domestic and International Calls   Receiving a Call   Using Sounds and Background Music   Placing a Call on Hold   Forwarding Incoming Calls

## Receiving a Call

Yahoo! Messenger offers two ways to receive calls:

- PC-to-PC calling—any of your friends who know your Yahoo! ID and use Messenger 7 or higher can call your computer and the two of you can talk just like you're both on the phone. You just need to be signed in to receive the call. And the best part? It's free.

-  Yahoo! Phone In—a premium Yahoo! Messenger feature that allows your friends to call your computer from a traditional telephone or a mobile phone. All you need to do is sign up for the Yahoo! Phone In service. To learn more, take a look at the Signing Up for Yahoo! Voice tutorial.

  You'll need a headset or a microphone and speakers to use these features. To ensure that they are set up properly, read through the setup task in the Introducing Yahoo! Messenger's Call Features tutorial.

Display in new window
- What's Next
- Learn More
- Help Topics

## Here's How

1. When someone calls your computer, a notification of the call opens in the lower portion of your computer screen.



You'll also hear a ringtone unless you've disabled ringing.

2. Respond by clicking one of the buttons:

- **Accept:** If you accept the call, the connection is made, and you can begin talking just like you do on the telephone.
- **Decline:** If you decline the call, the caller has the option of leaving you a voice message. By the way, your caller won't know that you've declined the call.
- **IM Only** (only available for PC-to-PC calls): If you select this response, the call ends. A conversation window opens so you and your contact can communicate by typing messages instead.
  If you don't respond within about 20 seconds, your caller has the option to leave a voice message.
  If you accept the call, the call area opens in the conversation window for PC-to-PC calls and in a separate window for Phone In calls, and you can begin talking.



3. Your can end the call by clicking the **End Call** button.



---

⬅
Back:
Guidance for Domestic and International Calls

➡
Next:
Using Sounds and Background Music

Case 1:11-cv-00902-LPS-CJB   Document 163-1   Filed 06/21/13   Page 180 of 224 PageID #: 3614

Placing and Receiving Calls - Yahoo! Messenger Help                                      11/1/12 5:32 PM

# What's Next: Listen to Voice Mail or Forward Your Calls

Your friends can leave voice messages when you're not signed into Messenger or not accepting calls, and you can listen to the messages through an email account of your choice. Take a look at the Setting Up Voice Messaging tutorial to learn how.

If you don't want to miss calls, forward your incoming calls to your traditional or mobile phone.

## Learn More

- Using Instant Messaging
- Introducing Yahoo! Messenger's Call Features
- Signing Up for Yahoo! Voice
- Setting Up Voice Messaging

## Help Topics

- Yahoo! Voice Help
- Messenger Help

## Was this tutorial helpful?

○ Yes  ○ No

Tell us what you liked or didn't like about this tutorial

Submit

Back to top

## Words to Know

- *Contact:* a person with whom you interact; someone to whom you might want to send an email, instant message, or text message.
- *PC-to-PC calling:* the ability to call another person's computer from your computer; similar to placing a phone call. Both you and the person you are calling must have a Yahoo! ID and be logged into Yahoo! Messenger.
- *Ringtone:* a brief audio file played to indicate an incoming call. You can select your preferred ringtone in Yahoo! Messenger.
- *Voicemail:* a message left in the caller's own voice for the intended recipient to listen to later.
- *Yahoo! ID:* the name by which a person is known to all Yahoo! networks.
- *Yahoo! Phone In:* a premium, subscription-based service of Yahoo! Voice that attaches a phone number to your Yahoo! ID so that you can receive phone calls to your computer through Messenger.

Search

# EXHIBIT H

Placing and Receiving Calls - Yahoo! Messenger Help for Windows - Placing and Receiving Calls

1/11/12 5:15 PM

New User? Register | Sign In | Help

Introducing New Yahoo! Axis

| Mail | My Y! | Yahoo!

| Search | Search Web |

**Search Help:** | Search |

Yahoo! Messenger > Help > Tutorials > Placing and Receiving Calls

# Placing and Receiving Calls

Placing a Call · Guidance for Domestic and International Calls · Receiving a Call · Using Sounds and Background Music · Placing a Call on Hold · Forwarding Incoming Calls

## Placing a Call on Hold

Putting a call on hold allows you to place another call or to answer a call from someone else. You can leave a call on hold indefinitely or until the other person hangs up.

**Tip:** Messenger automatically places your current caller on hold when you accept another call. You can have an unlimited number of calls on hold at the same time.

Display in new window
- What's Next
- Help Topics

## Here's How

1. In the call area, click the **Hold** button.



A message informs you that the call is on hold, and the **Hold** button changes to a **Resume** button.

2. When you're ready to resume the call, click the **Resume** button.



← Back:
Using Sounds and Background Music

→ Next:
Forwarding Incoming Calls

## What's Next

If the person you're talking with puts you on hold, the call window changes to show your "on hold" status.
After someone puts you on hold, you have several options:
- You can wait for the other person to resume the call, which returns the call display to normal.
- You can terminate the call by clicking the **End Call** button.
- You can put the other person on hold by clicking the **Hold** button.
  Your **Hold** button changes to a **Resume** button. To continue the call, you must click the **Resume** button to release your hold before the other person can also resume the conversation.

Placing and Ending Calls - Calling a Friend or Changing Options
Case 1:11-cv-00902-LPS-CJB   Document 163-1   Filed 06/21/13   Page 183 of 224 PageID #:
3617
5/17/12 5:15 PM

## Help Topics

- Messenger Help

## Was this tutorial helpful?

○ Yes  ○ No

Tell us what you liked or didn't like about this tutorial

[text area]

[Submit]

Back to top

[search field]  [Search]

Copyright © 2012 Yahoo! Inc. All rights reserved. | Copyright/IP Policy | Terms of Service | Help
NOTICE: We collect personal information on this site. To learn more about how we use your information, see our Privacy Policy | About Our Ads.

# EXHIBIT I

New User? Register  |  Sign In  |  Help                    Introducing New Yahoo! Axis                    |    Mail  |  My Y!  |  Yahoo!

| Search | Search Web |
| --- | --- |

Search Help: [ ] **Search**

Yahoo! Messenger > Help > Tutorials > Placing and Receiving Calls

# Placing and Receiving Calls

| Placing a Call | Guidance for Domestic and International Calls | Receiving a Call | Using Sounds and Background Music | Placing a Call on Hold | Forwarding Incoming Calls |
| --- | --- | --- | --- | --- | --- |

## Placing a Call

With Yahoo! Messenger's calling features, you can place an Internet call from your PC to another PC, to a traditional phone, or to a mobile phone anywhere in the world. The PC-to-PC feature is packaged with Messenger and is free for both you and the person you call. The Phone Out feature, which allows you to call another phone, is a premium service that requires a prepaid Yahoo! Voice account (see the Signing Up for Yahoo! Voice tutorial). You'll need a headset or a microphone and speakers to use these features. To ensure that they are set up properly, read through the setup task in the Introducing Yahoo! Messenger's Call Features tutorial.

**Tip:** You can't place PC-to-PC calls to contacts outside the Yahoo! network, such as your Windows Live™ Messenger contacts and your Pingbox™ visitors.

**Important:** Emergency 911 calling services are not available through Messenger's call features. Inform others who use this product that they must dial 911 through traditional phone lines or mobiles.

- Display in new window
- What's Next
- Learn More
- Help Topics

## Here's How

1. Begin a call in one of the following ways:
   - With the cursor over the person's name in your Messenger List, click the Call button for a PC-to-PC call or open the contact card and click a phone number if you have a Phone Out account and want to call a traditional phone or mobile phone. 🔊



   - If you're already having a conversation with the contact, click the phone button in your conversation window or, if you have a Phone Out account, click the arrow to the right of the Call button to select another calling option.



   - If you're making a Yahoo! Phone Out call, you can type the full phone number in the Contact Action Bar, then press the **Enter** key on your keyboard. For help with making a domestic or international call, take a look at the next task.



**Tip:** The first time you make a Phone Out call, a window displays asking you to select your country. If you didn't choose your country as described in the Signing Up for Yahoo! Voice tutorial, now is the time to do it.
The call area opens in the conversation window for PC-to-PC calls and in a separate window for Phone Out calls, and Messenger places the call.



**Tip:** If you make a Phone Out call to a phone answered by an automated attendant asking you to enter various numbers in order to route your call—you know, "Please press 1 for more options"—click the dial pad button in the call window to open the dial pad where you can select the numbers you need.



2. If your contact answers your call, carry on a conversation just as if you're both on the phone.
3. Your can end the call by clicking the **End Call** button.



---


Next:
Guidance for Domestic and International Calls

# What's Next

If you find calls to another country a bit tricky, take a look at the next task for guidance on placing both domestic and international calls.

## Learn More

- Introducing Yahoo! Messenger's Call Features
- Signing Up for Yahoo! Voice
- Using Instant Messaging

## Help Topics

- Messenger Help

## Was this tutorial helpful?

○ Yes ○ No
Tell us what you liked or didn't like about this tutorial

[ text box ]

Submit
Back to top

# Words to Know

- *Contact:* a person with whom you interact; someone to whom you might want to send an email, instant message, or text message.
- *Conversation:* an exchange of instant messages between you and a contact.
- *PC-to-PC calling:* the ability to call another person's computer from your computer; similar to placing a phone call. Both you and the person you are calling must have a Yahoo! ID and be logged into Yahoo! Messenger.
- *Pingbox:* an embedded box on a Web page where visitors to the page can send you instant messages and which lists visitors on your Messenger List.
- *Windows Live™ Messenger:* Microsoft® Windows' free instant messaging application.
- *Yahoo! Phone Out:* a pre-paid Yahoo! Voice account that allows you to make calls using Messenger from your computer to any regular phone or mobile phone in over 30 countries.

## Popups

To see the contact card, click the display image to the left of the contact's name.

[                                        ]   Search

Copyright © 2012 Yahoo! Inc. All rights reserved. | Copyright/IP Policy | Terms of Service | Help
NOTICE: We collect personal information on this site. To learn more about how we use your information, see our Privacy Policy | About Our Ads.

# EXHIBIT J

Introducing Yahoo! Messenger: What Is...Installing Messenger and Signing In | Your Yahoo! Address B...

Case 1:11-cv-00902-LPS-CJB Document 163-1 Filed 06/21/13 Page 189 of 224 PageID #: 3623

1/3/12 1:56 PM

New User? | Register | Sign In | Help

Mail | My Y! | Yahoo!

| Search | **Search Web** |

Search Help: [                    ] **Search**

Yahoo! Messenger > Help > Tutorials > > Introducing Yahoo! Messenger

# Introducing Yahoo! Messenger

What Is...Installing Messenger and Signing InYour Yahoo! Address BookConnecting With Your FriendsGetting Started

## What is Yahoo! Messenger?

Yahoo! Messenger is an all-in-one communication package, and anyone, anywhere in the world, with a computer and Internet connection can use it. And the best part? It's free.



Display in new window
- What's Next
- Learn More
- Help Topics

With Yahoo! Messenger, you can:

- Instant message friends in real time, including your Windows Live™ Messenger friends.
- Add a Pingbox™ to your personal Web page so that you can instant message the people who visit your page.
- Call and talk with your friends. You can call a friend's computer, mobile phone, and even the old-fashioned home phone.
- Share your favorite photos.
- Send text (SMS) messages to a friend's mobile phone.
- Forward your instant messages to your mobile phone when you're away from your computer.
- Save friends' contact details in your Yahoo! Address Book and access the information in Messenger.
- See and be seen with webcam.*
- Add plug-ins to do such things as listen to music through LAUNCHcast Radio, check your mail, and play games with your friends.
- Check out what your friends are up to by viewing their updates.
- Add color and graphics to your conversations and change the look of the application.
  * The webcam isn't supplied.
  **Tip:** Not all Yahoo! Messenger features are available when you converse with contacts outside the Yahoo! network, such as your Windows Live contacts and your Pingbox visitors.

Case 1:11-cv-00902-LPS-CJB Document 163-1 Filed 06/21/13 Page 190 of 224 PageID #: 3624

Introducing Yahoo! Messenger - Windows Yahoo! Messenger Help | Messenger Help                    1/11/12 1:56 PM



Next:
Installing Messenger and Signing In

## What's Next

If you haven't already, install Yahoo! Messenger and start communicating with your friends online. Hey, shouldn't you let all of your friends know about Yahoo! Messenger?

## Learn More

- Using Instant Messaging
- Introducing Yahoo! Messenger's Call Features
- Working With the Contact List
- Adding Contacts to Your Messenger List
- Inviting Friends to Use Messenger
- Working With Contact Information

## Help Topics

- Messenger Help

## Was this tutorial helpful?

○ Yes  ○ No
Tell us what you liked or didn't like about this tutorial

Submit
Back to top

## Words to Know

- *Instant messaging:* the ability to exchange messages in real time with other people over the Internet.
- *LAUNCHcast Radio:* a streaming music service that allows you to create your own customized station

tailored to your tastes and provides an extensive collection of other music stations that offer a wide variety of genres and themes to choose from.

- *Pingbox:* an embedded box on a Web page where visitors to the page can send you instant messages and which lists visitors on your Messenger List.
- *Plug-in:* a software program that adds a specific feature or to another program.
- *Updates:* a service that lets you know what your friends are up to, such as when they post photos on Flickr or write a review on Yahoo! Travel.
- *Webcam:* a video camera typically attached to a computer.
- *Windows Live™ Messenger:* Microsoft® Windows' free instant messaging application.

| | Search |

Copyright © 2012 Yahoo! Inc. All rights reserved. | Copyright/IP Policy | Terms of Service | Help
NOTICE: We collect personal information on this site. To learn more about how we use your information, see our Privacy Policy | About Our Ads.

# EXHIBIT K

Hi, **David**    |    Sign Out    |    Help                    **Introducing New Yahoo! Axis**                    |    Mail    |    My Y!    |    Yahoo!

| Search | **Search Web** |

**Search Help:** [                    ]    **Search**

Yahoo! Messenger > Help > Tutorials > Introducing Yahoo! Messenger

# Introducing Yahoo! Messenger

What Is...Installing Messenger and Signing InYour Yahoo! Address BookConnecting With Your FriendsGetting Started

## Installing Messenger and Signing In

It's easy to download and install Yahoo! Messenger.
To use Yahoo! Messenger, make sure your PC meets these minimum requirements:

- Microsoft Windows 98, Windows 2000, Windows ME, or Windows XP operating system
- Microsoft Internet Explorer version 6 or later
- Pentium II 233 Mhz or better (500 MHz recommended)
- Minimum 64 MB RAM for Windows 98 and ME & 128 MB RAM for Windows 2000 and XP
- Minimum 30 MB needed to install
  To use additional Messenger features, such as the calling features, Webcam, and Yahoo! Music, your PC needs:
- Windows Media Player version 7 or higher
- Webcam—Messenger compatible
- A microphone, sound card, and speakers or a headset

Display in new window
- What's Next
- Learn More
- Help Topics

## Here's How

**To install Yahoo! Messenger:**

1. Type the following address (URL) in your browser's address box, then press the **Enter** key on your keyboard.
   messenger.yahoo.com
   The Yahoo! Messenger web page opens.

2. Follow the online instructions to get the latest version of Yahoo! Messenger.

**To sign in to Yahoo! Messenger:**

1. Open Yahoo! Messenger in one of the following ways:
- In the Quick Launch toolbar, click the **Yahoo! Messenger** icon.



- On the desktop, double-click the **Yahoo! Messenger** icon



2. In the Messenger window, type your Yahoo! ID and password.
   **Tip:** Some Yahoo! IDs require the domain address (the information after the @ sign), such as *yourname*@rocketmail.com or *yourname*@ymail.com. If you have this type of ID, be sure to type the domain.



3. If you like, check options that allow Yahoo! Messenger to:

- **Remember my ID & password**—when you launch Yahoo! Messenger, the Sign In window automatically displays your Yahoo! ID and password. All you have to do is click the Sign In button.
- **Sign in automatically**—when you launch the application, Yahoo! Messenger bypasses the Sign In window and automatically signs you in.
- **Sign in as invisible to everyone**—after signing in, all of your contacts continue to see you as offline. If you like, you can let selected contacts know that you are available.



**Tip:** You can reset the last two options through the Yahoo! Messenger Preferences window.

4. Click the **Sign In** button.



Your Messenger window opens.



Back:
What Is...

**Take Me to Yahoo! Messenger**

Next:
Your Yahoo! Address Book

# What's Next

Now that you've installed and signed in to Yahoo! Messenger, you can connect with your friends and start instant messaging.

## Learn More

- Adding Contacts to Your Messenger List
- Inviting Friends to Use Messenger
- Working With the Contact List
- Working With Contact Information
- Using Instant Messaging
- Protecting Your Privacy

## Help Topics

- Messenger Help

## Was this tutorial helpful?

○ Yes ○ No
Tell us what you liked or didn't like about this tutorial

Introducing Yahoo! Messenger Version 9 — Set-Up and Sign-In — September 1, 2011

Case 1:11-cv-00902-LPS-CJB   Document 163-1   Filed 06/21/13   Page 195 of 224 PageID #: 3629

9/18/12 8:06 PM

[ text input box ]

[Submit]

Back to top

## Words to Know

- *Contact:* a person with whom you interact; someone to whom you might want to send an email, instant message, or text message.
- *Download:* to transfer a file from a remote computer to your computer.
- *Webcam:* a video camera typically attached to a computer.
- *Yahoo! ID:* the name by which a person is known to all Yahoo! networks.
- *URL:* Universal Resource Locator; specifies the location of a file or web page, such as http://my.yahoo.com.

[ search input box ]   [Search]

Copyright © 2012 Yahoo! Inc. All rights reserved. | Copyright/IP Policy | Terms of Service | Help
NOTICE: We collect personal information on this site. To learn more about how we use your information, see our Privacy Policy | About Our Ads.

# EXHIBIT L

Messenger Article | How to configure a firewall or proxy server 8/24/11 5:35 PM

New User? Register | Sign In | Help

Get Y! on My Phone

Mail | My Y! | Yahoo!

Search | Search Web

Yahoo! Messenger > Messenger All Help > Article

## How to configure a firewall or proxy server

ID: SLN1227

Last updated: August 02, 2011

### Description

This article provides steps for configuring firewalls and proxy servers, which may help to resolve Yahoo! Messenger connection issues.

### Resolution

If you're experiencing a problem because you are connecting through a firewall or proxy server, you may need to configure your firewall or proxy server.

Most Internet service providers (ISPs) don't have firewalls or proxies, but you should contact your network administrator or ISP for accurate information *and for additional help with the configuration.*

Some basic configuration procedures which may be helpful are listed below:

**Basic Connection:**

- Protocol: TCP or HTTP

- Servers: scs.msg.yahoo.com, scsa.msg.yahoo.com, scsc.msg.yahoo.com

- Port: 20, 23, 25, 80, 119, 5050, 8001, 8002

**Webcam Connection:**

- Protocol: TCP

- Server: webcam.yahoo.com

- Port: 5100

**File Transfer Connection:**

- Protocol: HTTP

- Server: filetransfer.msg.yahoo.com

- Port: 80

**File Sharing Connection:**

- Protocol: HTTP

- Port: 80

**Voice Chat Connection:**

- Protocol: UDP or TCP

- Server: vc.yahoo.com

- Ports: 5000-5010

Copyright © 2011 Yahoo! All rights reserved.   Privacy Policy | Terms of Service

# EXHIBIT M

Hi, **David** | Sign Out | Help

**Introducing New Yahoo! Axis** | Mail | My Y! | Yahoo!

Search | **Search Web**

Search Help: | **Search**

Yahoo! Messenger > Help > Tutorials > Introducing Yahoo! Messenger

# Introducing Yahoo! Messenger

What Is...  Installing Messenger and Signing In  Your Yahoo! Address Book  Connecting With Your Friends  Getting Started

## Your Yahoo! Address Book At Your Fingertips

The Contact List, the most important part of Yahoo! Messenger, is a reflection of your Yahoo! Address Book. The list includes your Messenger List, which is where you place all of the contacts with whom you plan to instant message, and the Address Book group, which is where you'll find all of your Yahoo! Address Book contacts who aren't on your Messenger List. Combined, the Messenger List and Address Book group provide access to all of your Yahoo! Address Book contacts. When you add a new contact to your Messenger List, you're also adding the contact to your Yahoo! Address Book.

Even though Messenger is an application running on your computer, you have to sign in to use it. By signing in, you are connecting with your account on a Yahoo! server, and you have access to much of your account information, including your Yahoo! Address Book. So, the next time you're away from home working on a different computer, you'll still have access to all of your contacts, even those you added through Yahoo! Messenger. Does Yahoo! take care of you or what?

- Display in new window
- What's Next
- Learn More
- Help Topics



Back:
Installing Messenger and Signing In

Next:
Connecting With Your Friends

Introducing Yahoo! Messenger ~ Yahoo! Instant Messenger At Your Fingertips | Getting Started 11/9/12 2:08 PM

## What's Next

Learn more about the Contact List and how to work with it in the Working With the Contact List tutorial.

## Learn More

- Working With the Contact List
- Adding Contacts to Your Messenger List
- Inviting Friends to Use Messenger

## Help Topics

- Messenger Help

## Was this tutorial helpful?

○ Yes  ○ No

Tell us what you liked or didn't like about this tutorial

Submit

Back to top

## Words to Know

- *Contact:* a person with whom you interact; someone to whom you might want to send an email, instant message, or text message.

Search

Copyright © 2012 Yahoo! Inc. All rights reserved. | Copyright/IP Policy | Terms of Service | Help
NOTICE: We collect personal information on this site. To learn more about how we use your information, see our Privacy Policy | About Our Ads.

# EXHIBIT N

Adding Contacts to Your Messenger List - Yahoo! Messenger Help Tutorials - Free Online Tutorials 6/9/11 8:33 PM

Case 1:11-cv-00902-LPS-CJB Document 163-1 Filed 06/21/13 Page 202 of 224 PageID #: 3636



Yahoo! Messenger > Help > Tutorials > Adding Contacts to Your Messenger List

# Adding Contacts to Your Messenger List

Overview | A Safe Environment | Importing Contacts | Using the Add to Messenger List Window | Adding From Your Address Book | Adding From an Instant Message

## Adding a Contact From Your Address Book

Importing Contacts shows you how to add multiple contacts to your Messenger List from your Yahoo! Contacts. You can also add contacts, one at a time, from your address book using the Add to Messenger List window. When you choose this option, Messenger searches your address book and returns a list of people who aren't on your Messenger List. You can then select the one (and only one) you want to add to your list.

- Display in new window
- What's Next
- Learn More
- Help Topics

## Here's How

. Open the Add to Messenger List window. (Remind me how.)

. In the Add Messenger List window, click the **Choose a Contact from Your Address Book** button.



The Choose a Contact from Your Address Book window opens displaying a list of valid contacts.

. Select a contact, then click the **OK** button.



The Add to Messenger List window updates to display the ID or email address of the person you selected from your address book.

. Complete the remaining displays of the Add window as described in Using the Add to Messenger List Window.



Back:
Using the Add to Messenger List Window

Next:
Adding From an Instant Message

# What's Next

Anyone who knows your Yahoo! ID can send you an instant message without being listed on your Messenger List. You can add this person to your list from the conversation window.

## Learn More

- Inviting Friends to Use Messenger
- Working With Contact Information
- Working With the Contact List
- Sharing Messenger Lists
- Sharing Files
- Using Instant Messaging
- Getting Started With Yahoo! Contacts
- Protecting Your Privacy

## Help Topics

- Messenger Help

## Was this tutorial helpful?

○ Yes  ○ No

Tell us what you liked or didn't like about this tutorial

[ ]

[ Submit ]

Back to top

## Words to Know

- *Contact:* a person with whom you interact; someone to whom you might want to send an email, instant message, or text message.
- *Messenger List:* the main part of the Contact List in Yahoo! Messenger. The Messenger List includes the contacts with whom you communicate most often.
- *Yahoo! ID:* the name by which a person is known to all Yahoo! networks.

[ ] [ Search ]

Copyright © 2011 Yahoo! Inc. All rights reserved. | Copyright/IP Policy | Terms of Service | Help

NOTICE: We collect personal information on this site. To learn more about how we use your information, see our Privacy Policy | About Our Ads.

# EXHIBIT O

Hi, **David**   Sign Out   |   Help

Introducing New Yahoo! Axis                                      |      Mail  |  My Y!  |  Yahoo!

Search                                               **Search Web**

Search Help: [                                    ]   **Search**

Yahoo! Messenger > Help > Tutorials > Using Instant Messaging

# Using Instant Messaging

Messaging a          Messaging Multiple     Using Smart      Forwarding IMs to Your   Saving an IM Conversation to a Text
Contact              Contacts               Tags            Mobile                    File

## Messaging Multiple Contacts

Do you want to invite your department to enjoy cake in the break room? How
about letting your co-workers know about an imminent conference call. You
can send the same instant message to more than one person at the same
time.

• Display in new window
• What's Next
• Learn More
• Help Topics

**Note:** You can't include Windows Live™ Messenger contacts in a group
message.

When you message multiple contacts, you write your first message in the Send Message to Group window, which
includes all of the selected contacts. When you click the **Send** button, each contact receives your message. A
separate conversation window opens on your screen for each reply, and you continue your conversation with each
individual separately from the others. You're no longer messaging the group as a whole.

## Here's How

1. In your Messenger List, select two or more contacts or groups (but not both), then right click and select **Send Instant
   Message** for selected contacts, **Broadcast an IM to this Group** for selected groups, or **Broadcast an IM to These
   Pingbox Visitors** for a selected Pingbox™ group.
   **Tip:** When making multiple selections, Shift-click to select a range, or Ctrl-click to select randomly.



   The Send Message to Group window opens.

2. In the Group window, type your message, then click the **Send** button.



   A separate conversation window opens for each contact who responds.


**Back:**
Messaging a Contact


**Next:**
Using Smart Tags

## What's Next

Instant messages include smart tags, a feature that identifies phone numbers and email addresses. Learn how to use smart tags to add information to your address book or as another way to initiate a communication.

## Learn More

- Introducing Yahoo! Messenger
- Adding Contacts to Your Messenger List
- Inviting Friends to Use Messenger
- Personalizing Your IM Conversations

## Help Topics

- Messenger Help

## Was this tutorial helpful?

◯ Yes  ◯ No

Tell us what you liked or didn't like about this tutorial

[    text box    ]

[Submit]

Back to top

## Words to Know

- *Contact:* a person with whom you interact; someone to whom you might want to send an email, instant message, or text message.
- *Group:* one or more contacts that you organize together under one unique name, similar to an email list. By default, Yahoo! Messenger adds contacts to the "Friends" group included in the application.
- *Messenger List:* the main part of the Contact List in Yahoo! Messenger. The Messenger List includes the contacts with whom you communicate most often.
- *Pingbox group:* a unique Messenger List group that lists visitors to the Web page to which you added a Pingbox.
- *Smart tag:* information, such as a phone number or email address, found in an instant message and underscored for your use. Clicking a smart tag allows you to act on the information, such as sending a text message to a mobile phone number, sending an email to an email address, or adding the information to your address book.
- *Windows Live™ Messenger:* Microsoft® Windows' free instant messaging application.

## Popups

To learn more about Yahoo! Messenger Pingbox™ and how to instant message visitors to your personal Web page, take a look at the Chatting With Visitors to Your Personal Web Page tutorial.

[    search box    ] [Search]

Copyright © 2012 Yahoo! Inc. All rights reserved. | Copyright/IP Policy | Terms of Service | Help
NOTICE: We collect personal information on this site. To learn more about how we use your information, see our Privacy Policy | About Our Ads.

Using Instant Messaging in Mail - Yahoo! Mail Tutorials - Instant Messenger 10/31/12 2:50 PM

# EXHIBIT P

Hi, **David** | Sign Out | Help

**Introducing New Yahoo! Axis**                                                    | Mail | My Y! | Yahoo!

Search        Search Web

**Search Help:** [                    ]  **Search**

Yahoo! Messenger > Help > Tutorials > Using Instant Messaging

# Using Instant Messaging

Messaging a Contact Messaging Multiple Contacts Using Smart Tags Using LiveWords Saving an IM Conversation to a Text File

## Messaging a Contact

- Display in new window
- What's Next
- Related Tutorials
- Help Topics

Instant messaging is the ability to exchange messages in real time with other people over the Internet. Similar to email, instant messages consist of text that you and your contacts send back and forth. But, unlike email, you don't have to wait hours or days for an answer. As the name suggests, messages usually arrive instantly.

The Messenger window displays lists of contacts and provides access to the Instant Message (IM) window shown below. This window is the interface for typing, sending, and reading instant messages.

To learn more about the Instant Message window, place the cursor over a red dot in the picture below.



You can send instant messages to contacts in your Messenger List or your Messenger address book or to anyone else if you know their Yahoo! ID and if they are Messenger users. You can even IM with Windows Live™ Messenger friends!

(More Details)

## Here's How

**To message a contact in your Messenger List:**

I.  Begin sending an instant message in one of the following ways:

- In the Contact Search Bar above your Messenger List, begin typing the contact's name, nickname, or ID, then select the row containing the contact's name and **Instant Message** from the pull-down list. (You can also double-click the contact's name in the Messenger List.)



- In the Messenger List, move the cursor over the contact's name, then click the instant message icon in the contact card.



- In the Address Book, move the cursor over the contact's name and click the IM button.



The IM window opens.

2. In the input area of the IM window, type your message, then press the **Enter** key on your keyboard or click the **Send** button.



**Note:** When a contact is offline, an inline notification in the IM window tells you that the contact will receive the message after signing in.

The conversation area of the window shows the message you sent. When the contact replies, the response appears here as well.



**To message a contact who isn't in your Messenger List:**

You can instant message anyone who is a Messenger user if you know the person's Yahoo! ID, even if that person isn't on your Messenger List.

**Tip:** Consider adding people to your Messenger List so that you can easily communicate with them whenever you like. See the Adding Contacts to Your Messenger List tutorial for more information.

1. In the Contact Search Bar above your Messenger List, enter the person's Yahoo! ID, then select **Instant Message** from the pull-down list.



**Tip:** If the person you want to instant message isn't in your list, type the person's Yahoo! ID, then select **Instant Message** from the pull-down list. Some IDs have domains other than **@yahoo.com**, such as **@sbcglobal.net** or **@verizon.net**. When typing these IDs, be sure to add the full domain (**person1@sbcglobal.net**, **person2@verizon.net**). You don't need to type the **@yahoo.com** domain.

An IM window opens, where you can begin conversing with this contact.



Next:
Messaging Multiple Contacts

Using Instant Messaging | Messenger | Yahoo! Tutorials 8 Search          10/11/12 2:17 PM

## What's Next

You can also instant message a contact directly from your Yahoo! Contacts. See the **Related Tutorials** for more information.

You can also send a message to multiple contacts.

## Related Tutorials

- Introducing Yahoo! Messenger
- Adding Contacts to Your Messenger List
- Inviting Friends to Use Messenger
- Working With Contact Information
- Personalizing Your IM Conversations
- Using IMVironments
- Showing Your Personality With Display Images
- Working With the Archives
- Personalizing Yahoo! Messenger
- Protecting Your Privacy
- Getting Started With Yahoo! Contacts

## Help Topics

- Messenger Help

## Was this tutorial helpful?

○ Yes ○ No

Tell us what you liked or didn't like about this tutorial

Submit

Back to top

## Words to Know

- *Contact:* a person with whom you interact; someone to whom you might want to send an email or instant message.
- *IM:* the acronym for instant message.
- *Instant messaging:* the ability to exchange messages in real time with other people over the Internet.
- *Messenger List:* a list of coworkers, friends, family, and associates who also use Messenger.
- *Windows Live™ Messenger:* Microsoft® Windows' free instant messaging application.
- *Yahoo! ID:* the name by which a person is known to all Yahoo! networks.

Search

Copyright © 2012 Yahoo! Inc. All rights reserved. | Copyright/IP Policy | Terms of Service | Help
NOTICE: We collect personal information on this site. To learn more about how we use your information, see our Privacy Policy | About Our Ads.

# EXHIBIT Q

Webcam – Yahoo! Messenger

**Hi, David**  | Sign Out | Help

Make Y! Your Homepage                    Yahoo!        Mail

**YAHOO!** MESSENGER

Search                                        **Web Search**

Home      Download      Features      IMVironments      Voice      Plug-ins      Invite Friends      Pingbox™      Blog

## Webcam video

### Smile — you're on camera!

A webcam (web camera) allows you to share live video images of yourself (or things near you) while you are instant messaging with a friend. Start your webcam during a conversation, or invite friends to tune in by broadcasting a link to your webcam as your status.

With the video call feature, you can make a high-quality video call to a friend with synched audio, right in the IM window. Features include the ability to swap video windows, position the video windows side-by-side, mute the call or place it on hold. You can even go full-screen with your video call. Video calling is only available in Yahoo! Messenger version 10 or later.

When you set your status to "View My Webcam", that means you are inviting friends to tune in to your broadcast. Friends can click on your status message to indicate that they want to see your webcam. Your will then receive your friend's request to view your webcam which you can accept or deny.

Check out webcams on Yahoo! Shopping to choose one for your computer. In addition, most major webcam manufacturers make them compatible with Yahoo! Messenger; just look for the Yahoo! Messenger logo on the package.

Need help setting up your webcam? Visit the Yahoo! Messenger Help Center.



Copyright © 2012 Yahoo! All rights reserved. Home - Partners - Security - Copyright/IP Policy - Terms of Service - Help
NOTICE: We collect personal information on this site. To learn more about how we use your information, see our Privacy Policy - About Our Ads.

# EXHIBIT R

Hi, **David** | Sign Out | Help

**Introducing New Yahoo! Axis**

| Mail | My Y! | Yahoo!

Search Help

Yahoo! Messenger » Messenger Help » Article

## How to Use Hold and Resume During a Video Call

ID: SLN1018    Refers to: **Messenger 11.5** , **Messenger 11** , **Messenger 10 and earlier**

**Description**

This article gives steps for pausing and resuming a webcam call.

**Resolution**

Yahoo! Messenger lets you put a video call on hold and then continue the video call when you're ready to do so.

1. To pause a video call, click the **Hold** button.

2. To continue the video call, click the **Resume** button.

**Note:** The video stream freezes on the video frame that is displayed when you click the **Hold** button. The audio is also muted until you click the **Resume** button; the other person also won't see or hear you until you click **Resume**. If you accept another voice or video call while calling someone, your first call is automatically put on hold.

Last updated: December 01, 2011

**Rate this article:**      (Based on 0 ratings)

### Get the Latest Version Now!

For enhanced video calling, Facebook and Twitter updates, and much more, get the latest Yahoo! Messenger.

Download Now

### How can we help?

Yahoo! Customer Care is here to help you with your question or issue.

**Contact Yahoo!**

Copyright © 2012 Yahoo! All rights reserved.   Privacy Policy | Terms of Service

# EXHIBIT S

Hi, **David** | Sign Out | Help | | **Introducing New Yahoo! Axis** | | Mail | My Y! | | Yahoo!

| Search | | **Search Web** |

**Search Help**

Yahoo! Messenger » Messenger Help » Article

## How a Moderator Can Remove a User From a Yahoo! Messenger Chat Room

ID: SLN3046    Refers to: **Messenger 11.5** , **Messenger 11** , **Messenger 10 and earlier**

### Description

This article explains how a chat room moderator can suspend, remove, or ban users from a chat room for breaking the Yahoo! Terms of Service or posting indecent content.

### Resolution

As a moderator, there are three ways that you can address inappropriate messages: suspending, removing, or banning the offending user.

**How to suspend, remove, or ban an offending user if you are a moderator with sufficient privileges:**

- **Suspending a user from a chat room:** This action will lock a user out of the chat room for two hours.
  - To suspend a user: Move your cursor over the user's name in the chat window.
  - In the menu that appears, select **Suspend user from chat**.
  - **Note:** The suspension is temporary and the user's access to chat will be automatically restored after two hours.

- **Removing a user from a group:** This will remove the user from the chat room permanently, as long as they don't rejoin the group.
  - To remove the user from the group, see instructions on our help page about **how to change a member's status**.

- **Banning a user from a group:** By banning someone, you can remove the member and prevent them from rejoining the group until the ban is removed.
  - If you need to ban a user from a group (i.e., permanently block them from the group), see instructions on our help page about **how to ban users**.

Last updated: April 19, 2012

Rate this article:    (Based on 0 ratings)

## Related Abuse and spam articles

- Yahoo! Messenger sending messages automatically
- What to do if your account continues to send spam
- What to do if your account is sending spam
- Why can't I send more text messages?
- Receiving SPIM (Spam for Instant Messenger)
- More...

### Get the Latest Version Now!

For enhanced video calling, Facebook and Twitter updates, and much more, get the latest Yahoo! Messenger.

Download Now

### How can we help?

Yahoo! Customer Care is here to help you with your question or issue.

Contact Yahoo!

Copyright © 2012 Yahoo! All rights reserved.    Privacy Policy | Terms of Service

# EXHIBIT T

Messenger Sending an Instant Message - Yahoo! Help                                                                                                                                      7/16/12 6:55 PM

Hi, **David**   |   Sign Out   |   Help                            Introducing New Yahoo! Axis                                              |      Mail   |   My Y!   |   Yahoo!

| Search                                               | Search Web |

Yahoo! Messenger  »  Messenger Help   »  Article

## Sending an Instant Message

ID: SLN1516    Refers to: Messenger 11.5 , Messenger 11 , Messenger 10 and earlier , Messenger for Mac ,
Messenger for the Web , Messenger Mobile

**Resolution**

To send an instant message (IM) to someone on your Messenger List:

- Double-click the **contact's name** on your Messenger List. This will automatically open an IM window.

To send an IM to someone not on your Messenger List:

1. Click the **exclamation point** icon at the bottom of the Messenger window.
2. Type the Yahoo! ID of the person in the **Send to** field.

You can also send IMs from the Conversation menu by selecting **New Conversation** and entering a Yahoo! ID.

If you send an IM to someone who is offline (a gray face next to the name), the message will be saved in that person's offline message box. The person can see your message the next time they are online.

Last updated: April 10, 2012

**Rate this article:**                     (Based on 6 ratings)

## Related Download and install articles

- Webcam Errors in Yahoo! Messenger 9
- Installing webcam
- How to Reinstall Messenger on Vista or Windows 7 Using Safe Mode
- Games won't load in Yahoo! Messenger
- Messenger Troubleshooting Procedures

   More...

### Get the Latest Version Now!

For enhanced video calling, Facebook and Twitter updates, and much more, get the latest Yahoo! Messenger.

Download Now

### How can we help?

Yahoo! Customer Care is here to help you with your question or issue.

Contact Yahoo!

Copyright © 2012 Yahoo! All rights reserved.    Privacy Policy | Terms of Service

# EXHIBIT U

Messenger Shortcuts - Keyboard Shortcuts for Making Phone Calls with Yahoo! ...                                    11/9/12 7:12 PM

Hi, **David**   |   Sign Out  |  Help                                      Introducing New Yahoo! Axis                                  |        Mail   |   My Y!   |     Yahoo!

Search    |   Search Web

Search Help

Yahoo! Messenger **»** Messenger Help  » Article

## Keyboard Shortcuts for Making Phone Calls with Yahoo! Messenger 9

ID: SLN1050       Refers to: Messenger 10 and earlier

### Get the Latest Version Now!

For enhanced video calling, Facebook and Twitter updates, and much more, get the latest Yahoo! Messenger.

Download Now

**Resolution**

| Key combo | Action |
|---|---|
| Alt+A | Open my Account web page |
| Alt+C | Show the Call menu off of the split drop down menu control |
| Alt+D | View/Edit Contact Details |
| Ctrl+Shift+L Alt+E | End Call |
| Alt+H Alt+R | Hold/Resume |
| Ctrl+L Alt+L | Call PC/Call Back |
| Alt+M | Mute/Unmute |
| Alt+S | Save to Address Book |
| Ctrl+M | Send an IM |
| Ctrl+T | Send a Text Message |
| Ctrl+Y | Email |
| Ctrl+K | Call a Telephone Number |
| Ctrl+N | Start a Conversation |
| Alt+V | Volume (In the Volume window: Up and Down arrow keys and Home and End keys change the volume instantly, Enter and Esc close the Volume window.) |

### How can we help?

Yahoo! Customer Care is here to help you with your question or issue.

Contact Yahoo!

Last updated: April 10, 2012

**Rate this article:**         (Based on 2 ratings)

## Related Voice features articles

- How to configure and check Yahoo! Messenger Voicemail on your PC
- How to Dial International Calls with Yahoo! Messenger
- Messenger Troubleshooting Procedures
- How to optimize video and sound quality for calls using the Yahoo! Video and Voice setup assistant
- Why is Yahoo! partnering with Jajah for its premium voice service?

   More...

Copyright © 2012 Yahoo! All rights reserved.   Privacy Policy | Terms of Service

# EXHIBIT V

Hi, **David** | Sign Out | Help

**Introducing New Yahoo! Axis**

| Mail | My Y! | Yahoo!

| Search | | **Search Web** |

| | **Search Help** |

Yahoo! Messenger » Messenger Help » Article

## How to add groups to your Contact List

ID: SLN1338    Refers to: **Messenger 11.5** , **Messenger 11** , **Messenger 10 and earlier**

### Description

This document explains how to create a new group.

### Resolution

Groups are a great way to organize your Yahoo! contacts. They expand and minimize just like folders. You can create up to 30 groups.

**How to create a new group:**

1. Select the **Contacts** menu and choose the options for your version of Messenger:
   - Newer versions of Messenger: **Manage Groups** | **Create New Group**.
   - Older versions of Messenger: **Organize Messenger List** | **Create New Group**.
   - The "Create New Group" window opens.

2. Type the name of your new group in the box.

3. Click **OK**.

**How to move contacts to a group:**

- To move contacts into a group, drag and drop their names into the group.
  - **Note:** It might take several seconds for the names to show up in the right place.

Last updated: April 10, 2012

Rate this article:    (Based on 0 ratings)

### Get the Latest Version Now!

For enhanced video calling, Facebook and Twitter updates, and much more, get the latest Yahoo! Messenger.

**Download Now**

### How can we help?

Yahoo! Customer Care is here to help you with your question or issue.

**Contact Yahoo!**

Copyright © 2012 Yahoo! All rights reserved.    Privacy Policy | Terms of Service