IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PRAGMATUS AV, LLC, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 11-902-LPS-CJB |
| YAHOO! INC., | : | |
| Defendant. | : | |

## ORDER

WHEREAS, Magistrate Judge Burke issued a Report and Recommendation (D.I. 186) dated August 28, 2013;

WHEREAS, the Report and Recommendation recommends that the Court DENY Defendant's renewed motion to transfer (D.I. 130).

WHEREAS, any Objections to the Report and Recommendation were to be filed by September 16, 2013;

WHEREAS, neither party has filed an Objection to the Report and Recommendation;

WHEREAS, the Court concludes that the Report and Recommendation should be adopted for the reasons stated by Magistrate Judge Burke;

NOW THEREFORE, IT IS HEREBY ORDERED that the Report and Recommendation (D.I. 186) is **ADOPTED** and Defendant's renewed motion to transfer (D.I. 130) is DENIED.

Dated: October 22, 2013

_____
UNITED STATES DISTRICT JUDGE