**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PRAGMATUS AV, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>YAHOO! INC.,<br><br>    Defendant. | Civil Action No. 11-902-LPS-CJB<br><br>JURY TRIAL DEMANDED |

## **JOINT STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED by Pragmatus AV, LLC ("Pragmatus") and Yahoo! Inc. ("Yahoo!") as follows:

Pragmatus and Yahoo! hereby dismiss WITH PREJUDICE all claims and counterclaims in this Action.

Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: August 28, 2014

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (#4089)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com

*Attorneys for Plaintiff*

Respectfully submitted,

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)
Stephen J. Kraftschik (#5623)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
skraftschik@mnat.com

*Attorneys for Defendant*

SO ORDERED this _____ day of _____, 2014.

_____
The Honorable Leonard P. Stark